**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.* | * | Case No. 1:25-cv-25-00748-JKB |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

UPON CONSIDERATION of the Motion for a Temporary Restraining Order filed by the plaintiff (the "Motion") and the opposition thereto, if any, filed by the Defendants, it is this _____ day of March, 2025 at _____o'clock _.m., hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Court finds that Plaintiffs will suffer irreparable injuries in the form of increased costs and administrative burden in supporting workers unlawfully fired by Defendants, and in administering claims for unemployment benefits, and that they will suffer injuries to state programs aided by federal workers unlawfully fired by Defendants, and will incur injuries to state finances, unless the Defendants are ordered to reinstate unlawfully terminated federal probationary employees fired by Defendants, and enjoined from further such unlawful terminations; and it is further

ORDERED that the Defendants and their agents, and all persons in active concert or participation with any of them, are hereby enjoined from terminating federal probationary employees without making specific, individualized determinations regarding the inadequacy of the employee's performance or conduct; and it is further

ORDERED that Defendants shall reinstate federal probationary employees fired on or after January 20, 2025, as part of mass terminations that did not comply with RIF procedures and were not based on individual determinations of performance or conduct; and it is further

ORDERED that Defendants shall file a status report with the Court within 48 hours of the entry of this Order, and at regular intervals thereafter, identifying under seal all probationary employees terminated on or after January 20, 2025 (including the following information for each employee: agency, name, position title, grade, termination date, whether the probationary employee has been reinstated, and the date of any reinstatement), and describing all steps that Defendants have taken to comply with the Court's order

ORDERED that this Order shall expire at _____ on _____, 2025, subject to further order of this Court.

_____
United States District Judge