## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| STATE OF MARYLAND, ET AL., | * | |
|---|---|---|
| Plaintiffs, | * | |
| v. | * | Case No. 1:25-cv-00748-JKB |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## EXHIBIT LIST

| Exhibit | |
|---|---|
| **A** | Declaration of Portia Wu, Maryland Department of Labor |
| **C** | Declaration of Anna Hunter, Arizona Department of Economic Security |
| **D** | Declaration of Nancy Farias Womack, California Employment Development Department |
| **E** | Declaration of Mireya Hurtado, Illinois Department of Employment Security |
| **F** | Declaration of Paolo Franzese, Massachusetts Executive Office of Labor and Workforce Development |
| **G** | Declaration of Kathleen Walsh, Massachusetts Executive Office of Health and Human Services |
| **H** | Declaration of Robert Asaro-Angelo, New Jersey State Department of Labor and Workforce Development |
| **I** | Declaration of Kelly Anderson-Thomas, New Jersey Department of Health |
| **J** | Declaration of Scott Melvin, New York Department of Labor |
| **K** | Declaration of Julia Pontoni, Oregon Higher Education Coordinating Commission |
| **L** | Declaration of Kristine Campagna, Rhode Island Department of Health |
| **M** | [FILED UNDER SEAL] |
| **N** | [FILED UNDER SEAL] |
| **O** | [FILED UNDER SEAL] |
| **P** | [FILED UNDER SEAL] |
| **Q** | [FILED UNDER SEAL] |
| **R** | [FILED UNDER SEAL] |
| **S** | [FILED UNDER SEAL] |

| T | [FILED UNDER SEAL] |
|---|---|
| U | [FILED UNDER SEAL] |
| V | [FILED UNDER SEAL] |
| W | [FILED UNDER SEAL] |
| X | [FILED UNDER SEAL] |
| Y | [FILED UNDER SEAL] |
| Z | [FILED UNDER SEAL] |
| AA | [FILED UNDER SEAL] |
| BB | [FILED UNDER SEAL] |
| CC | [FILED UNDER SEAL] |
| DD | [FILED UNDER SEAL] |
| EE | [FILED UNDER SEAL] |
| FF | Declaration of Terry Clower |
| GG | Declaration of Jeffrey Grant |
| HH | Declaration of Traci DiMartini |
| II | Declaration of Brooke Lierman, Comptroller of Maryland |
| JJ | Declaration of Philip Spesshardt, Colorado Department of Labor and Employment |