# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPT. OF AGRICULTURE, *et al.*,<br><br>*Defendants.* | No. |

**DECLARATION OF KATHLEEN WALSH**

I, Kathleen Walsh, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

**I.   Background**

1.   I am the Secretary for the Massachusetts Executive Office of Health and Human Services ("EOHHS").  I have held this position since March 1, 2023. As the Secretary of EOHHS, I oversee 11 state agencies, which include the Department of Public Health ("DPH") and the Department of Transitional Assistance ("OTA"). EOHHS also serves as the single state agency responsible for the administration of the Medicaid program and the State Children's Health Insurance Program within Massachusetts (collectively, "MassHealth") and other health and human services programs designed to pay for medical services for eligible individuals pursuant to M.G.L. c. 118E, Title XIX of the Social Security Act (42 U.S.C. sec. 1396 et seq.), Title XXI of the Social Security Act (42 U.S.C. sec. 1397aa et seq.), and other applicable laws and waivers. Our Secretariat has an annual operating budget of approximately $30 billion and touches one out of every three residents of the Commonwealth.

2.   I hold a Bachelor of Arts degree and a Master's degree in public health from Yale University.  Before joining the Healey-Driscoll Administration I served as the President and Chief

Operating Officer of Boston Medical Center ("BMC") for approximately 13 years. BMC is a private, not-for-profit 496-bed academic medical center in Boston. BMC health system has approximately 10,000 employees, 1,200 physicians, owns and operates Wellsense Insurance plan which provides access to health care to 600,000 people across Massachusetts and New Hampshire and an annual operating budget of roughly $6 billion. Prior to my appointment at BMC, I served as Executive Vice President and Chief Operating Officer of Brigham and Women's Hospital for five years.

3. As EOHHS Secretary, I have personal knowledge of the rules, regulations, and processes governing EOHHS and its agencies. I have personal knowledge, or knowledge based on review in my capacity as Secretary of information and records gathered by EOHHS and agency staff, of the matters set forth below.

I.  **The Department of Public Health**

4. DPH promotes and protects health and wellness and prevents injury and illness for 7 million residents of our Commonwealth. DPH prevents illness and disease, gives children a healthy start, and makes sure food and water supplies are safe. They prepare for and respond to a wide range of emergencies and disasters, and they maintain vital records and collect important health-recorded data across the state. DPH also assesses the quality and safety of health care facilities and services and oversees the integrity and competency of health care professions. DPH is the state agency responsible for overseeing the statewide system of prevention, intervention, treatment, recovery and support services for individuals and families affected by substance addiction. In 2023, 2,125 people died as a result of an opioid related overdose in Massachusetts. On or about February 28, the federal Substance Abuse and Mental Health Services terminated the Region I Regional Director effective immediately and without notice, leaving Massachusetts and all of New England without a federal regional coordinating body.  This gap in staffing increases

the risk that harmful changes to drugs prone to abuse may not be timely identified as they travel throughout New England. For example, in 2023, comprehensive communication with the Regional Director allowed programs throughout Massachusetts to understand and address the presence of a new adulterant, nitazene. Information received through public health partners in Vermont and the Massachusetts Drug Supply Data Stream ("MADDS"), and managed by the Regional Director, enabled Massachusetts harm reduction providers to recognize clinical changes in presentation that could be attributed to nitazene and to respond accordingly. The sharing of this information allowed providers to collaborate and stay informed about changes in street drug supply availability, potency, and new drug-related health risks.

II.     **The Department of Transitional Assistance - SNAP**

5.      The Supplemental Nutrition Assistance Program ("SNAP") provides financial assistance to low-income individuals and families to help them buy food. Nearly 1.1 million people in Massachusetts receive SNAP benefits, one in six Massachusetts residents. There are SNAP recipients in every city and town across the Commonwealth. Nearly 25% of SNAP recipients are older adults (age 60 and older), 28% of SNAP recipients have a disability, and about one-third of SNAP recipients are children. SNAP eligibility is based on income and expenses. Most households must have a gross monthly income at or below 200% of the Federal Poverty Level to qualify for SNAP in Massachusetts. In Massachusetts, the average SNAP benefit is $330 per household at the rate of $10.80 per household per day.

