# Exhibit K

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF KELLY ANDERSON-THOMAS, MPH, MS**

I, Kelly Anderson-Thomas, hereby declare as follows:

1.      I am a resident of the State of New Jersey.  I am over the age of 18.

2.      I am the Deputy Commissioner of the Public Health Services Branch at the New Jersey Department of Health ("NJDOH") and have been held this position since March 2024.  I have a Masters in Public Health as well as a Masters in Science.  I am responsible for overseeing operations and policy implementation across six divisions: Epidemiology, Environmental and Occupational Health; Family Health Services; HIV, STD and TB Services; Disaster Preparedness, Resiliency and Emergency Medical Services; Public Health and Environmental Laboratories; Local Public Health; and two offices: Opioid Response and Policy; and Women's Health.

3.      The information in the statements set forth below was compiled through personal knowledge, and from DOH personnel who have assisted in gathering this information from our agency.

1

4.    NJDOH's mission is to protect public health, promote healthy communities, and continue to improve the quality of health care in New Jersey.  Among its many functions, NJDOH dedicates substantial resources to preventing the spread of infectious diseases, developing comprehensive emergency preparedness plans to coordinate disaster response efforts, and implementing public health programs.

5.    To support those critical goals, NJDOH has a long-standing history of securing federal civil service personnel detail from the Centers for Disease Control and Prevention ("CDC") through its Public Health Associate Program for Recent Graduates ("PHAP"). PHAP is a competitive, two-year training program created by the CDC that places new college graduates ("Associates") with tribal, local, and territorial public health agencies and nongovernmental organizations.  Associates work alongside other public health professionals in a range of settings. Pursuant to the Public Health Service Act, 42 U.S.C. § 215, NJDOH enters into a two-year agreement with the CDC for each Associate detailed to NJDOH. CDC covers all the Associate's costs, including their salary and benefits. In the past, NJDOH has hosted Associates to support critical public health work through emergency preparedness and placements at CDC's Newark Port Health station and public health laboratories in the state.

6.    Pursuant to the PHAP program, CDC has recently detailed three Associates at different NJDOH divisions to perform core public health functions. One Associate was placed at the Division of HIV, STD, and TB Services (for the term starting October 21, 2024 and ending October 30, 2026).  The purpose of this Division is to prevent and reduce the spread of HIV, STDs, and TB, and to ensure that those infected or at risk of infection of these diseases have access to care.  The Associate worked on contact tracing for persons with STDs or TB to ensure both patients and their partners had access to treatment and testing, and to limit the spread of

2

these communicable diseases. The Associate constituted one member of a four-person regional team. These employees are responsible for tracking 800 new HIV cases and 3,500 syphilis cases per year, and each member investigates 30 to 50 STD/HIV cases at a time. Their duties consist of labor-intensive tasks such as calling medical providers to confirm treatment, calling patients to ask about their risk and partners, and calling and advising partners of their exposure and testing/treatment options. The division investigates approximately 2,000 named contacts per year.

   7. A second Associate was assigned to the Epidemiology, Environmental and Occupational Health's Communicable Disease Service ("CDS") (starting in November 2023 and ending in November 2025) and conducted investigations in the Foodborne and Waterborne Disease Unit. The purpose of this Unit is to prevent the spread of foodborne and waterborne diseases and investigate potential clusters and outbreaks. The Unit routinely collaborates with local, state, and federal partners to bolster surveillance, curb disease transmission, and improve capacity for detection and response. This Associate was part of a two-person team responsible for reviewing Campylobacteriosis case investigations; with over 2000 cases reported every year, Campylobacteriosis is the most common reportable foodborne and waterborne disease in New Jersey. The Associate also worked closely with other CDS teams to develop the performance metrics dashboard for local health department use. The Associate also assisted the Influenza Surveillance Unit with data cleaning during the current influenza season and was expected to assist the Foodborne and Waterborne Disease Unit over the summer with planning and enhancing surveillance strategies for Harmful Algal Bloom investigations, which is an increasingly emergent issue in New Jersey.

