# Exhibit N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF KRISTINE CAMPAGNA**

I, Kristine Campagna, hereby declare as follows:

1. I am a resident of the State of Rhode Island and over the age of 18.

2. I am the Associate Director for Community and Health Equity ("CHE") Division at the Rhode Island Department of Health ("RIDOH") and have been held this position since January 2022.

3. I hold a Master's Degree in Education and have been with RIDOH since 2009. I provide leadership, strategic vision, and policy direction to staff and programs in the Division of CHE. I work directly with the Director of RIDOH and other executive leadership staff to implement RIDOH's mission to eliminate health disparities and achieve health equity for all Rhode Islanders.

4. The information in the statements set forth below was compiled through personal knowledge, and from RIDOH personnel who have assisted in gathering this information from our agency.

5. RIDOH's mission is to protect public health, promote healthy communities, and continue to improve the quality of health care in Rhode Island. Among its many functions, RIDOH

1

dedicates substantial resources to preventing the spread of infectious diseases, developing comprehensive emergency preparedness plans to coordinate disaster response efforts, and implementing public health programs.

6. In conjunction with the mission of RIDOH, the Division of CHE strives to prevent diseases and protect and promote health and safety of the people of Rhode Island.

7. To support these critical goals, RIDOH and CHE have a long-standing history of securing federal civil service personnel detail from the Centers for Disease Control and Prevention ("CDC") through its Public Health Associate Program for Recent Graduates ("PHAP"). PHAP is a competitive, two-year training program created by the CDC that places new college graduates ("Associates") with tribal, local, and territorial public health agencies and nongovernmental organizations. Associates work alongside other public health professionals in a range of settings. Pursuant to the Public Health Service Act, 42 U.S.C. § 215, RIDOH enters into a two-year agreement with the CDC for each Associate detailed to RIDOH. CDC covers all the Associate's costs, including their salary and benefits.

8. Since 2017, RIDOH has hosted numerous PHAP Associates in the areas of emergency preparedness, violence and injury prevention, and adolescent health. Their work has greatly contributed to the work of RIDOH.

9. Over the past two years, CDC detailed two (2) Associates at different RIDOH divisions to perform core public health functions.

10. One Associate was placed in RIDOH's Violence and Injury Prevention Program ("VIPP"), which applied to become a host site for PHAP in February 2024. The VIPP Associate began his 2-year term placement with VIPP in October 2024.

11. RIDOH's VIPP planned to have the VIPP Associate contribute to cross-cutting initiatives focused primarily on prevention of Adverse Childhood Experiences ("ACEs"). There is no dedicated funding or focus in the current VIPP portfolio for this type of work, despite ACEs being a common risk factor of suicide and domestic violence.

12. The work undertaken by the VIPP Associate provides an opportunity to advance initiatives pertaining to violence prevention at multiple levels. As such, the VIPP Associate's work is critical to the work undertaken throughout RIDOH. Notably, at the time of his termination, the VIPP Associate was working on a comprehensive landscape analysis on Adverse Childhood Experiences. This work, in turn, informs initiatives associated with Child Death Review recommendations to identify preventable circumstances to improve health and safety for all children.

13. The second PHAP Associate was placed in RIDOH's Adolescent, School and Reproductive Health ("ASRH") Programs, which has been a host site for the competitive PHAP since 2020.

14. In February 2023, ASRH Programs applied to serve as a host site for another PHAP Associate. In September 2023, RIDOH was notified that ASRH Programs were awarded as a host site and matched with a PHAP candidate based upon our application. The ASRH Programs Associate began her two-year term placement with the program in November 2023.

15. ASRH Programs have invested nearly fifteen months hiring, onboarding, training, and supporting the ASRH Programs Associate, to contribute to cross-cutting initiatives that advance health and well-being for school-age children and adolescents in Rhode Island.

16. Among other activities, the ASRH Programs Associate supported implementation of evidence-based youth programming, technical assistance for schools and community-based partners, and community outreach and engagement. The goal for this position was to help expand initiatives

for positive youth-development programming, support communities of youth-serving professionals, and develop collaborative community engagement and partnerships.

17. RIDOH invested significant time and resources to train these Associates—which typically takes four to six months to complete—to carry out the above-described work and integrate them into the state's existing teams performing the same work.

18. On February 19, 2025, RIDOH learned that the two Associates had been terminated from their positions on February 15, 2025—before the expiration of their contractual two-year terms—and placed on immediate administrative leave. Adding to the confusion, on March 5, 2025, RIDOH informally learned that the two Associates have been notified that their positions will be reinstated. RIDOH has yet to receive confirmation of this change from the CDC.

19. Despite their reinstatement, the sudden loss of essential personnel, coupled with the lack of notice, caused RIDOH significant harm and disruption. RIDOH had invested significant time and resources into months-long training for the Associates, and the agency did not have the budgetary flexibility or hiring authority to replace them, particularly given the lack of any notice. The unexpected staffing shortages and imminent need to reallocate and train existing staff have already caused delays and administrative chaos, which impeded RIDOH's ability to fulfill its mission of preventing disease and promoting public health in the state. The loss in workforce capacity during this time hampered RIDOH's ability to fully respond to these public health threats.

20. The lack of notice compounded the challenges created by the terminations. RIDOH was not able to plan for the terminations, resulting in administrative inefficiencies, duplicative work, and impeded critical work undertaken by RIDOH.

Dated: March 6, 2025          Signed: <u>/s/ Kristine Campagna  *</u>
                                      Kristine Campagna
                                      RIDOH Division Director

                              *A copy of the signature page bearing an original signature is attached hereto.

20. The lack of notice compounded the challenges created by the terminations. RIDOH was not able to plan for the terminations, resulting in administrative inefficiencies, duplicative work, and impeded critical work undertaken by RIDOH.

Dated: 3/6/2025

Signed: *Kristine Campagna*
Kristine Campagna
RIDOH Division Director

*A copy of the signature page bearing an original signature is attached hereto.