# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.                              *

**Plaintiff,**

                                    *

**v.**                                                  Case No. 1:25-cv-00748-JKB

United States Department of Agriculture, et. al,        *

**Defendant.**                                          *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]  Exhibit __P__ which is an attachment to _____

Plaintiffs' Motion for Temporary Restraining Order

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]  _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by emailing as directed by the Office of the U.S. Attorney for the District of Maryland.

March 7, 2025                                           _/s/ James D. Handley_

Date                                                    Signature

                                                    James D. Handley, Bar No. 20299

                                                    Printed Name and Bar Number

                                                    200 Saint Paul Place, 20th Floor

                                                    Address

                                                    jhandley@oag.state.md.us

                                                    Email Address

                                                    (410) 576-6993

                                                    Telephone Number

                                                    Fax Number