# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.            *

**Plaintiff,**

                                     *

v.                                   Case No.  1:25-cv-00748-JKB

United States Department of Agriculture, et. al,   *

**Defendant.**                       *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x] Exhibit **Q** which is an attachment to Plaintiffs' Motion for Temporary Restraining Order

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ] _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by emailing as directed by the Office of the U.S. Attorney for the District of Maryland.

March 7, 2025

Date

Signature

James D. Handley, Bar No. 20299

Printed Name and Bar Number

200 Saint Paul Place, 20th Floor

Address

jhandley@oag.state.md.us

Email Address

(410) 576-6993

Telephone Number

Fax Number

NoticeofFilingofDocumentUnderSeal (11/2017)