# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.                         *

**Plaintiff,**

                                         *

**v.**                                           Case No. 1:25-cv-00748-JKB

United States Department of Agriculture, et. al,    *

**Defendant.**                                    *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]  Exhibit **T** which is an attachment to Plaintiffs' Motion for Temporary Restraining Order

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]  _____
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by emailing as directed by the Office of the U.S. Attorney for the District of Maryland.

March 7, 2025                                    *[signature: James D. Handley]*
Date                                             Signature

                                            James D. Handley, Bar No. 20299
                                            Printed Name and Bar Number

                                            200 Saint Paul Place, 20th Floor
                                            Address

                                            jhandley@oag.state.md.us
                                            Email Address

                                            (410) 576-6993
                                            Telephone Number

                                            Fax Number