# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.         *

**Plaintiff,**

                                  *

v.                                       Case No. 1:25-cv-00748-JKB

                                  *
United States Department of Agriculture, et. al,

**Defendant.**                    *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]  Exhibit  U   which is an attachment to

Plaintiffs' Motion for Temporary Restraining Order

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]  _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by emailing as directed by the Office of the U.S. Attorney for the District of Maryland.

March 7, 2025

Date

*[Signature: James D. Handley]*

Signature

James D. Handley, Bar No. 20299

Printed Name and Bar Number

200 Saint Paul Place, 20th Floor

Address

jhandley@oag.state.md.us

Email Address

(410) 576-6993

Telephone Number

_____

Fax Number