# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.   *

**Plaintiff,**

*

v.   Case No. 1:25-cv-00748-JKB

United States Department of Agriculture, et. al,   *

**Defendant.**   *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]   Exhibit Z   which is an attachment to Plaintiffs' Motion for Temporary Restraining Order

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]   _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by emailing as directed by the Office of the U.S. Attorney for the District of Maryland.

March 7, 2025
Date

*James D. Handley* (signature)
Signature

James D. Handley, Bar No. 20299
Printed Name and Bar Number

200 Saint Paul Place, 20th Floor
Address

jhandley@oag.state.md.us
Email Address

(410) 576-6993
Telephone Number

_____
Fax Number