# Exhibit KK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; et al., <br><br> Defendants. | C.A. No. _____ |

## **DECLARATION OF BROOKE E. LIERMAN**

I, BROOKE E. LIERMAN, declare as follows:

1. I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as the Comptroller of Maryland ("Comptroller").

3. The Comptroller is the chief fiscal officer of the State. My duties as Comptroller include the following: having the general superintendence of the fiscal affairs of the State; digesting and preparing plans for the improvement and management of the revenue and for the support of the public credit; preparing and reporting estimates of the revenue and expenditures of the State; superintending and enforcing the prompt collection of all taxes and revenue; adjusting and settling, on terms prescribed by law, with delinquent collectors and receivers of taxes and State revenue; preserving all public accounts; and deciding on the forms of keeping and stating accounts. *See* MD Constitution, Art. 6, § 2.

4. Maryland's budget relies in large part on personal income tax revenue. In fiscal year 2024, personal income tax revenue represented 55% of our general fund revenues.

5. Although unemployed individuals receiving unemployment benefits generally pay income tax on their benefits, the benefits paid are less than the amount the individuals earned when they

were fully employed, and therefore the taxes paid are generally less than the taxes paid during their employment.

6. Accordingly, any firings and layoffs causing Marylanders to become unemployed will necessarily result in a significant decrease to Maryland income tax revenues.

7. Upon information and belief, I understand that hundreds of federal employees who reside in Maryland and were recently terminated by the federal government have applied for unemployment benefits.

8. Accordingly, the terminations that have occurred to date and the anticipated continuation of these terminations will cause significant decreases in Maryland's income tax revenues.

9. Approximately 250,000 federal workers reside in Maryland.

10. Beyond the loss of income tax revenue, the sudden and significant increase of newly unemployed workers will have serious negative effects on Maryland's labor market. These effects include extended periods of unemployment, downward pressure on wages, and the migration of residents out of the State.

Executed on March 6, 2025, at Annapolis, Maryland.

_____
BROOKE E. LIERMAN
COMPTROLLER OF MARYLAND