# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

    *Defendants*.

No. 1:25-cv-00748-JKB

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED ORDER TO FILE UNDER SEAL

Upon consideration of Plaintiffs' Motion to Seal Exhibits M-EE, it is this _____ day of _____, 2025, by the United States District Court for the District of Maryland,

HEREFORE, this Court finds that the Plaintiffs' Exhibits M-EE, contain confidential information, and

FURTHER, this Court finds no option aside from sealing these documents as feasible to ensure the confidentiality of the information for the individuals concerned.

THEREFORE, it is ORDERED that Plaintiffs' Motion to Seal Exhibits M-EE is GRANTED, and it is further

ORDERED that Exhibits M-EE are SEALED.

2

_____
Honorable James K. Bredar
United States District Judge