## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARYLAND, et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | **Case No. JKB-25-0748** |
| **UNITED STATES DEPARTMENT** | * | |
| **OF AGRICULTURE, et al.** | * | |
| **Defendants** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER

Plaintiffs certify that they have given notice to the United States as to their claims and as to their request that this Court enter a Temporary Restraining Order. *See* ECF No. 4-3.

On or before March 7, 2025, at 3:15 p.m. E.S.T., the United States Attorney for the District of Maryland shall file a notice with the Court indicating whether they are aware of this lawsuit and, specifically, have received notice of the Plaintiffs' request that the Court enter a Temporary Restraining Order.

Dated this ___7___ day of March, 2025.

BY THE COURT:

_James K. Bredar_____

James K. Bredar
United States District Judge