# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARYLAND, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:25-cv-00748-JKB |
| | * | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | * | |
| Defendants. | | |

*Granted*
*JB 3/7/25*

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION TO SEAL EXHIBITS M-EE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs States hereby move under Local Rule 105.11 to seal Exhibits M-EE in support of Plaintiffs' Motion for a Temporary Restraining Order. As explained below this Court should grant the motion because the exhibits—declarations from recently terminated probationary federal employees—contain sensitive personal information that the public has no interest in seeing. There is no viable alternative to sealing. So much of the information in the declarations is sensitive that redaction would not provide the public with appreciably more information about the scope and extent of probationary employee terminations. Declarants also have reasonable concerns about reprisal if their declarations are publicly available.

Case 1:25-cv-00748-JKB   Document 6   Filed 03/07/25   Page 2 of 15

## LEGAL STANDARD

"The right of public access derives from two independent sources: the First Amendment and the common law." *In re U.S. for an Ord. Pursuant to 18 U.S.C. Section 2703(D)*, 707 F.3d 283, 290 (4th Cir. 2013). The common law presumes a right of public access to all judicial records and documents that can be rebutted by competing interests, such as whether the records are sought for improper purposes, whether release would enhance the public's understanding of an important historical event, and whether the public already has access to the information in the records. *Id.* (citing *In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984)). The First Amendment right of access only applies to certain judicial records such as complaints, summary judgment motions and exhibits, rulings on summary judgment motions, and docket sheets. *Courthouse News Service v. Smith*, 126 F.4th 899, 907 (4th Cir. 2025). The First Amendment permits sealing these records when it is narrowly tailored to serve a compelling governmental interest. *Butler v. DirectSAT USA, LLC*, 47 F. Supp. 3d 300, 316 (D. Md. 2014).

## ARGUMENT

Exhibits M-EE are declarations from probationary federal employees whose employment has been terminated since January 20, 2025. They should be sealed because they contain sensitive personal information that the common law does not entitle the public to see, and the First Amendment right of access does not apply.

Case 1:25-cv-00748-JKB     Document 6     Filed 03/07/25     Page 3 of 15

Each declaration contains sensitive personal information. They include the declarant's annual salary and grade and step levels. They describe the declarant's formal performance evaluations and informal feedback on their job performance for employees who were not employed long enough to receive a performance evaluation. They include direct quotes from emails notifying them of the termination of their employment. They also describe how declarants' responses to sudden unemployment, including whether they have applied for unemployment, Medicaid, or other public benefits for themselves or their families, and how their daily lives and spending are affected.

These declarations should be sealed in their entirety because the declarants have strong reasons to keep their sensitive personal information out of public view. *See Butler*, 47 F. Supp. 3d at 316. Although the recent mass layoffs of federal employees are a matter of public concern, specific and individualized information about the employees who have been terminated will not advance the public's understanding of this public issue. *See In re Knight Publ'g Co.*, 743 F.2d at 235 (favoring sealing if information will not advance public understanding). The public does not already have personal information about employee salaries, performance reviews, or their plans to apply for public benefits. *Id.* (also favoring sealing if the information is not already public). And the declarants have reasonable and specific concerns about reprisal if their declarations are available to the public. Many have already applied for other jobs and others are seeking reinstatement into their former positions with the federal government and they reasonably believe that

3

public statements about the circumstances of their termination could jeopardize these job prospects. Others fear that identifying the specific offices where they worked could expose their former federal colleagues still employed in those offices to reprisal. And there is no viable alternative to sealing these declarations in their entirety. *See* Local Rule 105.11. Redaction of their names is not sufficient, because the declarations also identify their job titles, the specific geographic locations and offices where they worked, which is sufficient information to uniquely identify them. The common law standard plainly justifies sealing.

The First Amendment only applies to certain types of judicial records, such as complaints, summary judgment motions and exhibits, rulings on summary judgment, and docket sheets. *Courthouse News Service*, 126 F.4th at 907. Here the Plaintiff States' Complaint is already public. Plaintiff States are seeking emergency relief, not summary judgment, so the employee declarations are not necessary to allow the public to understand the basis of the Court's ruling on the merits.

