# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND, et al.<br><br>　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　Defendant. | Case No. JKB-25-0748 |

## NOTICE

TO THE COURT:

In accordance with the Court's directive in ECF No. 9 as pertains to this case, the United States Attorney's Office for the District of Maryland has been notified of the above-captioned matter and the prospect of a corresponding request for a Temporary Restraining Order. Formal service in accordance with Rule 4 of the Federal Rules of Civil Procedure has yet to be made, however.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Kelly O. Hayes
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Thomas F. Corcoran (Bar No. 24894)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　36 S. Charles Street, Fourth Floor
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　　410-209-4800
　　　　　　　　　　　　　　　　　　Thomas.Corcoran@usdoj.gov