IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. JKB-25-0748 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al. | * * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

A telephone scheduling conference is set in for March 7, 2025, at 4:00 p.m., E.S.T. This conference will occur on the record.

Assistant Attorneys General Handley and Williamson, appearing on behalf of the State of Maryland, shall organize the conference call and ensure that counsel for all parties receive instructions on how to participate. Specifically, the Maryland Assistant Attorneys General shall ensure that Mr. Thomas Corcoran, the Chief of the Civil Division in the United States Attorney's Office for the District of Maryland, has been notified as to the conference call details.

Finally, Assistant Attorney Generals Handley and Williamson shall provide conference call connection details to the Court, forthwith, so that they Court can connect to the call.

Dated this ___7___ day of March, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge