IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MARYLAND, et al.,**

    Plaintiffs,

  v.

**U.S. DEPARMENT OF AGRICULTURE, et al.,**

    Defendants.

Case No. 1:25-cv-00748-JKB

## NOTICE OF APPEARANCE

Please ENTER the appearance of Assistant United States Attorney Beatrice Thomas as counsel for Defendants in the instant action.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

 */s/ Beatrice Thomas*
Beatrice C. Thomas (Bar number: 21969)
Assistant U.S. Attorney, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
beatrice.thomas@usdoj.gov
(410) 209-4848

## CERTIFICATE OF SERVICE

I certify that on this 7th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

                                                 */s/*
                                          Beatrice C. Thomas