IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-25-0748 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

As explained during the March 7, 2025 scheduling teleconference, it is ORDERED that:

1. Going forward, the shortened caption of this case shall be "STATE OF MARYLAND, et al., Plaintiffs v. UNITED STATES DEPARTMENT OF AGRICULTURE, et al., Defendants." This is the caption that should appear on all pleadings filed in this matter.

2. A HEARING on the Motion for Temporary Restraining Order (ECF No. 4) is SET IN for March 12, 2025, at 9:30 a.m., in the J. Frederick Motz Ceremonial Courtroom, United States Courthouse, 101 W. Lombard St., Baltimore, Maryland.

3. The parties may file briefs supporting or opposing the Motion for Temporary Restraining Order on or before March 10, 2025, at 2:00 p.m. Briefs are invited but not required. As explained during the teleconference, any briefing should address the Plaintiffs' standing, applying the principles set out in *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992), the factors that might justify the entry of a temporary restraining order, especially as set out in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008), and related underlying substantive issues.

4. The parties SHALL ADVISE the Court of any intention to present evidence at the hearing, including a statement of the form such evidence will likely take, on or before March 10, 2025, at 2:00 p.m.

Dated this ___7___ day of March, 2025.

                                      BY THE COURT:

                                      _/s/ James K. Bredar_____
                                      James K. Bredar
                                      United States District Judge