IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | *   Civil No. JKB-25-00748 |
| | * |
| Defendants. | * |
| | * |

*   *   *   *   *   *   *   *   *   *   *   *

**NOTICE CONCERNING PLAINTIFFS' PARTICIPATION IN HEARING**

Pursuant to the Court's Order of March 7, 2025, ECF No. 17, Plaintiffs hereby provide notice to the Court concerning their participation in the upcoming Motion hearing, scheduled for March 12, 2025.

Plaintiffs do not intend to provide new evidence at the March 12 hearing. Plaintiffs will likely reference certain of the Declarations previously submitted to the Court, those filed in connection with Plaintiffs' Motion for a Temporary Restraining Order, ECF No. 4.

To promote efficiency, the State of Maryland, through counsel Virginia Williamson, will conduct argument at the hearing on behalf of all Plaintiff States. *Cf.,* Fed. R. Civ. Pr. 20(a)(1) (allowing for joinder of multiple plaintiffs in an action such as this one arising out the same series of occurrences involving common questions of fact and law); *accord Dillon v. BMO Harris Bank, N.A.*, 16 F. Supp. 3d 605, 616 (M.D.N.C. 2014) ("[G]iven the substantial overlap of legal and factual issues, keeping these matters together aids judicial economy.").

Plaintiffs also provide notice of their agreement that attorneys from the States listed in the signature block are authorized to argue on behalf of Plaintiffs at hearings in this matter.

Respectfully submitted,

| | |
|---|---|
| **ANTHONY G. BROWN**<br>*Attorney General*<br>*State of Maryland*<br><br>*/s/ James D. Handley*<br>James D. Handley, Bar No. 20299<br>Virginia A. Williamson<br>Bar No. 31472<br><br>Assistant Attorneys General<br><br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>jhandley@oag.state.md.us<br>Phone: (410) 576-6993<br>Fax: (410) 576-6955<br><br>**BRIAN SCHWALB**<br>*Attorney General*<br>*District of Columbia*<br><br>Emma Simson<br>Senior Counsel to the Attorney General<br><br>*/s/ Ryan Wilson*<br>Ryan Wilson**<br>Senior Counsel<br><br>Hannah Cole-Chu, Bar No. 20747<br>Anne Deng*<br>Pamela Disney**<br>Tessa Gellerson, Bar No. 21271<br>Charles Sinks, Bar No. 21185<br>Cara Spencer, Bar No. 20171<br>Assistant Attorneys General | **KEITH ELLISON**<br>*Attorney General*<br>*State of Minnesota*<br><br>*/s/ Liz Kramer*<br>Liz Kramer*<br>Solicitor General<br><br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>Phone: 651-757-1059<br>Fax: 651-282-5832<br>liz.kramer@ag.state.mn.us<br><br><br><br>**KRISTIN K. MAYES**<br>*Attorney General*<br>*State of Arizona*<br><br>*/s/ Hayleigh S. Crawford*<br>Hayleigh S. Crawford*<br>Deputy Solicitor General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>Phone: (602) 542-3333<br>Hayleigh.Crawford@azag.gov<br>ACL@azag.gov |

Office of the Attorney General for
the District of Columbia
400 6th Street N.W., 10th Floor
Washington, D.C. 20001
(202) 230-2342
Ryan.Wilson@dc.gov

**ROB BONTA**
*Attorney General*
*State of California*

/s/ *Satoshi Yanai*
Satoshi Yanai*
Senior Assistant Attorney General

300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: 213-269-6400
satoshi.yanai@doj.ca.gov

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
Director of Impact Litigation

Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**WILLIAM TONG**
*Attorney General*
*State of Connecticut*

/s/ *Michael Skold*
Michael Skold*
Solicitor General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808 5020
michael.skold@ct.gov

**ANNE E. LOPEZ**
*Attorney General*
*State of Hawai'i*

/s/ *Kaliko'onālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

**KWAME RAOUL**
*Attorney General*
*State of Illinois*

*/s/ Gretchen Helfrich*
Gretchen Helfrich, ARDC #6300004*
Deputy Chief
Special Litigation Bureau
Office of the Illinois Attorney General
115 South LaSalle Street, 35th Floor
Chicago, IL  60603
Tel. (312) 814-3000
Gretchen.helfrich@ilag.gov

**ANDREA JOY CAMPBELL**
*Attorney General*
*Commonwealth of Massachusetts*

*/s/ Katherine Dirks*
Katherine Dirks*
Chief State Trial Counsel
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
617.963.2277
katherine.dirks@mass.gov

**DANA NESSEL**
*Attorney General*
*State of Michigan*

*/s/ Bryan Davis, Jr.*
Bryan Davis, Jr. (P84206)*
Debbie Taylor (P59382)*
Assistant Attorneys General
Department of Attorney General
Labor Division
3030 W. Grand Blvd., Ste. 9-600
Detroit, MI 48202
davisb47@michigan.gov
taylord8@michigan.gov
(313) 456-2200

**MATTHEW J. PLATKIN**
*Attorney General*
*State of New Jersey*

*/s/ Shankar Duraiswamy*
Shankar Duraiswamy*
Deputy Solicitor General
25 Market Street
Trenton, NJ 08625
Phone: (862) 350-5800
Shankar.Duraiswamy@njoag.gov

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Anjana Samant*
Anjana Samant*
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM  87504-1508
(505) 490-4060

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special Counsel for Federal Initiatives
New York Office of the Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov

asamant@nmdoj.gov

**DAN RAYFIELD**
*Attorney General*
*State of Oregon*

By: */s Deanna J. Chang*
Deanna J. Chang**
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Deanna.J.Chang@doj.oregon.gov

**CHARITY R. CLARK**
*Attorney General*
*State of Vermont*

*/s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

**PHIL WEISER**
Attorney General of Colorado

/s/ David Moskowitz
David Moskowitz*
Deputy Solicitor General
Office of the Colorado Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Natalya A. Buckler*
Natalya A. Buckler (RI Bar No. 8415)*
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2022
nbuckler@riag.ri.gov

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*Brian P. Keenan*
BRIAN P. KEENAN*
Assistant Attorney General
State Bar #1056525
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
keenanbp@doj.state.wi.us

**AARON D. FORD**
*Attorney General of Nevada*

By: /s/ Heidi Parry Stern
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*\* Pro hac vice application forthcoming*
*\*\*Application for admission pending*

March 10, 2025                                             *Attorneys for Plaintiffs*