IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland                 *

**Plaintiff,**

                                  *

v.                                   Case No. 1:25-cv-748

                                  *

U.S. Department of Agriculture

**Defendant.**                    *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiff State of Maryland

I certify that I am admitted to practice in this Court.

3/10/25

Date

*[signature]*

Signature

Virginia Williamson, No.31472

Printed name and bar number

200 St. Paul Place, Baltimore, MD 21202

Address

vwilliamson@oag.state.md.us

Email address

410-576-6584

Telephone number


Fax number