IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Maryland, et al.,

**Plaintiff,**

v.

U.S. Department of Agriculture, et al.,

**Defendant.**

\* \* \* \* \*

Case No. 25-cv-748

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff the District of Columbia

I certify that I am admitted to practice in this Court.

03/11/2025
Date

Charles Sinks
Digitally signed by Charles Sinks
Date: 2025.03.11 14:17:52 -04'00'
Signature

Charles Sinks (21185)
Printed name and bar number

400 6th Street NW, Washington, DC 20001
Address

charles.sinks@dc.gov
Email address

202-735-7456
Telephone number

Fax number