# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.   *

**Plaintiff,**

*

**v.**   Case No. 1:25-cv-748

U.S. Department of Agriculture, et al.   *

**Defendant.**   *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff District of Columbia

I certify that I am admitted to practice in this Court.

3/11/25
Date

*Tessa Gellerson*
Signature

Tessa Gellerson, No. 21271
Printed name and bar number

400 6th Street N.W., Washington D.C. 20001
Address

tessa.gellerson@dc.gov
Email address

(202) 724-6635
Telephone number

Fax number