IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Maryland, et al.       *

**Plaintiff,**
                       *
v.                            Case No. 1:25-cv-748
                       *
U.S. Dep't Agric., et al.
                       *
**Defendant.**

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff State of New Jersey

I certify that I am admitted to practice in this Court.

03/11/2025

Date

Nathaniel Levy
Digitally signed by Nathaniel Levy
Date: 2025.03.11 20:39:39 -04'00'

Signature

Nathaniel Levy (21840)

Printed name and bar number

Richard J. Hughes Justice Complex, 25 Market St., 8th Fl, Trenton NJ 08625

Address

Nathaniel.Levy@njoag.gov

Email address

609-376-2678

Telephone number

Fax number

EntryofAppearanceCivil (08/2015)