IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, et al.,

    **Plaintiff,**

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.

    **Defendant.**

\*    \*    \*    \*

Case No. 1:25-cv-000748-JKB

## MOTION FOR ADMISSION PRO HAC VICE

I, __James D. Handley__, am a member in good standing of the bar of this Court. I am moving the admission of __David Dana Day__ to appear pro hac vice in this case as counsel for __the State of Hawaii__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Hawaii Supreme Court - 11/10/2010 | U.S. District of Hawaii - 11/10/2010 |
| | U.S. Court of Appeals - 9th Cir. - 6/23/2014 |
| | U.S. Supreme Court - 8/24/2020 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __-0-__ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT  
*[signature: James D. Handley]*  
Signature  

James D. Handley, 20299  
Printed name and bar number  

Office of the Attorney General  
Office name  

200 Saint Paul Pl., 20th Fl., Baltimore, MD 21202  
Address  

410-576-6993  
Telephone number  

410-576-6955  
Fax Number  

jhandley@oag.state.md.us  
Email Address  

PROPOSED ADMITTEE  
/s/ David D. Day  
(signed by James D. Handley with permission of David D. Day)  
Signature  

David D. Day  
Printed name  

Hawaii Department of the Attorney General  
Office name  

425 Queen Street, Honolulu, HI  96813  
Address  

(808) 586-1284  
Telephone number  

_____  
Fax Number  

david.d.day@hawaii.gov  
Email Address