# Exhibit M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF** ▮

I, ▮, swear under penalty of perjury:

1. My name i ▮ and I am an adult resident of ▮ Maryland.

2. I began working for the Department of Transportation (Transportation) as an ▮ on August 12, 2024. My duty station was Washington, D.C.

3. Transportation hired me as an ▮ via its Schedule A hiring authority.

4. From the date of my hire, Transportation classified me as a probationary employee. My probationary period was one year, or until August 12, 2025.

5. On February 14, 2025, I received by email a notice signed b ▮ that Transportation was terminating my employment effective immediately. *See* Exhibit 1.

6. The notice states, "The U.S. Department of Transportation – OST finds, that based on your performance you have not demonstrated that your further employment at the

1

Department of Transportation – OST would be in the public interest. For this reason, the Department of Transportation – OST is removing you from your position with the Department of Transportation and the federal civil service effective today."

7. The February 14, 2025, termination notice from ▬▬▬▬▬ was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

8. I am now unemployed and have been working temporary jobs to make ends meet.

9. I pay income taxes to the government of Maryland. Each pay period, Transportation withheld and paid income taxes from my paycheck to the Maryland government.

10. Before I was terminated, my job duties as a ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

12. I had not yet received formal performance evaluations during my tenure as an ▬▬▬▬▬▬▬▬▬. However, my supervisor consistently gave me positive, informal feedback about my performance.

Dated: <u>March 5, 2025</u>

\*A copy of the signature page bearing an original signature is attached hereto.

Department of Transportation – OST would be in the public interest. For this reason, the Department of Transportation – OST is removing you from your position with the Department of Transportation and the federal civil service effective today."

7. The February 14, 2025, termination notice from ▮▮▮▮▮ was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

8. I am now unemployed and have been working temporary jobs to make ends meet.

9. I pay income taxes to the government of Maryland. Each pay period, Transportation withheld and paid income taxes from my paycheck to the Maryland government.

10. Before I was terminated, my job duties as an ▮▮▮▮▮

12. I had not yet received formal performance evaluations during my tenure as an ▮▮▮▮▮ However, my supervisor consistently gave me positive, informal feedback about my performance.

Dated: 3/5/2025

*A copy of the signature page bearing an original signature is attached hereto.

# EXHIBIT 1



US Department
of Transportation

# Memorandum

| | |
|---|---|
| FOR: | █████████████ |
| FROM: | █████████████ |
| SUBJECT: | Notification of Termination During Probationary Period |
| REFERENCES: | 5 U.S.C. § 7511 |
| | 5 U.S.C. § 3321(a) |
| | 5 C.F.R. §§ 315.803 and 804 |
| | 5 C.F.R. § 316.304 |

I regrettably inform you that I am hereby removing you from your position with the ███████████████ and federal service consistent with the above references, effective February 14, 2025.

As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states that an appointment is not final until the probationary period is over, and the probationary period is part of the hiring process for employees. A probationer is still an applicant for a finalized appointment to a particular position as well as to the federal service. Until the probationary period has been completed a probationer has the burden to demonstrate why it is in the public interest for the Government to finalize their appointment to the civil service.

The U.S. Department of Transportation - OST finds, that based on your performance you have not demonstrated that your further employment at the Department of Transportation – OST would be in the public interest. For this reason, the Department of Transportation – OST is removing you from your position with the Department of Transportation and the federal civil service effective today.

**Rights and Procedures**

If you believe this action is based on discrimination because of marital status or partisan political reasons, you may appeal this action to the Merit Systems Protection Board (MSPB). You may also appeal this action to the MSPB if you believe it is the result of

2

discrimination based on your race, color, religion, sex, national origin, age, disability or reprisal for prior EEO activity if such discrimination is alleged in addition to marital status or partisan political reasons. If you appeal to the MSPB, your appeal may be submitted in writing or electronically at **https://e-appeal.mspb.gov/**. Your appeal must be submitted no later than 30 calendar days following the effective date of your termination. You may obtain additional information concerning the MSPB appeal process and access the "e-Appeal" procedure on the internet at **www.mspb.gov**.

If you believe this action was taken against you in retaliation for making protected whistleblower disclosures, you may seek corrective action before the U.S. Office of Special Counsel, **www.osc.gov**. Finally, you have the right to file an EEO complaint if you believe that this action is being taken because of your race, color, religion, sex, national origin, disability, age, or in retaliation for your previous participation in the EEO process. If you wish to do so, you must contact an Equal Employment Opportunity counselor within 45 calendar days following the effective date of your termination to initiate the informal EEO process. For further information as to your rights, you should contact the Departmental Office of Civil Rights at (202) 366-4648.

You are to surrender your DOT identification badge and any other Agency property in your possession to your supervisor or agency official before leaving the premises today. If you are not onsite, your supervisor will provide instructions on how to return your equipment.

If you have any questions concerning your benefits, last paycheck and leave payout, or would like information on how this action affects your retirement eligibility or other benefits, please contact your benefits office.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors.

[signature redacted]