Exhibit N

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

---

STATE OF MARYLAND, ET AL.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, ET AL.,

Defendants.

Case No.: 1:25-cv-

---

## DECLARATION OF ███████████

I ███████████ swear under penalty of perjury:

1.    My name is ███████ and I am an adult resident of ███████ Maryland.

2.    I began working for the Department of Health and Human Services (HHS) as a ████████████████████████████████████████████ on February 25, 2024. My duty station was Rockville, Maryland.

3.    From the date of my hire, HHS classified me as a probationary employee. My probationary period was one year, or until February 25, 2025.

4.    On February 14, 2025, I received by email a notice signed by ███████ that HHS was terminating my employment, effective March 14, 2025. *See* Exhibit 1. Four days later, on February 18, 2025, I received a second, nearly identical notice that was also signed by ████████ *See* Exhibit 2. The second notice moved up the effective date of my termination to February 23, 2025.

1

5.      Both notices state, "the Agency finds that you are not fit for continued employment because your ability, knowledge and skills do not fit the Agency's current needs, and your performance has not been adequate to justify further employment at the Agency."

6.      The February 14, 2025, termination notice from ███████ was the first I had learned of my termination.  If I had more warning, I would have started looking for a new position immediately.

7.      I know of many other probationary employees at HHS that received this same termination letter.  I understand that 37 probationary employees within the ████████████ ████████ were terminated on or around February 14, 2025.  I also understand that 180 probationary employees across all divisions and bureaus of █████ were terminated on or around February 14, 2025.

8.      I am now unemployed, and I have not received any severance pay following my abrupt termination.  I have applied for unemployment insurance benefits with the Maryland government.

9.      I can no longer afford to support the local economy in the same way.  If I do not find a job in the next few months, I will likely need to move in with my parents or other family members.

10.      As a resident, I pay income taxes to Maryland.  Each pay period, HHS withheld and paid income taxes from my paycheck to the Maryland government.

11.      Before I was terminated, my job duties as a ████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████

12.      I was a ████████████████████████████████

13.     In the one year I worked at HHS, I received one mid-cycle performance evaluation during which I discussed my annual performance plan with my supervisor.  My supervisor gave me positive feedback about my performance.  Additionally, on February 5, 2025, just nine days before I first learned that I was being terminated, my supervisor had informed me that she had submitted paperwork to promote me from the ███████████████  I was told that my promotion would be effective February 23, 2025.

Dated: _March 6, 2025_____

███████████████████████

*A copy of the signature page bearing an
original signature is attached hereto.

3

13.    In the one year I worked at HHS, I received one mid-cycle performance evaluation during which I discussed my annual performance plan with my supervisor. My supervisor gave me positive feedback about my performance. Additionally, on February 5, 2025, just nine days before I first learned that I was being terminated, my supervisor had informed me that she had submitted paperwork to promote me from the ███████████████ I was told that my promotion would be effective February 23, 2025.

Dated: 3/6/25

███████████████

*A copy of the signature page bearing an original signature is attached hereto.

# EXHIBIT 1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Washington, D.C. 20201

February 14, 2025

MEMORANDUM FOR ████████████████████████████
█████████████████████

FROM:    ████████████████
         ████████████████████████████

SUBJECT:        Notification of Termination During Probationary Period
REFERENCES:     5 U.S.C. § 7511
                5 U.S.C. § 3321(a)
                5 C.F.R. §§ 315.803 and 804
                5 C.F.R. § 316.304

This is to provide notification that I am removing you from your position of ████████ ████████████████████ and federal service consistent with the above references.

On 2/25/2024, the agency appointed you to the position of ██████████████ ████████████. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[109] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service"[110] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[111]

Unfortunately, the Agency finds that you are not fit for continued employment because your ability, knowledge and skills do not fit the Agency's current needs, and your performance has not been adequate to justify further employment at the Agency.

---

[109] OPM, *Practical Tips for Supervisors of Probationers*.
[110] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[111] *Id*.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

For these reasons, I regrettably inform you that I am terminating your employment with the agency during your probationary/trial period, effective March 14, 2025. You will be carried in an administrative leave status and receive pay from today through the end or your employment. You must turn in any government property, including but not limited to any government-furnished equipment, government issued credit cards, and PIV card and clear any indebtedness immediately.

If you believe this action is being taken based on partisan political reasons or marital status, you have a right to file an appeal with the Merit Systems Protection Board (MSPB) under 5 C.F.R. § 315.806. You must file an appeal within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office (see attached).

I appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact hhsdas-hr-chco@hhs.gov.



Attachment: MSPB Regional and Field Offices

# EXHIBIT 2

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Washington, D.C. 20201

February 14, 2025

MEMORANDUM FOR ██████████████████████████████████
██████████████████████

FROM:                    ██████████████████████████████
                         ██████████████████████████████
                         ██████████████████████████████

SUBJECT:            Notification of Termination During Probationary Period
REFERENCES:         5 U.S.C. § 7511
                    5 U.S.C. § 3321(a)
                    5 C.F.R. §§ 315.803 and 804
                    5 C.F.R. § 316.304

This is to provide notification that I am removing you from your position of ████████
████████████████ and federal service consistent with the above references.

On 2/25/2024,  the agency appointed you to the position of ███████████████
████████████  As documented on your appointment Standard Form 50 (SF-50), your
appointment is subject to a probationary/trial period. The agency also informed you of this
requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An
appointment is not final until the probationary period is over," and the probationary period
is part of "the hiring process for employees."[109] "A probationer is still an applicant for a
finalized appointment to a particular position as well as to the Federal service" [110] "Until the
probationary period has been completed," a probationer has "the burden to demonstrate why
it is in the public interest for the Government to finalize an appointment to the  civil service
for this particular individual."[111]

Unfortunately, the Agency finds that you are not fit for continued employment
because your ability, knowledge and skills do not fit the Agency's current needs, and your
performance has not been adequate to justify further employment at the Agency.

---

[109] OPM, *Practical Tips for Supervisors of Probationers*.
[110] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[111] *Id.*

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

For these reasons, I regrettably inform you that I am terminating your employment with the agency during your probationary/trial period, effective February 23, 2025. You will be carried in an administrative leave status and receive pay from today through the end or your employment. You must turn in any government property, including but not limited to any government-furnished equipment, government issued credit cards, and PIV card and clear any indebtedness immediately.

If you believe this action is being taken based on partisan political reasons or marital status, you have a right to file an appeal with the Merit Systems Protection Board (MSPB) under 5 C.F.R. § 315.806. You must file an appeal within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office (see attached).

I appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact hhsdas-hr-chco@hhs.gov.



Attachment: MSPB Regional and Field Offices