# Exhibit O

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Case No.: 1:25-cv- |

### DECLARATION OF ▇▇▇▇

I ▇▇▇▇ swear under penalty of perjury,

1. My name is ▇▇▇▇ and I am an adult resident of Washington, D.C.

2. I began working for the U.S. Agency for International Development ("USAID") ▇▇▇▇ on approximately December 2, 2024. My duty station was Washington, D.C.

3. I am an active duty Air Force veteran. I currently serve in the Air Force Reserves.

4. From the date of my hire, USAID classified me as a probationary employee. My probationary period was one year, or until approximately December 1, 2025.

5. On February 24, 2025, I received by email a memorandum signed by ▇▇▇▇ that USAID was terminating my employment, effective immediately, on the basis that "it is in the best interest of the U.S. Government." *See* Exhibit 1. The memorandum did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

1

6. The February 24, 2025 termination notice from ▮▮▮▮▮▮▮▮ was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

7. I am now unemployed, aside from my periodic reservist duties. I plan to apply for unemployment insurance benefits with the D.C. government if I am eligible.

8. I can no longer afford to support the local economy in the same way due to the sudden termination. For example, I have canceled plans to eat out at restaurants and order delivery, and will need to drive outside of the city to Maryland or Virginia for cheaper groceries. I will likely not renew my fitness memberships and class passes after February, and have to cut down on all other recreational expenses, dissuading me patronizing any establishments for gatherings with my friends and community members. I also will likely have to put off upcoming healthcare needs for my pets. Prior to my termination, I was also planning to buy property within D.C., with the help of my Veteran Affairs benefits, but am no longer searching due to the unexpected termination of my job.

9. If I do not find a new job in the District in the next few months, I will need to relocate out of the District, and may need to terminate my rental lease early to do so.

10. Prior to my termination, my job duties ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11. ███████████████████████████████████████

12. As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, USAID withheld and paid income taxes from my paycheck to the District government.

13. I received one midterm review during my two and a half months at USAID, during which my supervisor and I discussed my progress on my performance plan and we both executed a Form AID 462-1, acknowledging we conducted this review. My supervisor gave me positive feedback regarding my performance.

14. I am in contact with many other probationary employees at USAID that received this same termination letter. I believe my agency terminated roughly 200 probationary employees on February 24, 2025.

Dated: <u>March 5, 2025</u>

11. ▌█████████████████████████████████████████████████████████
▌

12. As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, USAID withheld and paid income taxes from my paycheck to the District government.

13. I received one midterm review during my two and a half months at USAID, during which my supervisor and I discussed my progress on my performance plan and we both executed a Form AID 462-1, acknowledging we conducted this review. My supervisor gave me positive feedback regarding my performance.

14. I am in contact with many other probationary employees at USAID that received this same termination letter. I believe my agency terminated roughly 200 probationary employees on February 24, 2025.

Dated: MARCH 5, 2025



# Exhibit 1



**MEMORANDUM**

Date:	February 24, 2025

To:	

From:	

Subject:	Notification of Termination of Probationary Appointment

On  2018-06-17  , you were appointed to the position of ███████████████ , ███ . In accordance with 5 C.F.R. Section 315.801, your appointment to the competitive service is subject to completion of a one-year probationary period.

This letter is to inform you that your employment with the United States Agency for International Development (USAID) has been terminated, effective immediately upon receipt of this memorandum.  I am terminating you on the basis that it is in the best interest of the U.S. Government.

This is a final decision.  You have the right to contest this action through the avenues outlined below.  Please read carefully as you may only elect one avenue under some circumstances and your election will be considered final on the date any appeal or complaint is filed.

1. If you believe this action resulted from discrimination based on marital status or partisan political reasons, or because of conditions arising before your appointment, you may appeal this action to the Merit Systems Protection Board (MSPB) by mail, electronic filing, facsimile at (703) 756-7112, commercial overnight delivery, or personal delivery to the Regional Director, U.S. Merit Systems Protection Board, Washington, DC Regional Office, 1901 S. Bell Street, Suite 950, Arlington, Virginia 22202.  Any appeal to the Board must be filed within thirty (30) calendar days after the effective date of this action, or thirty (30) calendar days after receipt of this letter,

**Probationary Termination**
Page 2

> whichever is later.  If you do not submit an appeal within that timeframe or a different time frame provided by an order of an MSPB administrative judge, your appeal will be dismissed by the MSPB as untimely filed unless a good reason for the delay is shown.  An MSPB administrative judge will provide you with an opportunity to show why the appeal should not be dismissed as untimely.  A copy of the MSPB appeal form and regulations may be downloaded from the MSPB's website, www.mspb.gov or obtained from the cited Point of Contact below.  You must submit two (2) copies of both your appeal and all attachments unless you file an appeal electronically by using e-Appeal, the MSPB's Internet Filing Procedure, at http://e-appeal.mspb.gov.  E-appeal instructions and filing instructions may be found at www.mspb.gov/appeals/appeals.htm.

2. If you believe that this action was based in whole or in part on discrimination because of race, color, religion, national origin, sex, age, disability, protected genetic information, and/or prior Equal Employment Opportunity (EEO) activity, you may elect to pursue a complaint through the EEO procedures under the provisions of 29 C.F.R. Part 1614.  Also, if you believe this action was based in whole or in part on discrimination based on your parental status, you may elect to pursue a complaint through the EEO procedures under the provisions of Executive Order 11478, as amended.  To pursue a complaint through the EEO procedures under the provisions of 29 C.F.R. Part 1614 or Executive Order 11478, as amended, you must first consult with an EEO Counselor or staff from the Office of Civil Rights via email at EEOcomplaints@usaid.gov, within forty-five (45) calendar days from the effective date of your termination.

3. If you believe that this action is being taken against you because of reprisal for whistleblowing activity, you may seek corrective action under subchapters II and III of 5 U.S.C. Chapter 12, by filing a complaint with the Office of Special Counsel (OSC).  After a complaint is filed with OSC, you may file an Individual Right of Action (IRA) appeal with the MSPB.

   PLEASE READ CAREFULLY BEFORE CHOOSING AN OPTION UNDER THIS SECTION:

   If you choose option 3 above and first seek corrective action by filing a complaint with OSC, your subsequent appeal to the MSPB will be deemed an IRA appeal.  Pursuant to 5 C.F.R. Section 1209.2, you will be limited to the rights associated with an IRA appeal.  Specifically, the MSPB will only consider whether you have demonstrated that one or more whistleblowing disclosures was a contributing factor in the Agency taking this personnel action against you, and if so, whether the Agency has demonstrated by clear and convincing evidence that it would have taken this personnel action in the absence of the protected disclosure or disclosures.  You may not raise affirmative defenses other than reprisal for whistleblowing activities, such as claims of discrimination or harmful procedural error.

**Probationary Termination**
**Page 3**

    If you have any questions about your appeal rights, you may contact HCTM/ELR at [hctm.elr@usaid.gov](mailto:hctm.elr@usaid.gov). If you are in a bargaining unit, you may also seek information from your union representative.