# Exhibit R

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, ET AL., | |
| Plaintiffs, | |
| v. | Case No.: 1:25-cv- |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., | |
| Defendants. | |

**<u>DECLARATION OF</u>** ████████████

I, ███████████ swear under penalty of perjury,

1. My name is ███████████ and I am an adult resident of ███████ MD.

2. I began working for the Department of Labor ("DOL") as an ████████████ ██████████████████████████████████████████ ██████ on approximately April 22, 2024. My duty station was Washington, D.C.

3. From the date of my hire, DOL classified me as a probationary employee. My probationary period was one year, or until approximately April 21, 2025.

4. On February 20, 2025, I received by email a Notification of Termination During Probationary Period ("Termination Notice), signed by ███████ stating that DOL was terminating my employment, effective March 7, 2025. The Termination Notice states as the reason for my termination: "The Agency finds your further employment would not be in the public interest." *See* Exhibit 1. The notice did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

1

5. The February 20, 2025 Termination Notice was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6. I know of several other probationary employees at DOL that received this same termination letter. I believe DOL terminated around 200 probationary employees on or around February 20, 2025.

7. I am now unemployed. I plan to apply for unemployment insurance benefits with the D.C. government and may also apply for Medicaid and SNAP benefits.

8. I can no longer afford to support the local economy in the same way. For example, I am disabled and used to pay someone to help me around the house a couple hours per week, something I can now no longer do. I will also need to reduce my discretionary income, like going to the movies or buying new household items.

9. As a resident of Maryland, I pay income taxes to the state of Maryland. Each pay period, DOL withheld and paid income taxes from my paycheck to the state of Maryland.

10. I was a ███████████████████████████████████████

11. Before I was terminated, my job duties as ███████████████████████
███████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████

12. In the ten months I worked at DOL, I received one performance review in October 2024. My performance rating was Outstanding.

Dated: <u>March 4, 2025</u>            Signed: ████████████████████

\*A copy of the signature page bearing an original signature is attached hereto.

Dated: _March 4, 2025_
_3/4/25_



Exhibit 1



**U.S. Department of Labor**
**Office of the Assistant Secretary for Administration and Management**
Washington, D.C. 20210

February 20, 2025

MEMORANDUM FOR: █████████████████████████████████

FROM: ███████████████████████████████████████

SUBJECT: Notification of Termination During Probationary Period

REFERENCES: 5 U.S.C. § 7511
[5 U.S.C. § 3321(a)]
[5 C.F.R. §§ 315.803 and 804]
[5 C.F.R. § 316.304]

This is to provide notification that the Agency is removing you from your position of ████████ ███████ and federal service consistent with the above references.

On April 21, 2024, the Agency appointed you to the position of ███████████████. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

The Agency finds your further employment would not be in the public interest. For this reason, the Agency is removing you from your position of █████████████████████ with the Agency and the federal civil service effective March 7, 2025.

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov. For further appeal rights, please see the attachment.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact DOL Employee Relations at Employee.Relations@dol.gov.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.
[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[3] *Id.*