# Exhibit S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF** ▓▓▓▓▓▓▓

I, ▓▓▓▓▓▓▓ swear under penalty of perjury,

1. My name is ▓▓▓▓▓▓▓ and I am an adult resident of Washington, D.C.

2. I began working for the General Service Administration ("GSA") as a P▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on April 7, 2024. My duty station was Washington, D.C.

3. From the date of my hire, GSA classified me as a probationary employee. My probationary period was one year, or until approximately April 6, 2025.

4. On February 14, 2025, I received by email a notice signed by ▓▓▓▓▓▓▓ that GSA was terminating my employment, effective March 7, 2025, on the basis that ▓▓▓▓▓▓ did not consider it "in the best interest of the U.S. government" to retain me. *See* Exhibit 1. The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

1

5. The February 13, 2025 termination notice was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6. I believe many other probationary employees at GSA that received this same termination letter. I believe my agency terminated more than 100 probationary employees the week of February 10, 2025.

7. I will be unemployed after my termination effective date of March 7, 2025. I plan to apply for unemployment insurance benefits with the D.C. government.

8. Because of my termination, I will not be able to support D.C.'s local economy in the same way. My family and I have had to scale back our spending significantly, including not eating out at restaurants as often and shopping for groceries outside of D.C. where groceries are cheaper. We also will likely need to cancel my children's enrollment at a summer camp in the District.

9. As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, GSA withheld and paid income taxes from my paycheck to the District government.

10. Before I was terminated, my job duties as ████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████

11. I was a ████████████████████████████████████████████████

12. In the approximately ten months I worked at GSA, I received one performance review in November 2024. My performance rating was Fully Successful.

Dated: March 4, 2025         Signed ████████████████

███████

*A copy of the signature page bearing an original signature is attached hereto.

5. The February 13, 2025 termination notice was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6. I believe many other probationary employees at GSA that received this same termination letter. I believe my agency terminated more than 100 probationary employees the week of February 10, 2025.

7. I will be unemployed after my termination effective date of March 7, 2025. I plan to apply for unemployment insurance benefits with the D.C. government.

8. Because of my termination, I will not be able to support D.C.'s local economy in the same way. My family and I have had to scale back our spending significantly, including not eating out at restaurants as often and shopping for groceries outside of D.C. where groceries are cheaper. We also will likely need to cancel my children's enrollment at a summer camp in the District.

9. As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, GSA withheld and paid income taxes from my paycheck to the District government.

10. Before I was terminated, my job duties as ███████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

11. ███████████████████████████████████████████████████████

12. In the approximately ten months I worked at GSA, I received one performance review in November 2024. My performance rating was Fully Successful.

Dated: *March 4th 2025*

█████

*A copy of the signature page bearing an original signature is attached hereto.

# Exhibit 1



**General Services Administration**

**Delivery Via Electronic Submission**

February 13, 2025



MEMORANDUM FOR ▮

FROM: ▮

SUBJECT:     Probationary Period Termination

The purpose of this memorandum is to inform you of your termination from your position of ▮. Your last day in pay status will be March 7, 2025.

On April 7, 2024, you began employment with the General Services Administration (GSA). Your competitive service appointment is subject to completion of a one-year probationary period. You have served less than a year in your competitive service appointment.

Probationary periods are an essential tool for agencies to assess employee performance and manage staffing levels. In accordance with The Office of Personnel Management (OPM), Guidance on Probationary Periods, Administrative Leave and Details, January 20, 2025, I made the determination related to your retention. I do not consider it in the best interest of the government to retain you in the Federal service and have decided to terminate your appointment during your probationary period.

Employees who are terminated during the probationary period have limited appeal rights.

**Merit Systems Protection Board**

You may appeal to the Merit Systems Protection Board (MSPB) if you allege that your termination was based on partisan political reasons or marital status, or was taken for pre-appointment reasons, or in violation of agency regulations.

An appeal may be directed to:

U.S. Merit Systems Protection Board

Washington DC Regional Office
1901 S. Bell Street Suite 950
Arlington, Virginia 22202
703-526-6250 (telephone)
703-756-7112 (fax)
washingtonregionaloffice@mspb.gov

An appeal may be received by MSPB no later than 30 days after your receipt of this notice, or 30 days after the effective date of this action, whichever is later. (If an appeal is not submitted within the time limit, it will be dismissed, unless a good reason for the delay is shown. MSPB will provide a late-filing party an opportunity to show why the appeal should not be dismissed as untimely.) You may obtain additional information and a copy of the appeal form from the MSPB website at http://www.mspb.gov/appeals/appeals.htm. If you file an appeal, you should notify MSPB that the Agency copy of its Acknowledgement Order should be addressed to:

Marcia Smart
Supervisory Senior Assistant General Counsel
U.S. General Services Administration
Office of the General Counsel
202-360-2031
marcia.smart@gsa.gov

**Equal Employment Opportunity Procedure**

If you believe this personnel action is based in whole or in part on discrimination because of race, color, religion, sex, age, national origin, physical or mental disability, genetic information, or reprisal for protected EEO activity, you may consult with an EEO Counselor. To initiate this process, you must contact an EEO Counselor within 45 calendar days of the effective date of this action. If you wish to initiate an informal complaint you may do so by email, phone or you may electronically file your complaint. You may do so by phone by calling 202-501-4571 or Speech-to-Speech Relay 1-800-898-0740. You may initiate a complaint by email at eeo@gsa.gov . You may do so by electronic filing: initiate an informal complaint of discrimination through - eFile (this link is on the Office of Civil Rights InSite webpage). You may do so by regular U.S. mail at: U.S. General Services Administration, Office of Civil Rights (OCR), 1800 F Street, NW, Room 2240, Washington, DC 20405. Additional information is available at www.eeoc.gov.

You may not pursue both an EEO complaint and an appeal to the MSPB on the same matter. You will be deemed to have exercised your option to elect the EEO complaint procedure or the MPSB appeals procedure when you timely file a formal EEO complaint or file an MSPB appeal, whichever occurs first.

**Office of Special Counsel**

You also have the right to seek corrective action before the U.S. Office of Special Counsel (OSC). At OSC, consideration may include whether GSA took one or more personnel actions

against you: in retaliation for protected whistleblowing disclosures, in violation of a prohibited personnel practice or in violation of any other rule or regulation within OSC's purview. Additional information and the OSC appeal form are available at www.osc.gov.

You will be paid for any salary and/or annual leave due to you under current regulations. You are required to return all government issued equipment, keys, ID cards and any government property issued to you by the Agency. A Notification of Personnel Action, SF-50, will be provided to you separately as it becomes available.

If you have any questions concerning this memorandum, you may contact ███████
████████████████████████████████████████████████████████████
███████████