# Exhibit T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF** ▮

I, ▮ swear under penalty of perjury,

1. My name is ▮ and I am an adult resident of ▮ Maryland.

2. I began working for the Department of Education ("ED") as ▮ ▮ ▮ on approximately August 11, 2024. My duty station was Washington, D.C.

3. From the date of my hire, ED classified me as a probationary employee. My probationary period was one year, or until approximately August 10, 2025.

4. On February 12, 2025, I received by email a Notification of Termination during Probationary/Trial Period ("Termination Notice") from ▮ *See* Exhibit 1. The Termination Notice informed me that ED was removing me from my position and federal service. The Termination Notice gave no reason for my termination. It also did not identify any

1

issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5. The February 12, 2025 Termination Notice was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6. I know of several other probationary employees at ED that received this same termination letter.

7. I am now unemployed. I plan to apply for unemployment insurance benefits with the D.C. government. I may need to apply for Medicaid and other public assistance programs.

8. I can no longer afford to support the local economy of D.C. or Maryland in the same way. I commuted into the District for work and paid for parking and lunch around my office. I also frequently went out to restaurants in the District after work. On the weekends, I was often in the District at restaurants, bars, clubs, and museums. Because I am now unemployed, I will be in the District much less often, both because I will no longer be commuting to work and also because I will need to scale back my spending significantly.

9. I will also need to scale back my spending significantly in Maryland. I am in the process of building a new house in Maryland and if I do not find a new job soon, I may not get approved for my mortgage or be able to afford mortgage payments.

10. As a resident of Maryland, I pay income taxes to the state of Maryland. Each pay period, ED withheld and paid income taxes from my paycheck to the state of Maryland.

11. I was a ███████████████████████████████████████

12. Before I was terminated, my job duties as an ███████████████████
███████████████████████████████████████████████████

2

███████████████████████████████████
██

13. In the six months I worked at ED, I received one performance evaluation, in January 2025. My performance rating was High Results Achieved.

Dated: <u>March 5, 2025</u>

████████████████

*A copy of the signature page bearing an original signature is attached hereto.

grantees at higher education institutions and in state governments who received federal education grants.

13. In the six months I worked at ED, I received one performance evaluation, in January 2025. My performance rating was High Results Achieved.

Dated: 08/05/2025

*A copy of the signature page bearing an original signature is attached hereto.

# Exhibit 1



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF SPECIAL EDUCATION AND REHABILITATIVE SERVICES

February 12, 2025

**MEMORANDUM FOR** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FROM:            ▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SUBJECT:    Notification of Termination During Probationary/Trial Period

REFERENCES:    5 U.S.C. § 7511
               5 U.S.C. § 3321(a)
               5 C.F.R. §§ 315.803 and 804
               5 C.F.R. § 316.304
               HCP 315.1 (Probationary Period)
               HCP 302.1 (Employment in Excepted Service)

This is to provide notification that I am removing you from your position of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and federal service consistent with the above references.

On August 11, 2024, the agency appointed you to the position of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary/trial period is over," and the probationary/trial period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service"[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

I regretfully inform you that I am removing you from your position of ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with the agency and the federal civil service effective today, February 12, 2025.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.

[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)

[3] *Id.*

400 MARYLAND AVE., S.W., WASHINGTON, DC  20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

If you believe this action is being taken based on partisan political reasons or marital status, you have a right to file an appeal with the Merit Systems Protection Board (MSPB) under 5 C.F.R. § 315.806. You must file an appeal within thirty (30) days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office at: Washington Regional Office: 1901 S. Bell Street, Suite 950, Arlington, VA 22202 Telephone: (703) 756-6250; Fax: (703) 756-7112

I appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact me directly at