# Exhibit U

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF**

I, swear under penalty of perjury,

1. My name i and I am an adult resident of Washington, D.C.

2. I began working for the U.S. Department of the Treasury as a on approximately October 6, 2024. My duty station was Washington, D.C.

3. From the date of my hire, my agency classified me as a probationary employee. My probationary period was one year, or until approximately October 5, 2025.

4. On February 21, 2025, in a virtual meeting, informed me that my agency was terminating my employment, effective March 8, 2025. They informed me that the reason for my termination was based on "current mission needs." They informed me that my agency would send me a termination notice, which I did not receive until March 3, 2025.

5. The termination notice I received on March 3, 2025 was dated February 21, 2025 and confirmed that my agency was terminating my employment, effective March 8, 2025,

because "[b]ased on . . . guidance [from the Office of Personnel Management] and in light of current mission needs, the Agency finds that your continued employment at the Agency is not in the public interest." See Exhibit 1. The notice did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

6. The February 21, 2025 meeting was the first notice I received of my termination. If I had more warning, I would have started looking for a new position immediately.

7. I know other probationary employees at my agency that received similar termination letters.

8. As of March 8, 2025, I will be unemployed. If I do find new employment, it will likely pay significantly less than my position at the [REDACTED]

9. I will no longer be able to afford to support the local economy in the same way. For example, I will not be able to eat out at restaurants as often, go out for coffee, buy concert tickets at local music venues, or spend the same amount on groceries. I may need to relocate out of the District if potential employment opportunities require me to do so.

10. As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, my agency withheld and paid income taxes from my paycheck to the District government.

11. [REDACTED]

12. Before I was terminated, my job duties as [REDACTED]

13. In the four months I worked at my agency, I did not receive a formal performance review, but I did receive positive feedback by email from my supervisors on several occasions. No one raised any issues or concerns relating to my job performance.

Dated: March 5, 2025



*A copy of the signature page bearing an original signature is attached hereto.

13. In the four months I worked at my agency, I did not receive a formal performance review, but I did receive positive feedback by email from my supervisors on several occasions. No one raised any issues or concerns relating to my job performance.

Dated: 3/5/25

*A copy of the signature page bearing an original signature is attached hereto.

# Exhibit 1



February 21, 2025

FROM:

SUBJECT: Notification of Termination During Trial Period

REFERENCES: 5 U.S.C. § 7511
5 U.S.C. § 3321(a)
5 C.F.R. §§ 315.803 and 804
5 C.F.R. § 316.304
Article 26, Sections 3 and 4 of the Collective Bargaining Agreement between the and NTEU

This is to provide notification that the Agency is removing you from your position of and federal service consistent with the above references, as applicable.

On October 6, 2024, the Agency appointed you to the excepted service position of As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a one year trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

In its January 20, 2025, memorandum entitled *Guidance on Probationary Periods, Administrative Leave and Details,* OPM advised that "[p]robationary periods are an essential tool for agencies to assess employee performance and manage staffing levels." Based on that guidance and in light of current mission needs, the Agency finds that your continued employment at the Agency is not in the public interest.

For these reasons, I regrettably inform you that I am removing you from your position of with the agency and the federal civil service effective March 8, 2025.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.

[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)

[3] *Id.*

On February 21, 2025, you were placed on administrative leave consistent with Policies and Procedures Manual (PPM) 3100-9. To ensure an orderly transition, while on administrative leave, I am instructing you to be available during your regular work schedule. While you are in an administrative leave status, you must remain ready, willing, and able to perform work. If during any day of your work week you are unavailable to return to duty status, you are required to request appropriate leave to cover the duration of your unavailability. While in this status you will continue to receive your pay and employee benefits. While on approved leave or administrative leave, your access to [redacted] systems will be disabled temporarily and you are prohibited from using your government computer, cell phone, and entering any [redacted] office or facility. The [redacted] Office of Security has been advised of this action. Please note that any attempt to gain access to your government computer, cell phone, and [redacted] offices without authorization from your supervisor will be considered a violation. Please provide your supervisor your personal email, phone number and mailing address so the Agency can contact you while you are in administrative leave status.

You must return all [redacted] property assigned to you upon [redacted] of this Notice. If you do not have all property with you today, you must return all outstanding [redacted] property assigned to you upon receipt of a postage pre-paid box. The items include (as applicable): your [redacted] badge and any other [redacted] issued identification (e.g., Examiner ID); any office key(s); [redacted] iPhone; travel card; laptop computer including the case, accessories, and reference material; building security/parking card; and any work documents and files. You must also complete the off-boarding procedures and ensure that any outstanding travel vouchers are completed.

NOTICE OF APPEAL RIGHTS

Discrimination complaint procedure

Pursuant 5 CFR 315.806, Appeal rights to the Merit Systems Protection Board, if you believe this action is based on unlawful discrimination because of race, color, religion, sex,, age (40 years and older), national origin, disability (physical or mental), parental status, protected genetic information, or in retaliation for prior protected EEO activity, you have the right to file a complaint of discrimination. To do so, you must contact the [redacted] EEO Officer at (202) 345-3096 or the central EEO complaints line at (202) 649-5589 within 45 calendar days of the effective date of this action. Contact with the [redacted] EEO Officer may also be made via email to EEOComplaintsInformation@occ.treas.gov or facsimile to (571) 293-4419. Failure to make this contact within 45 calendar days of the effective date of this action may result in the dismissal of your discrimination complaint. You can obtain information about the EEO complaint process at EEO Complaint Process (occnet.occ) or by calling the EEO Officer at (202) 345-3096. Federal Relay Service is available for callers with a hearing or speech disability at 7-1-1.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact [redacted]



cc: