# Exhibit V

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF** ███████████

I, ███████████ swear under penalty of perjury,

    1.    My name is ███████████ and I am an adult resident of Washington, D.C.

    2.    I began working for the Internal Revenue Service ("IRS") as a ███████████ ███████████ on approximately November 18, 2024.  My duty station was Washington, D.C.

    3.    From the date of my hire, the IRS classified me as a probationary employee.  My probationary period was one year, or until approximately November 17, 2025.

    4.    On February 20, 2025, I received a Notification of Termination During Probationary Period by email from my agency terminating my employment, effective immediately.  The termination notice cited the January 20, 2025 OPM memorandum called *Guidance on Probationary Periods, Administrative Leave and Details* and stated that "[b]ased on that guidance, taking into account your performance, and in light of current mission needs, the Agency finds that your continued employment at the Agency is not in the public interest."  *See*

1

Exhibit 1.  The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5.      The February 20, 2025 termination notice was the first I had learned of my termination.  If I had more warning, I would have started looking for a new position immediately.

6.      I am now unemployed.  I plan to apply for unemployment insurance benefits with the D.C. government.

7.      I can no longer afford to support the local economy in the same way.  For example, I will not be able to go out to restaurants as often.  If I do not find a new job in the next few months, I may need to relocate out of the District.

8.      As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, the IRS withheld and paid income taxes from my paycheck to the District government.

9.      Before I was terminated, my job duties as a █████████████████████████ ████████████████████████

10.     ██████████████████████████████████████████████████ear.

11.     In the three months I worked at the IRS, I did not receive a formal performance review but my supervisor provided me with positive feedback regarding my performance.

Dated: <u>March 5, 2025</u>



2

Exhibit 1. The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5.     The February 20, 2025 termination notice was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6.     I am now unemployed. I plan to apply for unemployment insurance benefits with the D.C. government.

7.     I can no longer afford to support the local economy in the same way. For example, I will not be able to go out to restaurants as often. If I do not find a new job in the next few months, I may need to relocate out of the District.

8.     As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, the IRS withheld and paid income taxes from my paycheck to the District government.

9.     Before I was terminated, my job duties as █████████████████████ ██████████████████████

10.   █████████████████████████████████████████

11.   In the three months I worked at the IRS, I did not receive a formal performance review but my supervisor provided me with positive feedback regarding my performance.

Dated: 3/5/2025

# Exhibit 1

████████████████

| | |
|---|---|
| **From:** | *Probationary |
| **Sent:** | Thursday, February 20, 2025 12:15 PM |
| **To:** | ████████ |
| **Subject:** | Notification of Termination During Probationary Period |
| **Attachments:** | Resources for Probationary Employees.docx |
| | |
| **Importance:** | High |

Personally Identifiable Information (PII): Share only with authenticated authorized persons with need to know.

MEMORANDUM FOR ███████████████████ INTERNAL REVENUE SERVICE

SUBJECT: Notification of Termination During Probationary Period

REFERENCES:

- 5 U.S.C. § 7511
- 5 U.S.C. § 3321(a)
- 5 C.F.R. §§ 315.803 and 804
- 5 C.F.R. § 316.304
- IRM 6.315.2, Probationary Period for Career and Career-Conditional Employment

This is to provide notification that the Agency is removing you from your position of ██████ and federal service consistent with the above references.

On **11/18/2024**, the Agency appointed you to the position of ██████. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

In its January 20, 2025, memorandum entitled *Guidance on Probationary Periods, Administrative Leave and Details*, OPM advised that "[p]robationary periods are an essential tool for agencies to assess employee performance and manage staffing levels." Based on that guidance, taking into account your performance, and in light of current mission needs, the Agency finds that your continued employment at the Agency is not in the public interest.

For these reasons, I regrettably inform you that I am removing you from your position of ██████ with the agency and the federal civil service effective **Thursday, February 20, 2025.**

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively.

For more information, please visit www.mspb.gov and search for your local MSPB regional or field office.

In addition to any right you may have to appeal to the MSPB or the EEOC, you may also have the right to file charges or complaints with the Federal Labor Relations Authority (FLRA), Office of Special Counsel (OSC), OPM or other federal agencies if you believe your rights have been violated and your claims are within their jurisdiction.

If you believe your probationary designation was erroneous, please contact probationers_dashr@treasury.gov.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact the Employee Resource Center at 1-866-743-5748 or send an email to separation@irs.gov.

1.  OPM, Practical Tips for Supervisors of Probationers.
2.  See U.S. Merit Systems Protection Board Report to the President and Congress, The Probationary Period: A Critical Assessment Opportunity (August 2005)
3.  Id.

**Please do not reply to this email as the message will not be received. Contact the ERC or email separation@irs.gov.**