# Exhibit W

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

### DECLARATION OF ███████

I, ███████ swear under penalty of perjury,

    1.    My name is ███████ and I am an adult resident of ███ Virginia.

    2.    I began working for the Federal Emergency Management Agency ("FEMA") as a ███████████████████████████████████████████████████ on approximately July 14, 2024. My duty station was Washington, D.C.

    3.    From the date of my hire, FEMA classified me as a probationary employee. Because I was a Presidential Management Fellow, my probationary period was two years, or until approximately July 13, 2026.

    4.    On February 17, 2025, I received by email a notice signed by ███████ stating that FEMA was terminating my employment, effective immediately. The notice stated, "[t]he Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest." *See* Exhibit 1. It did not give any other reason. The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

1

5. I was not aware that I would be terminated prior to February 17, 2025. If I had more warning, I would have started looking for a new position immediately.

6. I know of many other probationary employees at FEMA that received this same termination letter. I believe my agency terminated around 300 probationary employees on February 18, 2025.

7. I am now unemployed. I have applied for unemployment insurance benefits with the D.C. government.

8. Although I am a Virginia resident I regularly travel into D.C. and participate in the local economy, I will not be able to do so in the same way. As a commuter to D.C., I spent money on lunch, parking, and Metro fare in the District, and I frequently went to D.C. restaurants and sports events, all of which I will need to scale back significantly or stop entirely. I will likely not be able to renew my membership with the Washington Canoe Club.

9. I was a ██████████████████████████████████████████

10. Before I was terminated, my job duties as a ██████████████████ ██████ were primarily as a ██████████ for the ██████████████████████ My work was ██████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████

11. In the approximately seven months I worked at FEMA, I received two performance reviews. One was my annual performance review, conducted at the end of 2024, and the other was conducted in November 2024 and focused on my deployments for ████████ ██████ For both reviews, I received the highest rating: Outstanding.

Dated: March 5, 2025       Signed: ████████████████

2

\*A copy of the signature page bearing an original signature is attached hereto.

it identify any conditions arising before my appointment to justify my termination.

5. I was not aware that I would be terminated prior to February 17, 2025. If I had more warning, I would have started looking for a new position immediately. 6. I know of many other probationary employees at FEMA that received this same termination letter. I believe my agency terminated around 300 probationary employees on February 18, 2025.

7. I am now unemployed. I have applied for unemployment insurance benefits with the D.C. government.

8. Although I am a Virginia resident I regularly travel into D.C. and participate in the local economy, I will not be able to do so in the same way. As a commuter to D.C., I spent money on lunch, parking, and Metro fare in the District, and I frequently went to D.C. restaurants and sports events, all of which I will need to scale back significantly or stop entirely. I will likely not be able to renew my membership with the Washington Canoe Club.

9. I was a ███████████████████████████████████ 10. Before I was terminated, my job duties as a ███████████████████████ were primarily as a ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████ 11. In the approximately seven months I worked at FEMA, I received two performance reviews. One was my annual performance review, conducted at the end of 2024, and the other was conducted in November 2024 and focused on my deployments for ████████████ For both reviews, I received the highest rating: Outstanding.

Dated: 3/5/25    Signed: ███████████████

*A copy of the signature page bearing an original signature is attached hereto.

# Exhibit 1

February 17, 2025

**MEMORANDUM FOR** ████████████████████████████████████████

**FROM:** ████████████████████

**SUBJECT:** Notification of Termination During Probationary Period

**REFERENCES:** 5 U.S.C. § 7511

This is to provide notification that the Agency is removing you from your position of ████████████████ and federal service consistent with the above references.

On 7/14/2024 the Agency appointed you to the position of ████████████. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest. For this reason, the Agency informs you that the Agency is removing you from your position of ████████ ████████ with the Agency and the federal civil service effective February 18, 2025.

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or identify your local MSPB regional or field office at the following link: U.S. Merit Systems Protection Board | Contacts and Locations (mspb.gov).

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.
[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[3] *Id.*

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact fema-hc-employee-relations@fema.dhs.gov.

