# Exhibit X

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Case No.: 1:25-cv- |

### DECLARATION OF ▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇ swear under penalty of perjury,

    1.    My name is ▇▇▇▇▇▇▇ and I am an adult resident of Washington, D.C.

    2.    I began working for the Department of Energy ("DOE") as a ▇▇▇▇▇▇▇ in ▇▇▇▇▇▇▇ on approximately April 8, 2024. My duty station was Washington, D.C.

    3.    From the date of my hire, DOE classified me as a probationary employee. My probationary period was one year, or until approximately April 7, 2025.

    4.    On February 13, 2025, I received by email a Notification of Termination During Probationary/Trial Period signed by ▇▇▇▇▇▇▇ that DOE was terminating my employment, effective immediately, on the basis that my "further employment would not be in the public interest." *See* Exhibit 1. The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5. The February 13, 2025 termination notice was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6. I know of other probationary employees at DOE that received this same termination letter. I believe DOE terminated more than 40 probationary employees in my office alone.

7. I am now unemployed. I plan to apply for unemployment insurance benefits with the D.C. government. I will also need to sign up for health insurance using the District's health insurance marketplace.

8. I can no longer afford to support the local economy in the same way. For example, I will not be able to go to restaurants, bars, or coffee shops in the District as often, I will not attend sports events, and will stop attending shows at local establishments like the Kennedy Center. If I do not find a new job in the next few months, I will relocate out of the District.

9. As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, DOE withheld and paid income taxes from my paycheck to the District government.

10. I was a ████████████████████████████████████████████████

11. Before I was terminated, my job duties as a ██████████████████ included ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

12. In the 10 months I worked at DOE, I received one performance evaluation, in November 2024. My performance rating was Exceeds Expectations.

Dated: <u>March 4, 2025</u>   Signed: █████████

*A copy of the signature page bearing an original signature is attached hereto.

Dated: 03/04/2025                                     Signed: ████████████

*A copy of the signature page bearing an
original signature is attached hereto.

Dated: 03/04/2025

# Exhibit 1



# Department of Energy
Washington, DC 20585

February 13, 2025

MEMORANDUM:

TO: ███

FROM: ███

SUBJECT: Notification of Termination During Probationary/Trial Period

REFERENCES: 5 U.S.C. § 7511
5 U.S.C. § 3321(a)
5 C.F.R. § 316.304, if applicable

This is to provide you with notice that the Department of Energy (DOE) is removing you from your position of ███ and federal service consistent with the above references.

Your appointment to this position was subject to the satisfactory completion of an initial probationary/trial period ending on April 6, 2025.

Guidance from the Office of Personnel Management (OPM) states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

Per OPM instructions, DOE finds that your further employment would not be in the public interest. For this reason, you are being removed from your position with DOE and the federal civil service effective today.

Terminations during probationary/trial period are not covered under applicable grievance procedures. Your status as an employee serving a probationary period provides you with limited appeal rights to the Merit Systems Protection Board (MSPB).

---

[1] OPM, Practical Tips for Supervisors of Probationers.
[2] See U.S. Merit Systems Protection Board Report to the President and Congress, The Probationary Period: A Critical Assessment Opportunity (August 2005)
[3] Id.




According to 5 CFR § 315.806, you may appeal this termination to MSPB only if you feel this action was based on discrimination of partisan political activity or marital status. An appeal must be filed within 30 calendar days of the effective date of this action. The MSPB regulations are available on its website, www.mspb.gov. Appeals may be filed by mail, by facsimile, by commercial overnight delivery, by personal delivery, or by the Board's electronic filing procedure, e-Appeal Online (https://e-appeal.mspb.gov). We have also included a copy of the MSPB Form 185 for your convenience. If you decide to file an appeal with MSPB, you should notify the MSPB that the Agency point of contact for your MSPB appeal is:

> Jenny Knopinski
> Deputy Assistant General Counsel for
>   Personnel Law and Administrative Litigation
> Office of the General Counsel, GC-21
> U.S. Department of Energy
> 240-678-7837
> jenny.knopinski@hq.doe.gov

You have the right to contact an Equal Employment Opportunity counselor and to file a complaint through the discrimination complaint process within 45 days of your receipt of this letter if you believe this action is being taken because of your race, color, religion, sex, national origin, disability, age, genetics, or in retaliation for your previous participation in the EEO process. You can initiate or amend a complaint by email civilrights@hq.doe.gov, or by phone at (202) 586-2218. Information regarding the EEOC complaint process can be found at www.eeoc.gov.

If you believe this action was taken because of a prohibited personnel practice, you have the right to seek corrective action with the Office of Special Counsel (OSC). Information regarding the OSC complaint process can be found at www.osc.gov.

Please note your filing with any of these entities, including MSPB, may impact your right to file with the other entities.

You may contact the Employee Benefits Division at: OHROCBenefits@hc.doe.gov for benefits guidance.

DOE's Employee Assistance Program (EAP) and its services are available to you and your immediate family at no cost and are confidential. Should you or a family member need individual counseling you may contact, at your discretion, the Federal Occupational Health (FOH) at 1-800-222-0364 (888-262-7848, hearing-impaired) for support.

We appreciate your service to DOE and wish you success in your future endeavors.
If you have any questions, please contact OPLER@hq.doe.gov.