Exhibit Y

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Case No.: 1:25-cv- |

## DECLARATION OF █████████████

I, █████████ swear under penalty of perjury,

1.   My name is ██████████ and I am an adult resident of the State of California.

2.   I began working for the Federal Deposit Insurance Corporation ("FDIC") as an ███████████████████████████████████████████████ on approximately February 26, 2024. I was a full-time employee who worked remotely out of ██████ California. My closest geographic headquarters was Dallas, Texas.

3.   From the date of my hire, the FDIC classified me as a term employee. My term period was two years, or until approximately February 26, 2026, with possibility of extension.

4.   On February 6, 2025, I received an email from "Human Resources Organization" informing that because I was "currently in a probationary or trial period," my name was included in the FDIC's submission of "government-wide data" to the Office of Personnel Management. The email stated, "Your probation/trial period ends on 2/26/25." *See* Exhibit 1.

5.      On February 17, 2025, my manager, ██████████ called to tell me that I was being terminated. That same day, I received by email a notice signed by ████████████████ ██████████████████████ that FDIC was terminating my employment, effective February 18, 2025. The email stated, "[T]he FDIC finds that you have not demonstrated that your further employment at the FDIC would be in the public interest." The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination. *See* Exhibit 2.

6.      The February 17, 2025 call from my manager and email from ██████████ was the first notice I received of my termination. If I had more warning, I would have started looking for a new position immediately.

7.      I am now unemployed. I have applied for unemployment insurance benefits with the State of California.

8.      I can no longer afford to support the local economy in the same way. For example, I have had to cut back on healthcare costs and discretionary spending. I am pushing off the purchase of new contact lenses and not booking overnight travel for my kids' weekend soccer tournaments in nearby San Diego and Orange counties. I am having to give serious thought to budgeting since unemployment benefits cannot cover the cost of my mortgage.

9.      As a resident of the State of California, I pay state income taxes. Each pay period, FDIC withheld and paid income taxes from my paycheck to the state government.

10.     Before I was terminated, my job duties as an ████████████████ in the ████████████████████████████ included ████████████████████████ ████████████████████████████████████████████████████ ████████████████

2

11.    I was a ████████████████████████████████████████ Due to superior performance, I got a raise in January 2025 ████████████████████████

12.    In the 12 months I worked at the FDIC, I consistently received positive feedback from my supervisor as well as a satisfactory annual review. I was never told there were any performance or skills-based issues.

Dated: 3/5/2025                                         Signed: ████████████████████████

3

# Exhibit 1

**SO**

**Staffing Operations**
StaffingOperations@fdic.gov

...

To: ███████████████

Thursday, February 6, 8:54 AM

☺

Dear ███████████

We are writing to inform you that, as part of a recent, government-wide data request from the Office of Personnel Management (OPM), the FDIC provided the names of all employees currently in probationary or trial periods to OPM.

You are currently in a probationary or trial period, and as a result, your name was included in the FDIC s submission to OPM.  Your probation/trial period ends on 2/26/2025.

If you have any questions about this message or the probationary/trial period in general, please do not hesitate to reach out to *Probationary or trial period inquiry- Employee Center*

Sincerely,
Human Resources Organization

↩ ∨    Reply

✉
Mail

🗓
Calendar

▦
Apps

# Exhibit 2

**Termination Letter -** [redacted]

DOCX - 55 KB

**MEMORANDUM FOR** [redacted]

**SUBJECT:**  Notification of Termination During Probationary/Trial Period

**REFERENCES:**  5 U.S.C. § 7511

5 U.S.C. § 3321(a)

5 C.F.R. §§ 315.803 and 804

5 C.F.R. § 316.304

FDIC Directive Probationary or Trial Period for New Employees

Nationwide Agreement between FDIC and NTEU, Article 42, Section 7

This is to provide notification that the FDIC is removing you from your position and federal service consistent with the above references. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The FDIC also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees." "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service." "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."

In accordance with the above references, the FDIC finds that you have not demonstrated that your further employment at the FDIC would be in the public interest. For this reason, the FDIC is removing you from your position and the federal civil service **effective February 18, 2025**.

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office.

We appreciate your service to the FDIC and wish you the greatest of success in your future endeavors. If you have any questions, please contact Joe Arellano at joarellano@fdic.gov.

Open Microsoft 365 (Office)