# Exhibit Z

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮ swear under penalty of perjury,

1. My name is ▮▮▮▮▮▮▮▮ and I am an adult resident of the State of California.

2. I began working for the Consumer Financial Protection Bureau ("CFPB") as an ▮▮▮▮▮▮▮▮ on approximately July 15, 2024.  My duty station was San Francisco, California.

3. From the date of my hire, the CFPB classified me as a probationary employee. My probationary period was two years, or until approximately July 15, 2026.

4. On February 11, 2025, I received by email a notice signed by ▮▮▮▮▮▮▮▮ that CFPB was terminating my employment, effective February 10, 2025, on the basis that I was "not a fit for continued employment" because my "ability, knowledge and skills do not fit the Agency's current needs."  The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.  *See* Exhibit 1.

5. The February 11, 2025 termination notice from ███████ was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6. I am now unemployed. I have applied for unemployment insurance benefits with the State of California.

7. I can no longer afford to support the local economy in the same way. For example, I have had to cut back on spending, eating out, shopping. I only buy things that I need and must budget for student loan repayment obligations.

8. As a resident of the State of California, I pay state income taxes. Each pay period, CFPB withheld and paid income taxes from my paycheck to the state government.

9. Before I was terminated, my job duties as an ███████ included ███████.

10. I was a ███████

11. In the eight months I worked at CFPB, I did not get an official evaluation. However, I consistently received positive feedback about my work from my supervisor. I was never told there were any performance or skills-based issues.

Dated: March 5, 2025                          Signed ███████

# Exhibit 1

**cfpb** Consumer Financial Protection Bureau

1700 G Street, N.W., Washington, DC 20552

February 11, 2025

MEMORANDUM FOR ▮▮▮

FROM: ▮▮▮

SUBJECT: Notification of Termination During Probationary Period

REFERENCES: 5 U.S.C. § 7511
5 U.S.C. § 3321(a)
5 C.F.R. §§ 315.803 and 804
5 C.F.R. § 316.304

This is to provide notification that I am removing you from your position of ▮▮▮ and federal service consistent with the above references.

On 7/13/2024, the agency appointed you to the position of ▮▮▮ As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service"[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

Unfortunately, the Agency finds that that you are not fit for continued employment because your ability, knowledge and skills do not fit the Agency's current needs.

For these reasons, I regrettably inform you that I am removing you from your position of ▮▮▮ with the agency and the federal civil service effective 2/10/2025.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.
[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[3] *Id.*

If you believe this action is being taken based on partisan political reasons or marital status, you have a right to file an appeal with the Merit Systems Protection Board (MSPB) under 5 C.F.R. § 315.806. You must file an appeal within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit [www.mspb.gov](www.mspb.gov) or contact your local MSPB regional or field office.

You will be sent a postage paid box to return your CFPB ID badge, laptop, iPhone, and other equipment or items owned by CPFB.

For questions related to employee benefits (such as continuation of coverage for health coverage, withdrawal of retirement contributions, etc.) or other matters associated with employee benefits contact [CFPB_HRBenefits@cfpb.gov](mailto:CFPB_HRBenefits@cfpb.gov).

I appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please you may contact the CFPB Employee Relations team at [CFPB_EmployeeRelations@cfpb.gov](mailto:CFPB_EmployeeRelations@cfpb.gov).