# Exhibit AA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, ET AL.,

    Plaintiffs,

       v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, ET AL.,

    Defendants.

Case No.: 1:25-cv-

---

### DECLARATION OF ███████████

I, █████████████, swear under penalty of perjury,

1. My name is █████████████, and I am an adult resident of ████ Delaware.

2. I began working for the National Oceanic and Atmospheric Administration (NOAA) in t███████████████████████████████████ on June 16, 2024, as ████████████. My duty station was Silver Spring, Maryland.

3. From the date of my hire, NOAA classified me as a probationary employee. My probationary period was two years, or until approximately June 16, 2026.

4. On February 27, 2025, I received by email a notice Notification of Termination During Trial Period [Exhibit A] signed by █████████████ that NOAA was terminating my employment, effective immediately, on the basis that "In light of OPM guidance, the Agency finds that you are not fit for continued employment because your ability, knowledge and/or skills do not fit the Agency's current needs." The email did not

identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5. February 27, 2025, the termination notice from █████████████ was the first I had learned of my termination. If I had a warning, I would have started looking for a new position immediately.

6. I am now unemployed. I plan to apply for unemployment insurance benefits with the State of Delaware.

7. I can no longer afford to support the local economy in the same way. For example, I am unable to contribute to local restaurants and businesses that I regularly patronize, as I'm now forced to prioritize essential expenses, such as my mortgage, utilities, and groceries leaving no room for discretionary spending. I am now confronted with the very real and daunting possibility of having to apply for Delaware's assistance programs, including Supplemental Nutrition Assistance, Medicaid, and even mortgage relief, along with any other available services that could help my family navigate this severe and unjust hardship caused by this wrongful and unlawful termination.

8. As a resident of Delaware, I pay income taxes to the State. Each pay period, NOAA withheld and paid income taxes from my paycheck to the state government.

9. Before I was terminated, my job duties as a █████████████ included █████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████████



10. My Pay Plan, Band and Interval ████████████████████████

████████████████

11. In the more than eight months I worked at NOAA, I did not receive a written review of

my performance. Up until the date of the termination email, my Branch Chief, ████

████ and Finance Director ████████ gave me positive feedback regarding my

performance.

Dated: March 5, 2025                    Signed:

Exhibit A attached

# Exhibit A

 Gmail

---

## Fwd: Notification of Termination During Trial Period

████████████████████████████████                                    Thu, Feb 27, 2025 at 4:47 PM
To: █████████████████

---------- Forwarded message ---------
From: <trusted.staff.sender@noaa.gov>
Date: Thu, Feb 27, 2025 at 3:45 PM
Subject: Notification of Termination During Trial Period
To: ████████████████████

February 27, 2025

MEMORANDUM FOR ██████████████████████ NOAA Federal Employee, ████
FROM: ████████████████████████

SUBJECT: Notification of Termination During Trial Period
REFERENCES: 5 U.S.C. § 3321(a)
DAO 202-315

This is to provide notification that I am terminating you from the position of
and federal service consistent with the above references.

On June 16, 2024, the agency appointed you to the
position of NOAA Federal Employee. As documented on your appointment Standard Form 50 (SF-50), your
appointment is subject to the completion of a probationary/trial period. The agency also
informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An
appointment is not final until the probationary period is over," and the probationary period
is part of "the hiring process for employees." (1) "A probationer is still an applicant for a
finalized appointment to a particular position as well as to the Federal service" (2) "Until the
probationary period has been completed," a probationer has "the burden to demonstrate
why it is in the public interest for the Government to finalize an appointment to the civil
service for this particular individual." (3)

OPM has advised that "[p]robationary periods are an essential tool for agencies to
assess employee performance and manage staffing levels." (4) In light of that guidance, the
Agency finds that you are not fit for continued employment because your ability,
knowledge and/or skills do not fit the Agency's current needs.

For these reasons, I am terminating you from the position of NOAA Federal Employee with the
agency and the federal civil service effective February 27, 2025 at 5 p.m. EST.

If you believe that your termination is the result of discrimination, you have the right to file a complaint pursuant to 29
C.F.R. Part 1614.  Any allegation of discrimination based on race, color, religion, sex, national origin, physical or mental
disability, and/or age, must be brought to the attention of an Agency Equal Employment Opportunity (EEO) Counselor
within forty-five (45) days of the effective date of this action.  https://www.noaa.gov/civil-rights/eeo-counseling-complaints

If you elect to seek corrective action by the Office of Special Counsel's (OSC)
Complaints Examining Unit, your appeal will be limited to a determination as to whether
the Agency took one or more covered personnel actions against you in retaliation for
making one or more protected whistleblowing disclosures, which constitutes a prohibited
personnel practice in accordance with 5 U.S.C. § 2302(b). If OSC dismisses your claim,
you may file an individual right of action appeal to the MSPB, but the MSPB will only
adjudicate whether you proved that your protected disclosure was a contributing factor in

the effected action. For more information, you may visit the OSC's website at:
https://osc.gov/pages/file-complaint.aspx

If you have any questions regarding this notice, please contact Octavia Saine, Acting Director of the NOAA Office of Human Capital Services, at octavia.saine@noaa.gov.

(1)  OPM, Practical Tips for Supervisors of Probationers.
(2)  *See* U.S. Merit Systems Protection Board Report to the President and Congress, The Probationary Period: A Critical Assessment Opportunity (August 2005)
(3)  Id.
(4)  OPM, *Guidance on Probationary Periods, Administrative Leave and Details*