# Exhibit BB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

### DECLARATION OF ▮

I, ▮ swear under penalty of perjury,

1. My name is ▮ and I am an adult resident of ▮ Delaware.

2. I began working for the U.S. Department of Agriculture (USDA) as a ▮ ▮ on approximately June 2, 2024. My duty station was Dover, Delaware.

3. From the date of my hire, USDA classified me as a probationary employee. My probationary period was one year, or until approximately June 2, 2025.

4. On February 13, 2025, I received by HRFO@usda.gov a notice [Exhibit A] signed by ▮ that USDA was terminating my employment, effective immediately, on the basis that "The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest. For this reason, the Agency informs you that the Agency is removing you from your position of ▮ with the Agency and the

federal civil service effective close of business, February 13, 2025." The email did not identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5. The February 13, 2025 termination notice from ▮▮▮▮▮ was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately. I work in a small, highly specialized field and finding a job often takes several months, if not longer.

6. I am now unemployed. I plan to apply for unemployment insurance benefits with the State of Delaware

7. I can no longer afford to support the local economy in the same way. For example, I have had to dramatically reduce my spending. I am not eating out and must choose products by cost when food shopping. Medical costs for my child's diabetic products are going to be an issue going forward. I have had to cancel home repairs to my windows and deck with a local carpenter. I've also had to cancel an upcoming family vacation flying out of Avelo Airlines in New Castle, DE.

8. As a resident of Delaware, I pay income taxes to the State. Each pay period, UDSA withheld and paid income taxes from my paycheck to the State government.

9. Before I was terminated, my job duties as ▮▮▮▮▮ included ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10. I was a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11. In the more than eight months I worked at USDA, I received one positive written review of my performance. My supervisor, ▓▓▓ also gave me additional positive feedback regarding my performance, including stating I was always willing and ready to learn processes and applications regarding ▓▓▓. ▓▓▓ supported her word by approving my access to more complex ▓▓▓ projects.

Dated: March 5, 2025              Signed: ▓▓▓

Attachment:
Exhibit A

# Exhibit A


United States Department of Agriculture

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

February 13, 2025

MEMORANDUM FOR ███████████████████████████████████
███████████████████

FROM: ███████████████████
███████████████████████████

SUBJECT: Notification of Termination During Probationary Period

REFERENCES: 5 U.S.C. § 7511
5 U.S.C. §2103
5 CFR §213.101
5 C.F.R. §§ 315.803, 315.804, and 315.806
Departmental Regulation 4020-250-1

    This is to provide notification that the Agency is removing you from your position of ███████████████████████████████ and federal service consistent with the above references.

    On 6/2/2024, the Agency appointed you to the position of ███████████████ ███████  As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

    Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service." [2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

    The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest. For this reason, the Agency informs you that the Agency is removing you from your position of ███████

---

[1] OPM, Practical Tips for Supervisors of Probationers.

[2] See U.S. Merit Systems Protection Board Report to the President and Congress, The Probationary Period: A Critical Assessment Opportunity (August 2005)

[3] Id.

███████████████ with the Agency and the federal civil service effective **close of business, February 13, 2025**.

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office at: Northeastern Regional Office, 1601 Market Street Suite 1700, Philadelphia, PA 19103, Phone: (215) 597-9960.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact HRFO@usda.gov.