Exhibit CC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

---

| | |
|---|---|
| STATE OF MARYLAND, ET AL., | |
| Plaintiffs, | |
| v. | Case No.: 1:25-cv- |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., | |
| Defendants. | |

---

## DECLARATION OF ███████████

I, ████████████ hereby declare as follows:

1.      I am a resident of ████████ Rhode Island and am over the age of 18.

2.      I began working for the Environmental Protection Agency (the "EPA") as an ████████████████████████ in ███████████████████████████████ ███████████████████████████ on or about December 29, 2024. My duty station was located in Boston, Massachusetts.

3.      From the date of my hire, the EPA classified me as a probationary employee. My probationary period was one (1) year, or until approximately December 28, 2025.

4.      On Thursday, February 6, 2025, after about five (5) weeks on the job, I was summoned to a meeting with regional EPA staff and told that I was being placed on administrative leave indefinitely. Shortly after that meeting, I received an email, from the email address Notice1@epa.gov, similarly advising me that I was being placed on administrative leave. I was

1

advised that my administrative leave was effective at the end of my tour of duty that same day. Job performance was not given as a reason for me being placed on leave.

5.     I am aware of four (4) other probationary employees on my ████ team who received the same email on February 6, 2024, placing them on administrative leave.

6.     On Tuesday, February 18, 2025, while on administrative leave, I received an email, sent to my personal email address from the email address Notice2@epa.gov, notifying me that I was being terminated. The email referred appeals to ████████ Assistant General Counsel, U.S. Environmental Protection Agency, Office of General Counsel. The email stated as the reason for my termination that I "failed to demonstrate fully [my] qualifications for continued employment." *See* Exhibit 1. The email did not identify any issues with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

7.     I am aware of other probationary employees on my ████ team who were terminated on or around the same time as me.

8.     The February 18, 2025 termination notice to my personal email was the first I had learned of my termination. I work in a small, highly specialized field and finding a job often takes several months, if not longer.

9.     I was receiving health insurance through my job at the EPA. After I was terminated, I filed for Medicaid benefits, which in Rhode Island is administered and managed by the Executive Office of Health and Human Services ("EOHHS").

10.     Since losing my job, I can no longer afford to support the local economy in the same way. For example, I stopped eating out at restaurants and ordering food delivery. I also cut down on all other recreational expenses, stopped patronizing local establishments for gatherings with my friends and community members. I was also planning to buy property in Rhode Island or

Massachusetts (I live in Rhode Island but on the Massachusetts border), but stopped searching due to the unexpected termination of my job. Additionally, it is likely that I will no longer be able to pursue an advanced degree at the University of Rhode Island. I had been planning on taking classes in the Masters of Environmental Science and Management program part-time beginning Fall of 2025. However, without stable income, I will no longer be able to afford tuition.

11.     Because I worked in Massachusetts, I also paid nonresident income taxes to Massachusetts. Each pay period, the EPA withheld and paid income taxes from my paycheck to the Massachusetts government.

12.     Before I was terminated, my job duties as an ███████████████████ at ████████ included █████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ███████████████████████████

13.     I was a ██████████ and earned a salary of approximately ████████ per year.

14.     At the time of my termination, I had not undergone any performance reviews or evaluations, and in the six (6) weeks I was employed by the EPA, no one had communicated to me that there were any problems with my performance.

Dated: March 6, 2025                          Signed: ████████████████████
                                                      ████████████████

                                              *A copy of the signature page bearing an
                                              original signature is attached hereto.

Massachusetts (I live in Rhode Island but on the Massachusetts border), but stopped searching due to the unexpected termination of my job. Additionally, it is likely that I will no longer be able to pursue an advanced degree at the University of Rhode Island. I had been planning on taking classes in the Masters of Environmental Science and Management program part-time beginning Fall of 2025. However, without stable income, I will no longer be able to afford tuition.

11. Because I worked in Massachusetts, I also paid nonresident income taxes to Massachusetts. Each pay period, the EPA withheld and paid income taxes from my paycheck to the Massachusetts government.

12. Before I was terminated, my job duties as an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮ included ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



13. I was a ▮▮▮▮▮▮▮, and earned a salary of approximately ▮▮▮▮▮ per year.

14. At the time of my termination, I had not undergone any performance reviews or evaluations, and in the six (6) weeks I was employed by the EPA, no one had communicated to me that there were any problems with my performance.

Dated: 3/6/2025

Signed: ▮▮▮▮▮▮▮▮

*A copy of the signature page bearing an original signature is attached hereto.

3

Exhibit 1

**From:** ▮▮▮▮▮▮
**To:** ▮▮▮▮▮▮
**Subject:** Fwd: Notification of Termination During Probationary Period
**Date:** Wednesday, March 5, 2025 5:13:36 PM

[External email: Use caution with links and attachments]

---------- Forwarded message ---------
From: **Notice2** <Notice2@epa.gov>
Date: Tue, Feb 18, 2025 at 11:10 AM
Subject: Notification of Termination During Probationary Period
To:

SUBJECT:             Notification of Termination During Probationary Period

REFERENCES:           5 U.S.C. § 7511

                     5 U.S.C. § 3321(a)

                     5 C.F.R. §§ 315.803 and 804

                     5 C.F.R. § 316.304

This is to provide notification that the Agency is removing you from your position and federal service consistent with the above references.

