# Exhibit DD

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARYLAND; et al.,

               Plaintiffs,

        v.                                       C.A. No. []

United States Department of Agriculture; et al.,

               Defendants.

## DECLARATION OF █████████████████

I, ██████████████ declare as follows:

1.      I am a resident of the State of Minnesota. I am over the age of 18 and have personal knowledge of all the facts stated herein.

2.      I am a veteran of the United States Air Force from November 2003 to February 2010. I left the Air Force as a Staff Sergeant, ██████████████████

3.      On July 1, 2024, I was hired for the position of ████████████████ at the Small Business Administration ("SBA") in Minneapolis, Minnesota.

4.      In my role as a ████████████████████ I was responsible for ████████ ███████████████████████

5.      Specifically, I was responsible for ████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

6.      On February 7, 2025, I received an unsigned, form letter termination notice.  A true and correct copy of this notice is attached to this declaration as **Exhibit A**.  On February 10, senior management told me that was a mistake, and Human Resources said I was not terminated.  Then on February 11, I received another letter from Everett M. Woodel, Jr., Acting Administrator of the SBA, stating that I was terminated because I had "failed to demonstrate fitness for continued federal employment. The Agency finds that that you are not fit for continued employment because your ability, knowledge and skills do not fit the Agency's current needs, and your performance has not been adequate to justify further employment at the Agency." A true and correct copy of this is attached as **Exhibit B** to this declaration.

7.      Both of these letters came as a surprise to me.  I had not received any prior negative feedback regarding my work. In fact, my direct supervisors reiterated that I was performing well and were unaware of my termination until after it had occurred.  I had received positive reviews on my last two performance appraisals.

8.      As a result of this termination and the loss of my position, there will be a negative impact on ████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

9.      This was my dream job. I am a former small business owner and was recruited from private sector doing financial advising to take this job.  I was fired after eight months on the job which creates questions on my resume and was before I could develop lasting relationships in the community about my qualifications if I were to seek another job. This termination basically drove a stake through career goals.  Moreover, as someone who has served this country, the termination has forever identified me as a failure and put a black mark on my record because of these two official notices in federal record.


I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Executed on March 6, 2025 at Hennepin County, Minnesota.

Exhibit A

February 7, 2025

<u>Emailed</u>

██████████████

████████████████████

██████████████████

███████████████

On 06/30/2024 you received an Permanent Career Conditional as a ████████████ ████████████████ with the Small Business Administration, ███████████████ █████████████ Your appointment was subject to the successful completion of your one-year probationary period or two-year trial period, as applicable, beginning 06/30/2024. The probationary or trial period, as applicable, is the final step in the examination process of an employee. It is the time in which an employee has the opportunity to demonstrate, through actual performance and/or conduct, their fitness or qualifications for continued employment.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service"[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

During this probationary or trial period, it has been determined that your continued employment does not promote the efficiency of the service because you have failed to demonstrate fitness for continued federal employment. The Agency finds that that you are not fit for continued employment because your ability, knowledge and skills do not fit the Agency's current needs, and your performance has not been adequate to justify further employment at the Agency.

Therefore, in accordance with Title 5 of the Code of Federal Regulations §315.804, you are hereby notified that your employment with the U.S. Small Business Administration (SBA) is being terminated effective close of business February 21, 2025. Please return all SBA property to your supervisor prior to your departure.

You have the right to appeal to the Merit Systems Protection Board (MSPB) within 30 calendar days of the effective date of termination if you believe that you were terminated for partisan political reasons or because of your marital status. In addition, you may appeal to the Board if you believe that the proper procedures for terminating a probationary employee have been followed.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.
[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[3] *Id.*

If you chose to file an e-appeal, you may do so at: <u>MSPB e-Appeal 2.3.0.19 - Sign On</u>. Otherwise, you must file an appeal with the MSPB's regional office serving the area where your duty station was located when this action was taken. Your submission, if any, shall be addressed to the Regional Director in your area, contacts and addresses can be found here, <u>https://www.mspb.gov/about/contact.htm</u>.

In addition, if you decide to file an appeal, you should notify the MSPB that the Agency contact official for the purpose of your appeal is:

█████████████ Paralegal, Office of General Law
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, DC 20416
Phone: ██████████████
Fax:    ██████████████

Additional information concerning the procedures for filing an appeal with MSPB to include forms and regulations may be viewed at <u>www.mspb.gov</u>.

You have the right to contact an Equal Employment Opportunity counselor and to file a complaint through the discrimination process within 45 days of termination if you believe that you are being terminated because of your race, color, national origin, sex (including pregnancy), religion, age (over 40 years old), disability, genetic information, or in retaliation for opposing a prohibited practice or participating in an equal employment opportunity matter.  Information about the Equal Employment Opportunity (EEO) complaint procedure may be obtained from the Office of Equal Employment Opportunity and Civil Rights at <u>eeoinquiries@sba.gov</u>.

If you believe the action taken against you was a prohibited personnel practice as defined in 5 U.S.C. § 2302, you may contact the Office of Special Counsel (OSC). Likewise, if you believe that you have been subject to retaliation due to whistleblower activities, you may contact the OSC and pursue an Individual Right of Action. Further information may be found at <u>www.osc.gov</u>.

