## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARYLAND, *et al.,*                               *

    **Plaintiff,**

                             *

    **v.**                                            **Case No.**  1:25-cv-00748-JKB

UNITED STATES DEPARTMENT OF          *

AGRICULTURE, *et al.,*

    **Defendant.**                               *

### MOTION FOR ADMISSION PRO HAC VICE

    I, __James D. Handley__, am a member in good standing of the bar of this

Court.  I am moving the admission of __Miranda Maison__

to appear pro hac vice in this case as counsel for __State of California__.

    We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain
    any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following
    State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| Cal. - 12/06/00 | U.S. - 6/04/12 |
| (SBN 210082) | N.D. Cal. - 1/09/09 |
| | |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee
    has been admitted pro hac vice in this Court __0__ time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to
    practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been
    disbarred, suspended, or denied admission to practice law in any jurisdiction, then
    he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
    Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the
    Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
    understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_____
Signature

James D. Handley, 20299
Printed name and bar number

Office of the Attorney General
Office name

200 Saint Paul Pl., 20th Floor
Baltimore, MD 21202
_____
Address

410-576-6993
Telephone number

410-576-6955
Fax Number

jhandley@oag.state.md.us
Email Address

PROPOSED ADMITTEE

/s/ Miranda Maison*
_____
Signature    *Signed by James Handley with permission of Miranda Maison

Miranda Maison
Printed name

California Department of Justice
Office name

1300 I St., Sacramento, CA 95814
Address

(916) 210-7782
Telephone number

(916) 731-2129
Fax Number

Miranda.Maison@doj.ca.gov
Email Address