**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MARYLAND, *et al.*, *
**Plaintiff,**
*
**v.** **Case No.** 1:25-cv-00748-JKB
UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, *
**Defendant.** *

**MOTION FOR ADMISSION PRO HAC VICE**

I, James D. Handley, am a member in good standing of the bar of this Court. I am moving the admission of Demian Camacho to appear pro hac vice in this case as counsel for State of California.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California 12/07/2012 | Northern District of Texas 02/25/2013 |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ________________________________________, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

James D. Handley, 20299

Printed name and bar number

Office of the Attorney General

Office name

200 Saint Paul Pl., 20th Floor
Baltimore, MD 21202

Address

410-576-6993

Telephone number

410-576-6955

Fax Number

jhandley@oag.state.md.us

Email Address

PROPOSED ADMITTEE

/s/ Demian Camacho*

Signature *Signed by James Handley with permission of Demian Camacho

Demian Camacho CA SBN 286693

Printed name

California Department of Justice

Office name

600 W. Broadway, Suite 1800, San Diego, CA 92101

Address

(619) 738-9132

Telephone number

(619) 645-2012

Fax Number

Demian.Camacho@doj.ca.gov

Email Address