IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.,　　　　　*

**Plaintiff,**

　　　　　　　　　　　　　　　　　*　　Case No. 1:25-cv-748

v.

U.S. Dep't of Agriculture, et al.　　*

**Defendant.**　　　　　　　　　　*

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiff District of Columbia

I certify that I am admitted to practice in this Court.

March 13, 2025

Date

Cara Spencer
Digitally signed by Cara Spencer
Date: 2025.03.13 18:06:22 -04'00'

Signature

Cara J. Spencer, No. 20171

Printed name and bar number

400 6th St. NW, Washington, DC, 20001

Address

cara.spencer@dc.gov

Email address

(202) 442-9754

Telephone number

(202) 741-0431

Fax number