IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Maryland, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture,<br><br>et al.,<br><br>Defendants. | Case No. 1:25-cv-00748-JKB |

**DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's Temporary Restraining Order and Opinion issued on March 13, 2025, ECF Nos. 43 and 44.

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

*/s/ Christopher R. Hall*
Christopher R. Hall
Assistant Director, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-4778
Email: Christopher.hall@usdoj.gov

        Kelly O. Hayes
        United States Attorney

        */s/ Beatrice C. Thomas*
        Beatrice C. Thomas (Bar No. 21969)
        Assistant United States Attorney
        United States Attorney's Office
        36 S. Charles Street, 4th Floor
        Baltimore, MD 21202
        beatrice.thomas@usdoj.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

        */s/*
        Beatrice C. Thomas