**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.,

    Plaintiffs,

       v.

UNITED STATES DEP'T OF
AGRICULTURE, et al.,

    Defendants.

Case No. 1:25-cv-00748-JKB

**DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO FILE**
**STATUS REPORT FROM 1 P.M. EDT TO 7 P.M. EDT, MONDAY, MARCH 17, 2025**

      Defendants respectfully ask the Court to extend the deadline to file their required Status Report documenting the actions they have taken to comply with the Court's Temporary Restraining Order ("TRO") of March 13, 2025 (ECF No. 43) by six (6) hours, from 1 p.m. EDT to 7 p.m. EDT on Monday, March 17, 2025. The Court's order applies to 18 federal agencies (ECF 44 at 2-3) (hereinafter "Restrained Defendants"). Defendants do not request to extend the compliance deadline set by the TRO, which would remain set for 1 p.m. EDT on Monday, March 17, and ask only for modest scheduling relief to permit staggered compliance and Status Report deadlines. Good cause supports this scheduling relief, which would further the interests of judicial economy and permit a more orderly, accurate, and comprehensive filing process.

      Since issuance of the TRO at approximately 8:30 p.m. Thursday, March 13, undersigned counsel have worked diligently to communicate the TRO's requirements to Restrained Defendants. Restrained Defendants, for their part, have worked diligently, with assistance and coordination from undersigned counsel, to comply with those requirements on the deadline established by this Court. Those compliance efforts have continued unabated through Saturday and Sunday, March

15 and 16, and will continue unabated through working and non-working hours on Monday, March 17, up to and including the 1 p.m. compliance deadline.

At the same time, it has become apparent to undersigned counsel that modest scheduling relief shifting the Status Report deadline back by six hours, to 7 p.m. EDT, would permit a more orderly status report finalization and filing process. It would permit undersigned counsel, with assistance as necessary from other Department of Justice colleagues, to focus all reasonable efforts on continuing to assist and coordinate with Restrained Defendants in executing and documenting their compliance efforts by 1 p.m., then shift focus to preparing a Status Report that is accurate, comprehensive, and up to date with required compliance information. Thus, staggering the two deadlines by six hours, while maintaining the 1 p.m. TRO compliance deadline, would serve the interests of judicial economy.

Undersigned counsel conferred with counsel for the State of Maryland regarding this request; counsel provided their consent to this extension so long as Defendants filed the compliance Status Report on time under any extended schedule, without regard to any possible Fourth Circuit filings, to which Defendants have agreed. An order granting this modest scheduling relief would not prejudice Plaintiffs, as Restrained Defendants would continue all compliance efforts under the original 1 p.m. EDT compliance deadline, and would simply file the required Status Report no later than six hours after that deadline.

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

*/s/ Christopher R. Hall*
Christopher R. Hall
Assistant Director, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-4778
Email: Christopher.hall@usdoj.gov

KELLY O. HAYES
United States Attorney

*/s/ Beatrice C. Thomas*
Beatrice C. Thomas
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21202
Email: beatrice.thomas@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of March 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

*/s/ Beatrice C. Thomas*
Beatrice C. Thomas
Assistant United States Attorney