# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEP'T OF AGRICULTURE. et al., <br><br> Defendants. | Case No. 1:25-cv-00748-JKB |

## [PROPOSED] ORDER

On Defendants' Consent Motion to Extend Deadline to File Status Report from 1 p.m. EDT to 7 p.m. EDT Monday, March 17, 2025, good cause having been shown, Defendants' motion is GRANTED. It is hereby ORDERED that Defendants' deadline to file a Status Report is extended to 7 p.m. EDT Monday, March 17, 2025.

The compliance deadline for Restrained Defendants to comply with the Temporary Restraining Order shall remain 1 p.m. EDT Monday, March 17, 2025.

DATED this _____ day of March, 2025, at _____.

BY THE COURT:

_____
HONORABLE JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE