IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, et al.,

Plaintiffs,

v.

UNITED STATES DEP'T OF
AGRICULTURE. et al.,

Defendants.

Case No. 1:25-cv-00748-JKB

ORDER

On Defendants' Consent Motion to Extend Deadline to File Status Report from 1 p.m. EDT to 7 p.m. EDT Monday, March 17, 2025, good cause having been shown, Defendants' motion is GRANTED. It is hereby ORDERED that Defendants' deadline to file a Status Report is extended to 7 p.m. EDT Monday, March 17, 2025.

The compliance deadline for Restrained Defendants to comply with the Temporary Restraining Order shall remain 1 p.m. EDT Monday, March 17, 2025.

DATED this __17th__ day of March, 2025, at __8:10 a.m._____.

BY THE COURT:

/s/ JAMES K. BREDAR
HONORABLE JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE