IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00748-JKB |

**CONSENT NUNC PRO TUNC MOTION FOR
43-MINUTE EXTENSION OF TIME TO FILE COMPLIANCE REPORT**

Defendants, through undersigned counsel, respectfully request a 43-minute extension of time, nunc pro tunc, to file the compliance report directed by the Court in its Temporary Restraining Order ("TRO") dated March 13, 2025. *See* ECF No. 44 at 3. Plaintiffs' counsel have informed undersigned counsel that Plaintiffs do not oppose this relief. Defendants respectfully submit that there is good cause to grant such a nunc pro tunc extension:

1.  After the Court issued its TRO at approximately 8:30 p.m. on Thursday, March 13, undersigned counsel immediately began coordinating with the eighteen (18) restrained agencies (the "Restrained Defendants") to ensure compliance with the TRO by the 1:00 p.m. deadline set by the Court.

2.  Undersigned counsel have worked diligently to communicate the TRO's requirements to Restrained Defendants. Restrained Defendants, for their part, have worked diligently, with assistance and coordination from undersigned counsel, to comply with those requirements on the deadline established by this Court. Those compliance efforts have continued

1

unabated through Saturday and Sunday, March 15 and 16, and continue through Monday, March 17, up to and including the 1 p.m. compliance deadline.

3. As detailed in the report and declarations submitted by Defendants at 7:43 p.m. on March 17, 2025, due to the diligent efforts of numerous personnel, all the Restrained Defendants substantially complied with the TRO, with some limited delays to due to unanticipated technological and logistical complications.

4. While working with the Restrained Defendants to ensure compliance with the 1:00 p.m. deadline, undersigned counsel were simultaneously coordinating the preparation of 18 declarations and a report documenting that compliance. Undersigned counsel enlisted several additional Department of Justice attorneys, not assigned to handle this case, to assist with this task in order to meet the compliance report deadline, which was originally likewise set at 1:00 pm on March 17.

5. Despite these efforts, counsel determined that preparation and submission of the compliance report and declarations by 1:00 pm—the compliance deadline—was infeasible. Accordingly, Defendants sought and the Court granted an extension of time to 7:00 pm for this submission.

6. The efforts by Defendants' counsel to meet this 7:00 pm deadline continued without pause through the day on Monday, March 17. Coordinating 18 separate agency compliance declarations proved an extremely complex task, further complicated by last-minute technical difficulties in formatting electronically signed declarations appropriately for ECF-filing. Regrettably, despite undersigned counsel's best efforts, these tasks ultimately took 43 minutes longer than counsel had previously estimated was necessary.

7.  Accordingly, Defendants respectfully request a 43-minute extension of time, nunc pro tunc, to file the Restrained Defendants' compliance report and declarations.

8.  Defendants' counsel have sought Plaintiffs' counsel's position on this motion, and Plaintiffs' counsel have stated that Plaintiffs consent to the relief sought.

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

*/s/ Christopher R. Hall*
Christopher R. Hall
Assistant Director, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-4778
Email: Christopher.hall@usdoj.gov

KELLY O. HAYES
United States Attorney

*/s/ Beatrice C. Thomas*
Beatrice C. Thomas
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21202
Email: beatrice.thomas@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

>  */s/ Beatrice C. Thomas*
> Beatrice C. Thomas
> Assistant United States Attorney