# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, et al.,<br><br>Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEP'T OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:25-cv-00748-JKB |

# ORDER

On Defendants' Consent NUNC PRO TUNC MOTION FOR 43-MINUTE EXTENSION OF TIME TO FILE COMPLIANCE REPORT, good cause having been shown, Defendants' motion is GRANTED. It is hereby ORDERED that Defendants' deadline to file a Status Report is extended, nunc pro tunc, to 7:43pm on March 17, 2025.

DATED this _____ day of March, 2025, at _____.


BY THE COURT:

_____
The Honorable James K. Bredar
United States District Judge