IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, et al.,

Plaintiffs,

v.

UNITED STATES DEP'T OF AGRICULTURE, et al.,

Defendants.

Case No. 1:25-cv-00748-JKB

**ORDER**

On Defendants' Consent NUNC PRO TUNC MOTION FOR 43-MINUTE EXTENSION OF TIME TO FILE COMPLIANCE REPORT, good cause having been shown, Defendants' motion is GRANTED. It is hereby ORDERED that Defendants' deadline to file a Status Report is extended, nunc pro tunc, to 7:43pm on March 17, 2025.

DATED this __18th__ day of March, 2025, at __7:15 a.m.__ .

BY THE COURT:

/S/ JAMES K. BREDAR
The Honorable James K. Bredar
United States District Judge