**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____     *

**Plaintiff,**
                                                           *

v.                                                        Case No. _____

                                                           *

_____     *

**Defendant.**

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Enter my appearance as counsel in this case for the _____

   I certify that I am admitted to practice in this Court.

_____                    _____[signature]_____
Date                                                                    Signature

                                                                          _____
                                                                          Printed name and bar number

                                                                          _____
                                                                          Address

                                                                          _____
                                                                          Email address

                                                                          _____
                                                                          Telephone number

                                                                          _____
                                                                          Fax number