IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STATE OF MARYLAND**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | **CIVIL NO. JKB-25-0748** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On Thursday, March 13, 2025, the Court issued a Temporary Restraining Order ("TRO") in this matter. (ECF No. 44.) The TRO required, *inter alia*, that Restrained Defendants reinstate all Affected Probationary Employees, as those terms are defined in the TRO, by 1:00 p.m. EDT on Monday, March 17, 2025. (*Id.*) Pursuant to the terms of the TRO, the Government has filed a Status Report apprising the Court of its efforts toward compliance with the TRO's substantive requirements. (ECF No. 52.)

The Court has carefully reviewed the Status Report. Upon that review, it is now ORDERED that:

1. The Status Report reflects that the Restrained Defendants have made meaningful progress toward compliance with the TRO.

2. On or before Monday, March 24, 2025, at 1:00 p.m. EDT, the Restrained Defendants SHALL FILE an updated Status Report, apprising the Court of the Restrained Defendants' additional steps towards compliance. The Court expects that this updated Status Report will show that the Restrained Defendants have

achieved substantial compliance with the terms of the TRO. The updated Status Report shall contain updated declarations, from appropriate personnel at each of the Restrained Defendant agencies, addressing the reinstatement of Affected Probationary Employees.

3. The format of the Status Report is acceptable to the Court. The Restrained Defendants shall continue using that format for future status reports.

4. Plaintiffs are reminded of their obligation to post a bond FORTHWITH.

5. The definitions set forth in paragraph 10 of the TRO are incorporated into this Order.

DATED this 18th day of March, 2025, at 11:50 a.m.            .

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge