IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Maryland et al.,                    *
**Plaintiff,**
                                    *
v.                                      Case No.  1:25-cv-00748-JKB
                                    *
USDA et al.,
                                    *
**Defendant.**

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiff State of Colorado

I certify that I am admitted to practice in this Court.

3/18/2025                                          /s/
Date                                               Signature

                                                   David Moskowitz, CO Bar No. 61336
                                                   Printed name and bar number

                                                   1300 Broadway, 10th Floor, Denver, CO 80203
                                                   Address

                                                   David.Moskowitz@coag.gov
                                                   Email address

                                                   (720) 508-6000
                                                   Telephone number

                                                   (720) 508-6030
                                                   Fax number

EntryofAppearanceCivil (08/2015)