IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.,

Plaintiff,

v.

U.S. Dept. of Agriculture, et al.,

Defendant.

Case No. 1:25-cv-00748-JKB

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  State of New York

I certify that I am admitted to practice in this Court.

3/18/2025
Date

/s/ Rabia Muqaddam
Signature

Rabia Muqaddam NY Bar # 5319413
Printed name and bar number

New York Office of the Attorney General, 28 Liberty St., NY, NY 10005
Address

rabia.muqaddam@ag.ny.gov
Email address

2124168883
Telephone number

N/A
Fax number

EntryofAppearanceCivil (08/2015)