IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.                *

**Plaintiff,**
                                         *

v.                                           Case No.  **1:25-cv-748**
                                         *
U.S. Dep't of Agriculture, et al.

**Defendant.**                           *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   **State of Illinois**

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| March 18, 2025 | Gretchen E. Helfrich _Digitally signed by Gretchen E. Helfrich  Date: 2025.03.18 12:20:59 -05'00'_ |
| Date | Signature |
| | Gretchen Helfrich (IL Bar No: 6300004) |
| | Printed name and bar number |
| | 115 S. LaSalle St., Chicago, IL 60603 |
| | Address |
| | **gretchen.helfrich@ilag.gov** |
| | Email address |
| | 312-814-3000 |
| | Telephone number |
| | 312-814-5024 |
| | Fax number |