IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland et al.  *

**Plaintiff,**

\*

v.   Case No. 25-0748

\*

United States Department of Agriculture et al.

**Defendant.**  *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  State of Rhode Island

I certify that I am admitted to practice in this Court.

3/19/2025
Date

*Sarah W. Rice* (signature)
Signature

Sarah W. Rice (No. 29113)
Printed name and bar number

150 South Main Street, Providence, RI 02903
Address

srice@riag.ri.gov
Email address

(401) 274-4400 x2054
Telephone number

(401) 222-2995
Fax number

EntryofAppearanceCivil (08/2015)