**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND, *et al.*, *

Plaintiffs, *

v. *

UNITED STATES DEPARTMENT OF AGRICULTURE, *et. al.*, * Case No. 1:25-cv-748-JKB

*

Defendants. *

*

* * * * * * * * * * * *

**PLAINTIFF STATES' MOTION**
**FOR A SECTION 705 STAY AND PRELIMINARY INJUNCTION**

Plaintiff States seek an order entering a stay under Section 705 of the Administrative Procedure Act and a preliminary injunction. For the reasons explained in greater detail in the accompanying memorandum of law, Plaintiff States ask the Court to enter a Section 705 stay and a preliminary injunction against all Defendants,

1. Staying all purported terminations of Affected Probationary Employees;

2. Reinstating all Affected Probationary Employees, including any who have yet to be reinstated;

3. Prohibiting Defendants from conducting any Reduction in Force ("RIF") without complying with the notice requirements in 5 U.S.C. § 3502, relevant regulations in Title 5, Chapter 1 of the Code of Federal Regulations, and all other applicable law, to ensure

Plaintiff States receive adequate notice, as required by law, in order to conduct rapid response activities; and

4. Requiring the Defendants to submit status reports at regular intervals as further directed by this Court to provide further detailed information on their compliance with this Court's orders.

March 20, 2025

Respectfully submitted,

**ANTHONY G. BROWN**
*Attorney General*
*State of Maryland*

*/s/ Virginia A. Williamson*
James D. Handley, Bar No. 20299
Virginia A. Williamson, Bar. No. 31472
Assistant Attorneys General

200 St. Paul Place
Baltimore, MD 21202
Phone: 410-576-6584
vwilliamson@oag.state.md.us

**BRIAN SCHWALB**
*Attorney General*
*District of Columbia*

Emma Simson
Senior Counsel to the Attorney General

*/s/ Ryan Wilson*
Ryan Wilson**
Senior Counsel

Hannah Cole-Chu, Bar No. 20747
Anne Deng*
Pamela Disney**
Tessa Gellerson, Bar No. 21271
Charles Sinks, Bar No. 21185
Cara Spencer, Bar No. 20171
Assistant Attorneys General

**KEITH ELLISON**
*Attorney General*
*State of Minnesota*

*/s/ Liz Kramer*
Liz Kramer†
Solicitor General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
Phone: 651-757-1059
Fax: 651-282-5832
liz.kramer@ag.state.mn.us

**KRISTIN K. MAYES**
*Attorney General*
*State of Arizona*

*/s/ Hayleigh S. Crawford*
Hayleigh S. Crawford†
Deputy Solicitor General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

Office of the Attorney General for
the District of Columbia
400 6th Street N.W., 10th Floor
Washington, D.C. 20001
(202) 230-2342
Ryan.Wilson@dc.gov

**ROB BONTA**
*Attorney General*
*State of California*

*/s/ Satoshi Yanai*
Satoshi Yanai†
Senior Assistant Attorney General

Demian Camacho†
Miranda Maison†
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: 213-269-6400
satoshi.yanai@doj.ca.gov

**WILLIAM TONG**
*Attorney General*
*State of Connecticut*

*/s/ Michael Skold*
Michael Skold†
Solicitor General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808 5020
michael.skold@ct.gov

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
Director of Impact Litigation

Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**ANNE E. LOPEZ**
*Attorney General*
*State of Hawai'i*

/s/ *Kaliko'onālani D. Fernandes*
David D. Day†
Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes†
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

**KWAME RAOUL**
*Attorney General*
*State of Illinois*

*/s/ Gretchen Helfrich*
Gretchen Helfrich†
Deputy Chief
Special Litigation Bureau
Office of the Illinois Attorney General
115 South LaSalle Street, 35th Floor
Chicago, IL 60603
Tel. (312) 814-3000
Gretchen.helfrich@ilag.gov

**ANDREA JOY CAMPBELL**
*Attorney General*
*Commonwealth of Massachusetts*

*/s/ Katherine Dirks*
Katherine Dirks†
Chief State Trial Counsel
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
617.963.2277
katherine.dirks@mass.gov

**DANA NESSEL**
*Attorney General*
*State of Michigan*

*/s/ Bryan Davis, Jr.*
Bryan Davis, Jr.†
Debbie Taylor†
Assistant Attorneys General
Department of Attorney General
Labor Division
3030 W. Grand Blvd., Ste. 9-600
Detroit, MI 48202
davisb47@michigan.gov
taylord8@michigan.gov
(313) 456-2200

**MATTHEW J. PLATKIN**
*Attorney General*
*State of New Jersey*

*/s/ Nathaniel Ilan Levy*
Nathaniel Ilan Levy, Bar No. 21840
Deputy Solicitor General
25 Market Street
Trenton, NJ 08625
Phone: (862) 350-5800
nathaniel.levy@njoag.gov

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Anjana Samant*
Anjana Samant*
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asamant@nmdoj.gov

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: */s/ Rabia Muqaddam*
Rabia Muqaddam†
Special Counsel for Federal Initiatives
New York Office of the Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov

**DAN RAYFIELD**
*Attorney General*
*State of Oregon*

By: */s Deanna J. Chang*
Deanna J. Chang**
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Deanna.J.Chang@doj.oregon.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Natalya A. Buckler*
Natalya A. Buckler (RI Bar No. 8415)*
Sarah W. Rice, Bar No. 29113
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2022
nbuckler@riag.ri.gov

**CHARITY R. CLARK**
*Attorney General*
*State of Vermont*

*/s/ Jonathan T. Rose*
Jonathan T. Rose†
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*/s/ Brian P. Keenan*
Brian P. Keenan*
Assistant Attorney General
State Bar #1056525
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
keenanbp@doj.state.wi.us

**PHIL WEISER**
Attorney General of Colorado

*/s/ David Moskowitz*
David Moskowitz†
Deputy Solicitor General
Office of the Colorado Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**AARON D. FORD**
*Attorney General of Nevada*

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

* *Pro hac vice application forthcoming*
***Application for admission pending*
† *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that, on this 20th day of March, 2025 Plaintiff States' Motion for a Section 705 Stay and Preliminary Injunction were served by CM/ECF on all counsel of record.

*/s/ Virginia A. Williamson*
Virginia A. Williamson, Bar No. 31472