# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| STATE OF MARYLAND, ET AL., | * |
| Plaintiffs, | * |
| v. | * |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., | * No. 1:25-cv-00758 |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## EXHIBIT LIST

| Exhibit | |
|---|---|
| A | Email re: Follow up: CHCO Council Special Session |
| B | Declaration of Liliana Bachelder |
| C | Declaration of Dr. Andrew Frassetto |
| D | Declaration of Dr. Thomas Evans |
| E | March 17 Status Report Summary Chart |
| F | Declaration of Katherine Archuleta |
| G | Declaration of Pace Schwarz |
| H | Forms SF-50, Examples |
| I | Email Correspondence re: Important: Separation Packet Regarding Your Departure from GSA |
| J | Declaration of Office of Personnel Management Employee |
| K | Declaration of National Archives and Records Administration Employee |
| L | Declaration of Department of Defense Employee |
| M | Memo re: Independent Department of Defense Determination to Terminate Probationary Employees |
| N | Declaration of Kimberly Breitmeyer, Michigan Unemployment Insurance Agency |
| O | Declaration of Sarita Nair, New Mexico Department of Workforce Solutions |
| P | Declaration of USDA Employee |
| Q | Declaration of Department of Commerce Employee |