Exhibit E

# March 17 Status Report Summary Chart

| Agency | Affected Probationary Employees | Citation |
|---|---|---|
| EPA | 419 | ECF 52-1 at 3 ¶ 6 |
| Energy | 555 | ECF 52-1 at 6 ¶ 6 |
| Commerce | 791 | ECF 52-1 at 10 ¶ 7 |
| DHS | 313 | ECF 52-1 at 14 ¶ 6 |
| DOT | 788 | ECF 52-1 at 18 ¶ 7 |
| Education | 65 | ECF 52-1 at 22 ¶ 6 |
| HUD | 312 | ECF 52-1 at 25 ¶ 6 |
| Interior | 1,712 | ECF 52-1 at 28 ¶ 6 |
| DOL | 170 | ECF 52-1 at 34 ¶ 7 |
| CFPB | 117 | ECF 52-1 at 37 ¶ 6 |
| SBA | 304 | ECF 52-1 at 40 ¶ 6 |
| FDIC | 156 | ECF 52-1 at 44 ¶ 6 |
| USAID | 270 | ECF 52-1 at 47 ¶ 6 |
| GSA | 366 | ECF 52-1 at 50 ¶ 6 |
| Treasury | 7,605 | ECF 52-1 at 53 ¶ 5 |
| USDA | 5,714 | ECF 52-1 at 57 ¶ 5 |
| VA | 1,900 | ECF 52-1 at 60 ¶ 6 |
| HHS | 3,248 | ECF 52-2 at 2 ¶ 6 |
| **TOTAL** | **24,805** | |