# Exhibit F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br>Defendants. | Case No.: 1:25-cv-00748-JKB |

### DECLARATION OF KATHERINE ARCHULETA

I, Katherine Archuleta, hereby declare as follows:

1. I am the former Director of the United States Office of Personnel Management (OPM). I make this statement based on personal knowledge and if called as a witness could and would testify competently thereto.

2. I was appointed to the position of OPM Director by the President of the United States on November 4, 2013, and I held that position until July of 2015.

3. Prior to my appointment as OPM Director, I worked for approximately 20 years in local and federal government positions. I started my career as an elementary schoolteacher in Denver, Colorado, and then worked in local Denver government. I later served as the Deputy Chief of Staff and Chief of Staff for the U.S. Department of Transportation, as Senior Advisor at the U.S Department of Energy, and as Chief of Staff to the U.S. Secretary of Labor.

4. Subsequent to my years of service in the federal government, I have remained active in public service and civic affairs, including in my current position as the Co-Founder of the Latina Initiative. The mission of the Latina Initiative is to encourage Colorado's Latina voters to use their voices and their votes to influence elected leaders and policy makers throughout the state. I served as a Trustee of the University of Denver from 2016 to 2021. I

1

currently serve as a member of the Board of Trustees of the Rose Community Foundation, Commissioner of the Denver Urban Renewal Board, and Conservation Colorado. In 2020, I was inducted into the Colorado Women's Hall of Fame for my lifelong commitment to public service.

5. In my role as OPM Director, I was responsible for overseeing the office that serves as the Human Resources office for the entire federal government, and as a result, I am familiar with the civil service laws and regulations that govern recruiting, hiring, development and support for federal workers.

6. From my time working at three federal agencies (Transportation, Energy, and Labor) and as the OPM Director, I am very familiar with the respective roles that federal executive agencies and OPM play with respect to hiring and termination of federal employees, including those employees considered to be probationary under the civil service system.

7. Probationary employees are generally those who have worked for the federal government in their positions for less than two years. These individuals can be quite experienced in their fields, and they often bring private sector, academic, and other government experience and talent that the federal government needs. This category of newer hires also includes the future of the federal workforce.

8. During my time as OPM Director, the office worked to ensure that federal agencies were supported in their efforts to recruit and retain talent to serve our country.

9. The probationary period plays a critical role in the evaluation and integration of new employees. Prior to hiring, probationary employees undergo extensive screening and interviews to assess their qualifications for the position. Once hired, the probationary period itself is designed to allow both the employee and employer to further assess the fit and suitability for the role. During this time, evaluations, reviews, and mentoring are integral to the process. Employers have a responsibility to conduct periodic assessments of the probationary employee's performance, ensuring a fair evaluation of their capabilities as potential permanent staff. This collaborative effort serves to confirm that only the most qualified individuals transition into the permanent workforce at the conclusion of the probationary period. All of these decisions are

Case 1:25-cv-00748-JKB  Document 78-9  Filed 03/20/25  Page 4 of 6

made at the agency or office level, where each entity assesses whether the individual probationary employee is prepared for transition into a permanent position.

10. I have become aware of the incoming Presidential Administration's actions with respect to probationary workers throughout the country from reports in the press regarding mass terminations throughout the federal agencies. These reports are concerning and disturbing. It is inconceivable to me that the federal government would endeavor to eliminate the category of probationary workers. This is not remotely in the public interest and, in my experience, these terminations appear to ignore the civil service laws and regulations that I implemented and enforced.

11. In particular, to the extent that OPM was involved in directing federal agencies to terminate workers, I am not aware of any legal authority for OPM to issue such an order. The federal agencies are authorized by Congress to make hiring and firing decisions, within the confines of the federal civil service protections. Our role at OPM was to support those agencies in those decisions, not to make those decisions for them.

12. The speed and extent of the terminations by agencies of large numbers of probationary workers, in my experience, could only have occurred as a result of a central mandate. It is simply not possible, in my experience, for so many federal agencies to have independently and simultaneously decided to terminate large numbers of their workers. That would be unprecedented, and logistically impossible.

13. In my experience, and under the laws and regulations that apply to federal employment with which I am familiar, any agency that wished to release an individual, including a probationary individual from employment, would conduct an individualized assessment of performance. If the news reports are correct about the volume of the terminations, it is not possible for these agencies to have done proper assessments of all of these employees. Nor is it plausible that all these employees have performance issues.

3

14.     In my experience, and under the laws and regulations that apply to federal employment with which I am familiar, agencies determine whether to propose a reduction in force. OPM does not propose reductions in force at agencies.  And, any agency that wishes to conduct such a reduction would need to comply with the regulations governing reductions in force, including by providing sufficient advance notice to employees, their representatives, and state and local governments that may be affected.  This is not an undertaking to be taken lightly and without planning.  Agencies engage in significant advance planning before conducting a reduction in force, and they must respect the protections given to workers who are permitted to compete for other federal jobs rather than lose their seniority, benefits, and compensation.

15.     I am disheartened to learn that the office that I led with pride, with a mission and dedication to supporting federal agencies and their employees, has been involved in what appears to me to be the wholesale mistreatment of federal workers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: _____                                          ___/s/_*Katherine Archuleta*_____
                                                              Katherine Archuleta*

                                                              *A copy of the signature page
                                                              bearing an original signature is
                                                              attached hereto.

14. In my experience, and under the laws and regulations that apply to federal employment with which I am familiar, agencies determine whether to propose a reduction in force. OPM does not propose reductions in force at agencies. And, any agency that wishes to conduct such a reduction would need to comply with the regulations governing reductions in force, including by providing sufficient advance notice to employees, their representatives, and state and local governments that may be affected. This is not an undertaking to be taken lightly and without planning. Agencies engage in significant advance planning before conducting a reduction in force, and they must respect the protections given to workers who are permitted to compete for other federal jobs rather than lose their seniority, benefits, and compensation.

15. I am disheartened to learn that the office that I led with pride, with a mission and dedication to supporting federal agencies and their employees, has been involved in what appears to me to be the wholesale mistreatment of federal workers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 18, 2025

_____
Katherine Archuleta