# Exhibit H

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 02-13-2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | Termination |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | 5 USC 3321(a)(1) |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
[redacted]

| 8. Pay Plan | 9. Occ. CD | 10. Grd/Lvl | 11. Step/Rate | 12. Tot. Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | [redacted] | [redacted] | [redacted] | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | $0 |

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. CD | 18. Grd/Lvl | 19. Step/Rate | 20. Tot. Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization
Department of Energy
[redacted]

22. Name and Location of Position's Organization

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 2 0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  Waived | 9  Not Applicable | 0  Regular Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS(FRAE) & FICA(01/14) | [redacted] | F  Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 2472 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | Washington Dist Columbia DC USA |

| 40. Agency Data | 41. Emplid | 42. FROM: Dept ID | 43. TO: Dept ID | 44. PAR Number |
|---|---|---|---|---|
| | [redacted] | 2M01000000 | | |

45. Remarks

- Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract). You are also eligible for temporary continuation of your FEHB coverage for up to 18 months.
[redacted]
- Lump-sum payment to be made for any unused annual leave.
- OPF retained by NARA, National Personnel Center.
- Reason(s) for termination: In the public interest
- SF8 issued (Notice to Federal Employee About Unemployment Insurance).

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Energy | Renee Johnson  Supervisory Human Resources Specialist |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| [redacted] | [redacted] | 02-13-2025 |

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

1 - Employee Copy - Keep for Future Reference

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 02-11-2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 385 | TERM DURING PROB/TRIAL PERIOD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| L4M | REG 315.804 EQ | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| [redacted] | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CN | [redacted] | [redacted] | [redacted] | [redacted] | PA | | | | | .00 | |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| [redacted] | [redacted] | [redacted] | .00 | | | .00 | .00 | .00 | .00 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| CONSUMER FINANCIAL PROTECT BUREAU<br>[redacted]<br>[redacted] | FR FT5070000000000000   PP 03 2025 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None    3 - 10 Point/Disability    5 - 10 Point/Other<br>2 - 5 Point    4 - 10 Point/Compensable    6 - 10 Point/Compensable/30%<br>**1** | 0 - None   2 - Conditional<br>1 - Permanent  3 - Indefinite<br>**2** | | YES   **X** NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 5  OTHER | [redacted] | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved<br>**2** | E - Exempt<br>N - Nonexempt<br>**N** | | 5899 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DIST OF COLUMBIA  DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks
E.O. 14210 AND THE STOP WORK EMAIL FROM RUSS VOUGHT ENTITLED ADDITIONAL
DIRECTIVES ON BUREAU ACTIVITIES DTD 2/10/2025.
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE
ELIGIBLE TO CONVERT TO INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE
ALSO ELIGIBLE FOR TEMP CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO
18 MTHS
[redacted]
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUR | ELECTRONICALLY SIGNED BY:<br>ADAM MARTINEZ<br>ACTING CHIEF HUMAN CAPITAL OFFICER |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| [redacted] | [redacted] | 02-13-2025 | |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

**1 - Employee Copy - Keep for Future Reference**

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

**The Action**
- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**
- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your Interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It servers as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purposes.

**Block 24 - Tenure**
- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference for RIF**
- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**
- FICA           -Social Security System
- CS             -Civil Service Retirement System
- CS-Spec        -Civil Service Retirement System for law enforcement and firefighter personnel
- FS             -Foreign Service Retirement and Disability System
- FERS           -Federal Employees' Retirement System
- FERS Reserve Tech    -Federal Employees' Retirement System for National Guard Reserve Technicians
- FERS ATC       -Federal Employees' Retirement System for Air Traffic Controllers
- FERS Spec      -Federal Employees' Retirement System for law enforcement and firefighter personnel
- FSPS           -Foreign Service Pension System

**Block 31 - Service Computation Date (Leave)**
- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period
- Your earnings and leave statement or your time and attendance card will show the rate at which you earn leave and your current unused leave balance.

**Block 32 - Work Schedule**
- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
- Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
- Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
- On-call employees work during periods of heavy workload and are in pay status for a t least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**
- Indicates the number of hours a part-time employees is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**
- Identifies the employment system under which you are serving - the Competitive Service, the Excepted service, or the Senior Executive Service (SES).
- The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you leave Federal service.

**Block 35 - FLSA Category**
- Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

**Block 37 - Bargaining Unit Status**
- Identifies a bargaining unit to which you belong; whether or not you are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Blocks 38 and 39 - Duty Station**
- Identifies the city, county and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 02/18/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | TERMINATION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| A3M | CS RULE V |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
[redacted]

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | [redacted] | [redacted] | [redacted] | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | .00 |

**14. Name and Location of Position's Organization**
FEDERAL EMERGENCY MGMT AGENCY
[redacted]
[redacted]

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | .00 | .00 |

**22. Name and Location of Position's Organization**
1B
HS CB6103000502030000    PP 03 2025

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 6 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 2 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC | 9 NOT APPLICABLE | 0 NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF FERS (FRAE) | [redacted] | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | | 1059 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**
[redacted]
SEPARATED BY ORDER OF OFFICE OF PERSONNEL MANAGEMENT DATED            FOR
2/17/2025 VIOLATION OF CS V
NOT ENTITLED TO SEVERANCE PAY.
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
SF-2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS
DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NON-
GROUP CONTRACT).
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE
ELIGIBLE TO CONVERT TO INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE
ALSO ELIGIBLE FOR TEMP CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO
18 MTHS

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| [redacted] | [redacted] | 02/18/2025 | JULIE WOZNIAK<br>DIRECTOR, TITLE V STAFFING DIVISION |

