# Exhibit I

| | |
|---|---|
| **From:** | ███████████ on behalf of CPC eOPF |
| **To:** | ███████████ |
| **Subject:** | Important: Separation Packet Regarding Your Departure from GSA |
| **Date:** | Thursday, March 13, 2025 7:01:28 PM |
| **Attachments:** | ███████████ |

Dear ███████████,

Please find attached a separation packet outlining details regarding your departure from General Services Administration, effective 03/07/2025. This packet includes information about your benefits continuation, and necessary paperwork to complete the separation process.

If you have any questions regarding the information provided, please contact the designated email address as stated in the separation letter. A separate email will follow with the password to open the attachment.

Please do not reply to this email. For any further correspondence, please direct your inquiries to rif@gsa.gov.

Best regards,
General Services Administration
Processing and Personnel Records Center

GSA eOPF/OPF Team
Processing and Personnel Management Center (PPRM)
2300 Main Street 2NW
Kansas City, Missouri 64108