6.      OTA has been working with US Digital Services since February 2024 to develop and pilot a new technical Consent Based Verification app, which would improve and expand the ability to collect and validate employment information for applying and existing **SNAP** households. Not only would the tool be implemented in Massachusetts, but it was also anticipated

3

that this service would ultimately be made available to all SNAP states, offering reduced administrative costs for income verification to both states and the federal government. After a successful phase one pilot in late 2024, Massachusetts and the USDS team broadened and accelerated the engagement in anticipation of a full-scale rollout of the technology in early spring 2025. However, over recent weeks this engagement has been seriously disrupted by the termination, loss, or relocation of USDS employees working on the project. As a result, the likelihood of implementing CBV on time in Massachusetts has changed from expected to unlikely.

III. **MassHealth Programs**

7. EOHHS administers several publicly funded programs that enable qualifying Massachusetts residents to access free or low-cost healthcare coverage. These programs include the Medicaid plan, Children's Health Insurance Program ("CHIP"), and the 1115 Demonstration Project-collectively known in Massachusetts as "MassHealth." Jointly funded by state and federal dollars, MassHealth provides coverage for a wide range of health services to children, the elderly, families, and individuals with disabilities. MassHealth benefits may vary depending on, among other things, a person's citizenship and immigration status and household income.

8. Depending on household income, children who are U.S. citizens or who have qualifying immigration status are eligible for MassHealth's more comprehensive health benefits. For example, children whose household income is no more than 200% of the federal poverty level (for children under 1) or 150% of the federal poverty level (for children 1 through 18) are eligible for MassHealth Standard benefits. These MassHealth plans, which are funded in part by federal dollars, cover comprehensive medical and behavioral health care, primary and specialty physician services, inpatient and outpatient hospital services, long-term services and supports, comprehensive dental and vision care, lab tests, and pharmacy services.

9. The majority of MassHealth's 2.3 million members receive their MassHealth services through a managed care delivery system that MassHealth has implemented under federal regulations promulgated by the Centers for Medicare and Medicaid Services ("CMS") at 42 CFR Part 438. MassHealth's managed care programs include mandatory managed care programs for individuals under the age of 65 for whom MassHealth is their primary insurer, as well as two voluntary managed care programs for adults and seniors who have dual Medicare and Medicaid enrollment. As of February 2025, over 1.6 million members were enrolled in a MassHealth managed care program, which include managed care organizations ("MCOs"), primary care case management entities ("PCCM entities"), a prepaid inpatient health plan ("PIHP"), and primary care case managers ("PCCMs"), as defined under 42 CFR 438.2. These managed care programs, authorized and regulated by CMS, are responsible for ensuring that their 1.6 million MassHealth enrollees have access to the benefits and entitlements guaranteed under federal law.

10. In accordance with CMS regulations and subregulatory requirements, MassHealth submits documents related to its managed care programs to CMS for review and approval. The managed care documents required to be submitted to CMS for review and approval include contracts and contract amendments, actuarially developed rate certifications, and state directed payment "preprints." In calendar year 2024, MassHealth submitted 23 contract amendments, 18 rate certifications or amended rate certifications, and 56 state directed payment preprints or amended preprints for CMS review and approval. In order to garner the requisite federal approvals on these documents, MassHealth is also required to respond to CMS questions on these documents. In 2024, MassHealth submitted 5 sets of responses to CMS questions on our contract amendments, 20 sets of responses to CMS questions on our rate certifications, and 32 sets of responses to CMS questions on our state directed payment preprints. In all, the state submitted

157 sets of managed care related documents to CMS as part of the CMS-mandated review and approval process. CMS's inability to process these submissions due to loss of staff will negatively impact MassHealth's ability to garner the necessary managed care approvals in a timely manner creating uncertainty about whether and if CMS will be approving them at all.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _6_ day of March 2025.

*[Signature: Kathleen Walsh]*

Kathleen Walsh
*Secretary, Massachusetts Executive Office of Health and Human Services*