8.     The third Associate was detailed to the Global Tuberculosis Institute at Rutgers University (from July 2023 to July 2025) and supported TB investigations and contact tracing for persons diagnosed with TB in two populous counties in New Jersey. Among his many duties, the Associate compiled quarterly statistical reports for NJDOH, ensured TB patients adhered to their treatment regimen, and provided robust care by connecting clients to housing, food, and other essential services.  These tasks were all in service of ensuring adequate treatment for those afflicted with TB and preventing the broader spread of the disease.

9.     NJDOH invested significant time and resources to train these Associates—which typically takes four to six months to complete—to investigate reports of persons with reportable disease conditions and integrate them into the state's existing teams performing the same work. Their work was especially critical at this time because NJDOH has been dealing with numerous communicable disease challenges, including H5N1, measles, Covid-19, influenza, norovirus, and RSV.

10.    On February 16, 2025, the HIV/STD and CDS Associates informed NJDOH that CDC had terminated their positions on February 15, 2025, effective March 14, 2025, but placed them on immediate administrative leave. NJDOH reached out to the Rutgers Global TB Institute on February 17, 2025 and learned that their Associate had also been terminated under similar circumstances as the other Associates. My understanding is the terminations were pursuant to a memorandum from the Office of Personnel Management that directed many federal agencies to lay off all probationary employees, which included the Associates detailed to NJDOH. NJDOH did not receive any notice before the Associates were terminated and placed on administrative leave.

11.    On March 5, 2025, NJDOH learned that CDC had just rescinded the terminations of its three Associates.  Although the PHAP Associates have apparently been reinstated, the Associate from the HIV, STD, and TB Services Division informed NJDOH on March 6, 2025 that she does not intend to return. While CDC sent NJDOH written confirmation that it was reinstating the PHAP Associates, it provided no assurances that the terminations would not happen again, nor did it agree to provide advance notice if they did.

12.    Since the Associates served on small teams while handling large caseloads, the loss of any one Associate materially hinders NJDOH's operations. Diverting current staff to fill the vacant position long-term presents significant challenges: NJDOH does not have the budgetary flexibility to replace the Associate and is currently under a hiring freeze, and the overall reduced workforce constrains the effectiveness of NJDOH's critical public health work. Further, without any reassurance from CDC that the terminations will not recur, NJDOH is left in a position of ongoing uncertainty, which perpetuates its inability to plan accordingly. Beyond the immediate disruption to NJDOH's functioning, the loss of an Associate removes a valuable source of young public health professional talent who use the two-year PHAP to build expertise and institutional knowledge that can ultimately serve New Jersey's many public health agencies long-term. For example, NJDOH was able to seamlessly transition a former PHAP Associate in the HIV, STD, and TB Services Division to permanent employment due to the training she received through the program.

13.    Regardless of whether the Associates all return to their positions, NJDOH has already been adversely impacted by the terminations. NJDOH had devised its already-limited budget and work priorities in reliance on the CDC providing the full-time Associates at no cost to the State for two years, consistent with long-standing arrangements with CDC. Because the

5

Associates were laid off without notice, NJDOH was unable to prepare for the sudden loss of labor it was relying on to perform crucial public health services. It has already contended with significant disruption caused by the unexpected staff shortages. Each Associate managed their own set of time-sensitive cases, which had been transferred to existing staff members. In addition to substantially increasing those staff members' daily workload, the unplanned terminations prevented the Associates from ensuring their files were complete and ready for transition to a new handler. This resulted in administrative inefficiencies, duplicative work, and most importantly, delayed notifications to persons exposed to syphilis, HIV, and TB, which in turn increased the risk of spreading disease in New Jersey.  The lack of advance notice of the terminations significantly compounded these problems.

14.    Overall, the unexpected terminations and reinstatements were avoidable disruptions that have cost NJDOH time and resources which should have been directed to fulfilling its important public health duties.


Executed on March 6, 2025, at Trenton, New Jersey.


_____

Kelly Anderson-Thomas, Deputy Commissioner