For these reasons, the Plaintiff States respectfully move to seal Exhibits M-EE.

Respectfully submitted,

**ANTHONY G. BROWN**
*Attorney General*
*State of Maryland*

*/s/ James D. Handley*
James D. Handley, Bar No.
20299
Virginia A. Williamson**
Assistant Attorneys General

200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Phone: 410-576-6993
Fax: 410-576-6955
jhandley@oag.state.md.us

**BRIAN SCHWALB**
*Attorney General*
*District of Columbia*

Emma Simson
Senior Counsel to the Attorney
General

*/s/ Ryan Wilson*
Ryan Wilson**
Senior Counsel

Hannah Cole-Chu, Bar No.
20747
Anne Deng*
Pamela Disney**
Tessa Gellerson, Bar No. 21271
Charles Sinks, Bar No. 21185
Cara Spencer, Bar No. 20171
Assistant Attorneys General

Office of the Attorney General
for the District of Columbia
400 6th Street N.W., 10th Floor
Washington, D.C. 20001
(202) 230-2342
Ryan.Wilson@dc.gov

**KEITH ELLISON**
*Attorney General*
*State of Minnesota*

*/s/ Liz Kramer*
Liz Kramer*
Solicitor General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
Phone: 651-757-1059
Fax: 651-282-5832
liz.kramer@ag.state.mn.us

**KRISTIN K. MAYES**
*Attorney General*
*State of Arizona*

*/s/ Hayleigh S. Crawford*
Hayleigh S. Crawford*
Deputy Solicitor General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

5

**ROB BONTA**
*Attorney General*
*State of California*

/s/ *Satoshi Yanai*
Satoshi Yanai*
Senior Assistant Attorney
General

300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: 213-269-6400
satoshi.yanai@doj.ca.gov

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
Director of Impact Litigation

Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**WILLIAM TONG**
*Attorney General*
*State of Connecticut*

/s/ *Michael Skold*
Michael Skold*
Solicitor General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808 5020
michael.skold@ct.gov

**ANNE E. LOPEZ**
*Attorney General*
*State of Hawai'i*

/s/ *Kaliko'onālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

**KWAME RAOUL**
*Attorney General*
*State of Illinois*

*/s/ Gretchen Helfrich*
Gretchen Helfrich, ARDC
#6300004*
Deputy Chief
Special Litigation Bureau
Office of the Illinois Attorney
General
115 South LaSalle Street, 35th
Floor
Chicago, IL 60603
Tel. (312) 814-3000
Gretchen.helfrich@ilag.gov

**ANDREA JOY CAMPBELL**
*Attorney General*
*Commonwealth of Massachusetts*

*/s/ Katherine Dirks*
Katherine Dirks*
Chief State Trial Counsel
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
617.963.2277
katherine.dirks@mass.gov

**DANA NESSEL**
*Attorney General*
*State of Michigan*

*/s/ Bryan Davis, Jr.*
Bryan Davis, Jr. (P84206)*
Debbie Taylor (P59382)*
Assistant Attorneys General
Department of Attorney General
Labor Division
3030 W. Grand Blvd., Ste. 9-600
Detroit, MI 48202
davisb47@michigan.gov
taylord8@michigan.gov
(313) 456-2200

**MATTHEW J. PLATKIN**
*Attorney General*
*State of New Jersey*

*/s/ Shankar Duraiswamy*
Shankar Duraiswamy*
Deputy Solicitor General
25 Market Street
Trenton, NJ 08625
Phone: (862) 350-5800
Shankar.Duraiswamy@njoag.gov

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Anjana Samant*
Anjana Samant*
Deputy Counsel for Impact
Litigation
New Mexico Department of
Justice

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
New York Office of the Attorney General
28 Liberty St.
New York, NY 10005

P.O. Drawer 1508
Santa Fe, NM  87504-1508
(505) 490-4060
asamant@nmdoj.gov

**DAN RAYFIELD**
*Attorney General*
*State of Oregon*

By: */s Deanna J. Chang*
Deanna J. Chang**
Senior Assistant Attorney
General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Deanna.J.Chang@doj.oregon.gov