As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service." [2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

The Agency finds that you have failed to demonstrate fully your qualifications for continued employment. For this reason, the Agency informs you that the Agency is removing you from your position with the Agency and the federal civil service effective **5:00 p.m. EST, February 18, 2025**.

If in the office today, you must turn in your EPA badge, laptop, parking hang tag, travel credit card, office keys, and any other EPA property in your possession immediately. If out of the office today, you will be sent a post-paid box in which you will return these items to EPA.

If you believe that your termination was based on partisan political reasons or marital status, you have the right to appeal your termination to the U.S. Merit Systems Protection Board (MSPB). An appeal to the MSPB must be in writing and filed no later than thirty (30) calendar days after the effective date of this action, or thirty (30) calendar days after the date of receipt of this decision, whichever is later. If your appeal is found untimely, it will be dismissed by an MSPB Administrative Judge unless you can demonstrate a good reason for the delay. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office at:

| | |
|---|---|
| 0. Washington, DC<br>1. Maryland (counties of Montgomery and Prince George's)<br>2. North Carolina<br>3. Virginia<br>4. All overseas areas not otherwise covered | Merit Systems Protection Board<br><br>Washington DC Regional Office<br><br>1901 S. Bell Street, Suite 950<br><br>Arlington, VA 22202<br><br>(703) 756-7112 (facsimile) |
| 0. Tennessee<br>1. South Carolina<br>2. Georgia<br>3. Florida<br>4. Alabama<br>5. Mississippi | Merit Systems Protection Board<br><br>Atlanta Regional Office<br><br>401 W. Peachtree Street, NW<br><br>10th Floor<br><br>Atlanta, GA 30308-3519<br><br>(404) 730-2767 (facsimile) |
| 0. Illinois<br>1. Indiana<br>2. Iowa<br>3. Kansas City, KS<br>4. Kentucky | Merit Systems Protection Board<br><br>Central Regional Office |

| | |
|---|---|
| 5. Michigan<br>6. Minnesota<br>7. Missouri<br>8. Ohio<br>9. Wisconsin | 230 South Dearborn Street<br>31st Floor<br>Chicago, IL 60604-1669<br><br>(312) 886-4231 (facsimile) |
| 0. Connecticut<br>1. Delaware<br>2. Maine<br>3. Maryland (except Montgomery and Prince George's counties)<br>4. Massachusetts<br>5. New Hampshire<br>6. New Jersey (except Bergen, Essex, Hudson and Union counties)<br>7. Pennsylvania<br>8. Rhode Island<br>9. Vermont<br>10. West Virginia | Merit Systems Protection Board<br><br>Northeastern Regional Office<br><br>1601 Market Street<br>Suite 1700<br>Philadelphia, PA 19103<br><br>(215) 597-3456 (facsimile) |
| 0. Arkansas<br>1. Louisiana<br>2. Oklahoma<br>3. Texas | Merit Systems Protection Board<br><br>Dallas Regional Office<br><br>1100 Commerce Street<br>Room 620<br>Dallas, TX 75242-9979<br><br>(214) 767-0555 (facsimile) |
| 0. Alaska<br>1. California<br>2. Hawaii<br>3. Idaho<br>4. Nevada<br>5. Oregon<br>6. Washington<br>7. Pacific overseas | Merit Systems Protection Board<br><br>Western Regional Office<br><br>201 Mission Street Suite 2310<br>San Francisco, CA 94105-1831<br><br>(415) 904-0580 (facsimile) |
| 0. New Jersey (counties of Bergen, Essex, Hudson, and Union)<br>1. New York<br>2. Puerto Rico<br>3. Virgin Islands | Merit Systems Protection Board<br><br>New York Field Office<br><br>26 Federal Plaza<br>Room 3137-A<br>New York, NY 10278-0022<br><br>(212) 264-1417 (facsimile) |
| 0. Arizona<br>1. Colorado<br>2. Kansas (except Kansas City)<br>3. Montana<br>4. Nebraska | Merit Systems Protection Board<br><br>Denver Field Office |

| | |
|---|---|
| 5. New Mexico<br>6. North Dakota<br>7. South Dakota<br>8. Utah<br>9. Wyoming | 165 South Union Boulevard<br>Suite 318<br>Lakewood, CO 80228-2211<br><br>(303) 969-5109 (facsimile) |

If you choose to file an appeal with the MSPB, you must include the following information which identifies the Agency official to whom the MSPB will send a copy of your MSPB appeal and the Acknowledgment Order issued on your appeal:

████████████

Assistant General Counsel

U.S. Environmental Protection Agency

Office of General Counsel

1200 Pennsylvania Ave., N.W.

Mail Code 2377A

Washington, DC 20460

████████████

Phone: ████████

Fax: ████████

If you believe that this action is being taken in whole or in part because of discrimination based on race, color, religion, sex, national origin, disability, age and/or reprisal, you may include this allegation in your appeal to MSPB, if any, or you may file a discrimination complaint with the Agency by first contacting an EPA Equal Employment Opportunity (EEO) Counselor within forty-five (45) calendar days of the effective date of this action, in accordance with the procedures contained in Title 29, Code of Federal Regulations, Part 1614. More information concerning EEO rights and remedies may be found at www.epa.gov/civilrights.

You must choose between filing an appeal with the MSPB or filing a discrimination complaint with the Agency. You cannot elect to follow more than one of these procedures.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact notice2@epa.gov.

1OPM, *Practical Tips for Supervisors of Probationers*.

2 *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)

3 *Id*.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.

[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)

[3] *Id*.