You should contact the SBA Ethics Official, Ms. Lisa Lopez-Suarez at (202) 205-8570 or <u>lisa.lopez-suarez@sba.gov</u>  for a briefing on the post-Federal government employment restrictions and other ethics rules that may apply to you.

For further information regarding your rights, you may contact <u>HR4U@sba.gov</u> within the Subject line: OHRS Workforce Relations Division.

A Standard Form 50, Notification of Personnel Action, effecting your termination will be forwarded to you when available along with a summary of your benefits options.

Sincerely,

Everett M. Woodel Jr., Acting SBA Administrator

Please sign the acknowledgement of receipt below.  Your signature does not indicate agreement with this action; it only represents receipt of this notice on the date signed.


Acknowledgement of Receipt: _____

                                       █████████████          Date

Exhibit B



**U.S. SMALL BUSINESS ADMINISTRATION**
WASHINGTON, D.C. 20416

OFFICE OF THE ADMINISTRATOR

February 11, 2025

Emailed

██████████████████

███████████████████████

█████████████████████

██████████████████

On 06/30/2024 you received an Permanent Career Conditional as a ████████████████ ████████████████████ with the Small Business Administration, ████████████ █████████████ Your appointment was subject to the successful completion of your one-year probationary period or two-year trial period, as applicable, beginning 06/30/2024. The probationary or trial period, as applicable, is the final step in the examination process of an employee.  It is the time in which an employee has the opportunity to demonstrate, through actual performance and/or conduct, their fitness or qualifications for continued employment.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service" [2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the  civil service for this particular individual."[3]

During this probationary or trial period, it has been determined that your continued employment does not promote the efficiency of the service because you have failed to demonstrate fitness for continued federal employment.  The Agency finds that that you are not fit for continued employment because your ability, knowledge and skills do not fit the Agency's current needs, and your performance has not been adequate to justify further employment at the Agency.

Therefore, in accordance with Title 5 of the Code of Federal Regulations §315.804, you are hereby notified that your employment with the U.S. Small Business Administration (SBA) is

---

[1] OPM, _Practical Tips for Supervisors of Probationers_.

[2] _See_ U.S. Merit Systems Protection Board Report to the President and Congress, _The Probationary Period: A Critical Assessment Opportunity_ (August 2005)

[3] _Id_.

being terminated effective close of business February 11, 2025. Please return all SBA property to your supervisor prior to your departure.

If you are an individual appointed in the excepted service, you have no regulatory right to appeal under *5 C.F.R. § 315.806* to the Merit Systems Protection Board (MSPB or Board).

If you were appointed under the competitive service, you may have the right to appeal to the MSPB within 30 calendar days of the effective date of termination if you believe that you were terminated for partisan political reasons or because of your marital status.

If you chose to file an e-appeal, you may do so at: MSPB e-Appeal 2.3.0.19 - Sign On. Otherwise, you must file an appeal with the MSPB's regional office serving the area where your duty station was located when this action was taken. Your submission, if any, shall be addressed to the Regional Director in your area, contacts and addresses can be found here, https://www.mspb.gov/about/contact.htm.

In addition, if you decide to file an appeal, you should notify the MSPB that the Agency contact official for the purpose of your appeal is:

█████████ Paralegal, Office of General Law
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, DC 20416
Phone: ████████
Fax:    ████████

Additional information concerning the procedures for filing an appeal with MSPB to include forms and regulations may be viewed at www.mspb.gov.

You have the right to contact an Equal Employment Opportunity counselor and to file a complaint through the discrimination process within 45 days of termination if you believe that you are being terminated because of your **race, color, national origin, sex (including pregnancy), religion, age (over 40 years old), disability, genetic information, or in retaliation for opposing a prohibited practice or participating in an equal employment opportunity matter**. Information about the Equal Employment Opportunity (EEO) complaint procedure may be obtained from the Office of Equal Employment Opportunity and Civil Rights at eeoinquiries@sba.gov.

If you believe the action taken against you was a prohibited personnel practice as defined in 5 U.S.C. § 2302, you may contact the Office of Special Counsel (OSC). Likewise, if you believe that you have been subject to retaliation due to whistleblower activities, you may contact the OSC and pursue an Individual Right of Action. Further information may be found at www.osc.gov.

You should contact your ethics official in their area for questions for a briefing on the post-Federal government employment restrictions and other ethics rules that may apply to you.

For further information regarding your rights, you may contact your Servicing Human Resources Office: Disaster Enterprise Staff – AskHRdisaster@sba.gov, Non-Disaster SBA Staff – HR4U@sba.gov. Indicate Workforce Relations Division in the subject line.

A Standard Form 50, Notification of Personnel Action, effecting your termination will be forwarded to you when available along with a summary of your benefits options. Please ensure your personal residential/home mailing address is current in MyEPP.

Sincerely,

Everett M. Woodel, Jr.
Acting Administrator

Please sign the acknowledgement of receipt below and send a signed copy to CHCOAlert1@sba.gov. Your signature does not indicate agreement with this action; it only represents receipt of this notice on the date signed.


Acknowledgement of Receipt: _____

                                    ███████████            Date