5-Part 50-316    2 - OPF Copy - Long-Term Record - DO NOT DESTROY    Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 02/13/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 385 | TERMINATION DURING PROB / TRIAL PERIOD |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| L2M | REG 315.804. |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
[redacted]

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | |

14. Name and Location of Position's Organization
OPM
[redacted]

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

22. Name and Location of Position's Organization

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30% | 2 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | TG | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS FRAE AND FICA (FULL) | [redacted] | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N — E-Exempt, N-Nonexempt | 05MA0 | 2286 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DISTRICT OF COLUMBIA  DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| [redacted] | | 0000 | 33.94 | HIGH RISK (HR). |

45. Remarks
SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO 18 MONTHS.
[redacted]
NOT ENTITLED TO SEVERANCE PAY.
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY: |
| 47. Agency Code  48. Personnel Office ID  49. Approval Date | CARMEN GARCIA-WHITESIDE |
| [redacted]  [redacted]  02/21/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5-Part 50-316    2 - OPF Copy - Long-Term Record - DO NOT DESTROY    Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 02/14/2025 |

## FIRST ACTION

| 5–A. Code | 5–B. Nature of Action |
|---|---|
| 357 | TERMINATION |

| 5–C. Code | 5–D. Legal Authority |
|---|---|
| ZLM | 5 CFR PART 315 |

| 5–E. Code | 5–F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| | |

| 6–C. Code | 6–D. Legal Authority |
|---|---|
| | |

| 6–E. Code | 6–F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number: [redacted]

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

15. TO: Position Title and Number:

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization: [redacted]

22. Name and Location of Position's Organization:

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1–None) | 2 (1–Permanent) | | YES / X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC ONLY | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KR FERS-RAE & FICA | [redacted] | F FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 (Competitive Service) | E Exempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. EDUC LVL 17 | 43. SUPV STAT 8 | 44. POSITION SENSITIVITY MODERATE RISK |
|---|---|---|---|---|
| [redacted] | [redacted] | | | |

45. Remarks
FORWARDING ADDRESS: [redacted]
SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).
LUMP–SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON(S) FOR TERMINATION: PER OPM 01/20/25
SICK LEAVE WILL BE RECREDITED TO AN EMPLOYEE'S ACCOUNT IF REEMPLOYED FOLLOWING A BREAK IN SERVICE.
SF-8 (NOTICE TO FEDERAL EMPLOYEE ABOUT UNEMPLOYMENT INSURANCE) ISSUED.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - INDIAN AFFAIRS | 250711879 / ELECTRONICALLY SIGNED BY: |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | RHONDA HOGSTAD |
| [redacted] | [redacted] | 02/25/2025 | HR SPECIALIST |

5–Part 50–316                       2 - OPF Copy - Long-Term Record - DO NOT DESTROY                       Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] | 03/07/2025 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 385 | TERMINATION DURING PROB / TRIAL PERIOD |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| L2M | REG 315.804. |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
[REDACTED]

15. TO: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] | | [REDACTED] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] | $0 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

14. Name and Location of Position's Organization

PUBLIC BUILDINGS SERVICE
[REDACTED]

22. Name and Location of Position's Organization

## EMPLOYEE DATA

23. Veterans Preference
   1 - None      3 - 10-Point/Disability      5 - 10-Point/Other
   2 - 5-Point   4 - 10-Point/Compensable    6 - 10-Point/Compensable/30%
   **1**

24. Tenure
   0 - None      2 - Conditional
   1 - Permanent 3 - Indefinite
   **2**

25. Agency Use
   **JC**

26. Veterans Pref for RIF
   YES [ ]  NO [X]

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| E1 BASIC + OPTION C (1X) | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF FERS FRAE AND FICA (FULL) | [REDACTED] | F FULL TIME | |

## POSITION DATA

34. Position Occupied
   1 - Competitive Service   3 - SES General
   2 - Excepted Service      4 - SES Career
   **1**

35. FLSA Category
   E - Exempt
   N - Nonexempt
   **E**

36. Appropriation Code
   192.P1121202.60.11.000..

37. Bargaining Unit Status
   1217

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| [REDACTED] | | 0000 | 33.94 | MODERATE RISK (MR). |

45. Remarks

SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).

HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO 18 MONTHS.

[REDACTED]

NOT ENTITLED TO SEVERANCE PAY.

LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

OPF RETAINED BY WWW.ARCHIVES.GOV

REASON(S) FOR TERMINATION: PER THE OFFICE OF PERSONNEL MANAGEMENT (OPM), GUIDANCE ON PROBATIONARY PERIODS, ADMINISTRATIVE LEAVE AND DETAILS, JANUARY 20, 2025.

SF-8 ISSUED TO EMPLOYEE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| PUBLIC BUILDINGS SERVICE | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| [REDACTED] | [REDACTED] | 03/07/2025 |

JOSETTE I. COLYNE
SUPERVISORY HUMAN RESOURCES SPECIALIST

5-Part     2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6322

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

### The Action
- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

### Pay
- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

### Block 24 - Tenure
- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

### Block 26 - Veterans Preference to RIF
- Indicates whether you have preference for reduction-in-force purposes.

### Block 30 - Retirement Plan
- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

### Block 31 - Service computation Date (Leave)
- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

### Block 32 - Work Schedule
- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
- Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
- Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
- On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

### Block 33 - Part-time Hours Per Biweekly Pay Period
Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

### Block 34 - Position Occupied
Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

### Block 35 - FLSA Category
Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

### Block 37 - Bargaining Unit Status
Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

### Block 38 and 39 - Duty Station
Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**