**CHARITY R. CLARK**
*Attorney General*
*State of Vermont*

*/s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

**PHIL WEISER**
Attorney General of Colorado

*/s/ David Moskowitz*
David Moskowitz
Deputy Solicitor General
Office of the Colorado Attorney
General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

(929) 638-0447
rabia.muqaddam@ag.ny.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Natalya A. Buckler*
Natalya A. Buckler (RI Bar No. 8415)*
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2022
nbuckler@riag.ri.gov

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*Brian P. Keenan*
BRIAN P. KEENAN*
Assistant Attorney General
State Bar #1056525
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
keenanbp@doj.state.wi.us

**AARON D. FORD**
*Attorney General of Nevada*

By: */s/ Heidi Parry Stern*
    Heidi Parry Stern (Bar. No. 8873)*
    Solicitor General
    Office of the Nevada Attorney General
    555 E. Washington Ave., Ste. 3900
    Las Vegas, NV 89101
    HStern@ag.nv.gov

8

*\* Pro hac vice application
forthcoming
\*\*Application for admission
pending*

March 7, 2025                                     Attorneys for Plaintiffs

Case 1:25-cv-00748-JKB    Document 6    Filed 03/07/25    Page 10 of 15

## CERTIFICATE OF SERVICE

I certify that, on this 7th day of March, 2025, the foregoing was served by first-class

mail on all persons entitled to service:

> UNITED STATES DEPARTMENT OF
> AGRICULTURE,
> 1400 Independence Avenue, S.W.,
> Washington, DC 20250
>
> BROOKE ROLLINS, *in her official Capacity*
> *as Secretary of Agriculture*,
> 1400 Independence Avenue, S.W.
> Room 214W, Whitten Building
> Washington, DC 20250
>
> UNITED STATES DEPARTMENT OF
> COMMERCE,
> 1401 Constitution Avenue, N.W.
> Washington, DC 20230
>
> HOWARD LUTNICK, *in his Official Capacity*
> *as Secretary of Commerce*,
> 1401 Constitution Avenue, N.W.
> Washington, DC 20230
>
> UNITED STATES DEPARTMENT OF
> DEFENSE,
> 1000 Defense Pentagon
> Washington, DC 20301-1400
>
> PETER HEGSETH, *in his Official Capacity as*
> *Secretary of Defense*,
> 1000 Defense Pentagon
> Washington, DC 20301-1400
>
> UNITED STATES DEPARTMENT OF
> EDUCATION,

10

400 Maryland Avenue, S.W.
Washington, DC 20202

LINDA MCMAHON, *in her Official Capacity
as Secretary of Education*,
400 Maryland Avenue, S.W.
Washington, DC 20202

UNITED STATES DEPARTMENT OF
ENERGY,
1000 Independence Avenue, S.W.
Washington, DC 20024

CHRISTOPHER WRIGHT, *in his Official
Capacity as Secretary of Energy*,
1000 Independence Avenue, S.W.
Washington, DC 20024

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
200 Independence Avenue, S.W.
Washington, D.C. 20201

ROBERT F. KENNEDY, JR., *in his Official
Capacity as Secretary of Health and Human
Services*,
200 Independence Avenue, S.W.
Washington, DC 20201

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,
300 7th Street, S.W.
Washington, DC 20201

KRISTI NOEM, *in her Official Capacity as
Secretary of Homeland Security*,
300 7th Street, S.W.
Washington, DC 20201

11

Case 1:25-cv-00748-JKB    Document 6    Filed 03/07/25    Page 12 of 15

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
451 7th Street, S.W.
Washington, DC 20410

SCOTT TURNER, *in his Official Capacity as*
*Secretary of Housing and Urban Development*,
451 7th Street, S.W.
Washington, DC 20410

UNITED STATES DEPARTMENT OF
INTERIOR,
1849 C Street, N.W.
Washington, DC 20240

DOUGLAS BURGUM, *in his Official Capacity*
*as Secretary of the Interior*,
1849 C Street, N.W.
Washington, DC 20240

UNITED STATES DEPARTMENT OF
LABOR,
200 Constitution Avenue, N.W.
Washington, DC 20210

VINCE MICONE, *in his Official Capacity as*
*Acting Secretary of Labor*,
200 Constitution Avenue, N.W.
Washington, DC 20210

UNITED STATES DEPARTMENT OF
TRANSPORTATION,
1200 New Jersey Avenue, S.E.
Washington, DC 20590

SEAN DUFFY, *in his Official Capacity as*
*Secretary of the Transportation*,
1200 New Jersey Avenue, S.E.
Washington, DC 20590

UNITED STATES DEPARTMENT OF
TREASURY,
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

SCOTT BESSENT, *in his Official Capacity as*
*Secretary of the Treasury,*
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,
810 Vermont Avenue, N.W.
Washington, DC 20420

DOUGLAS A. COLLINS, *in his Official*
*Capacity as Secretary of the Veterans Affairs,*
810 Vermont Avenue, N.W.
Washington, DC 20420

CONSUMER FINANCIAL PROTECTION
BUREAU,
1700 G Street, N.W.
Washington, DC 20520

RUSSELL VOUGHT, *in his Official Capacity*
*as Acting Director of the Consumer Financial*
*Protection Bureau,*
1700 G Street, N.W.
Washington, DC 20520

ENVIRONMENTAL PROTECTION
AGENCY,
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

LEE ZELDIN, *in his Official Capacity as*
*Administrator of the Environmental Protection*
*Agency,*
1200 Pennsylvania Avenue, N.W.

Washington, DC 20460

FEDERAL DEPOSIT INSURANCE
CORPORATION,
550 17th Street, NW
Washington, DC 20429

TRAVIS HILL, *in his Official Capacity as*
*Acting Chairman of the Federal Deposit*
*Insurance Corporation*,
550 17th Street, NW
Washington, DC 20429

GENERAL SERVICES ADMINISTRATION,
1800 F Street, NW
Washington, DC 20405

STEPHEN EHIKIAN, *in his Official Capacity*
*as Acting Administrator of the General Services*
*Administration*,
1800 F Street, NW
Washington, DC 20405

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,
700 Pennsylvania Avenue, N.W.
Washington, DC 20001

OFFICE OF PERSONNEL MANAGEMENT
1900 E Street, N.W.
Washington, DC 20415

CHARLES EZELL, *in his Official Capacity as*
*Acting Director of the Office of Personnel*
*Management*
1900 E Street, N.W.
Washington, DC 20415

SMALL BUSINESS ADMINISTRATION,
409 3rd Street, SW

Washington, DC 20416

KELLY LOEFLER, *in her Official Capacity as*
*Administrator of the Small Business*
*Administration,*
409 3rd Street, SW
Washington, DC 20416

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT,
1300 Pennsylvania Avenue, NW
Washington, DC 20004

MARCO RUBIO, *in his Official Capacities as*
*Acting Administrator of the United States*
*Agency for International Development and*
*Archivist for the National Archives and Records*
*Administration,*
1300 Pennsylvania Avenue, NW
Washington, DC 20004,

/s/ *James D. Handley*
James D. Handley, Bar No. 20299

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

                                        *

MARYLAND, *et al.*,                     *

         *Plaintiffs*,                 *

                                          *

        v.                              No. 1:25-cv-00748-JKB

                                          *

UNITED STATES DEPARTMENT     *
OF AGRICULTURE, *et al.*,

         *Defendants*.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PROPOSED ORDER TO FILE UNDER SEAL**

Upon consideration of Plaintiffs' Motion to Seal Exhibits M-EE, it is this _____

day of _____, 2025, by the United States District Court for the District of

Maryland,

HEREFORE, this Court finds that the Plaintiffs' Exhibits M-EE, contain

confidential information, and

FURTHER, this Court finds no option aside from sealing these documents as

feasible to ensure the confidentiality of the information for the individuals concerned.

THEREFORE, it is ORDERED that Plaintiffs' Motion to Seal Exhibits M-EE is

GRANTED, and it is further

ORDERED that Exhibits M-EE are SEALED.

_____

Honorable James K. Bredar
United States District Judge