# Exhibit J

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Case No.: 1:25-cv-00748-JKB |

### DECLARATION OF ███████

I, ███████ swear under penalty of perjury,

1. My name is ███████ and I am an adult resident of ███████ Minnesota.

2. I was a ███████ a team in the Center for Leadership Development within the Human Resources Solutions subagency at the Office of Personnel Management (OPM). My start date was September 9, 2024., and my duty station was ███████ Minnesota.

3. OPM classified me as a probationary employee. My probationary period was one year, or until approximately September 9, 2025.

4. I was hired to join the ███████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

████████████████████████████

████████████████████████████

5. On February 13, 2025, I was terminated along with eight other probation colleagues ████████ and nearly 100 employees across OPM. We were first informed of our termination via a Microsoft Teams video broadcast where an unnamed individual informed us that we would be receiving a termination notice via email shortly, and it would include the reason for termination. Shortly after the video call ended, I received a letter via email informing me of my termination and the reason. A true and correct copy of the letter is attached to this declaration as Exhibit 1. The letter stated that "The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest. For this reason, the Agency informs you that effective at the **close of business today (February 13, 2025)**, you are being terminated from your position with the Agency and the federal civil service during your probationary period."

6. My supervisor and leadership within the ████ were never informed that we were being terminated; our supervisors only found out from me and my fellow terminated colleagues directly when we messaged them via our team's Slack during the short window we had before being locked out. In fact, on the morning of my termination, the leadership team assigned me to new project work, which I do not believe they would have done if I was being let go for poor performance.

7. I am now unemployed. I have applied for unemployment insurance benefits with the State of Minnesota. I have also lost my health benefits and have applied for medical assistance with Hennepin County to get medical coverage.

8.	Prior to my termination, I received a positive performance review from both my supervisor and the ▮▮▮▮ managing director on February 7, 2025, stating that I was performing at or above the Fully Successful level at that time (and had performed at or above Fully Successful for their entire time as an employee of OPM). The review also noted that neither my Rating Official nor my Reviewing Official had any evidence of poor/sub-standard performance by me, and thus neither my Rating Official nor my Reviewing Official provided any such evidence through any forum or channel at any time.

9.	Although I only served since September, I loved my job and was honored to be a civil servant. I took a 25% pay cut from my last job for this role but was willing to do so in order to serve my country. In addition to mourning the loss of opportunities to serve the American public, I am devastated by the impact that this will have on my career path and earning potential in the long run; I am currently seeking employment for positions that are mostly another pay cut from my Federal government salary.

Dated: 3-17-25					Signed: ▮▮▮▮

# Exhibit 1

| | |
|---|---|
| MEMORANDUM FOR: | ▮ |
| FROM: | CHARLES EZELL<br>Acting Director<br>Office of Personnel Management |
| DATE: | February 13, 2025 |
| SUBECT: | Termination During Probationary Period |
| REFERENCES: | 5 U.S.C. § 7511<br>5 C.F.R. §§ 315.803 and 315.804 |

On September 09, 2024, you were hired on a competitive service appointment as ▮ ▮ at the U.S. Office of Personnel Management (OPM) with a one-year probationary period beginning September 09, 2024.

An appointment is not final until the probationary period is over, and the probationary period is part of the hiring process for employees.[37] A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service.[38] Until the probationary period has been completed, a probationer has the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual.[39]

The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest. For this reason, the Agency informs you that effective at the **close of business today (February 13, 2025)**, you are being terminated from your position with the Agency and the federal civil service during your probationary period.

If you believe your termination was based on your partisan political affiliation or marital status, you may appeal your termination with the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and must be submitted no later than

---

[37] OPM, *Practical Tips for Supervisors of Probationers*.
[38] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005).
[39] *Id.*

30 calendar days after the effective date of this termination, or 30 days after the date of your receipt of this decision, whichever is later. If you do not submit your appeal within this time limit, it will be dismissed as untimely filed unless a good reason for the delay is shown. An appeal form and copy of the MSPB's procedures and rules may be found at https://www.mspb.gov/appeals/forms.htm. The mailing address to which an appeal should be sent is:

Merit Systems Protection Board
Central Regional Office
230 South Dearborn Street, 31st Floor
Chicago, IL 60604-1669

Alternatively, an electronic appeal may be filed at https://e-appeal.mspb.gov/. See "How to File an Appeal" at http://www.mspb.gov/appeals/appeals.htm.

If you believe this termination is being taken in whole or in part because of discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, and/or reprisal for prior EEO activity, you may file a discrimination complaint with the OPM Center for Equal Employment Opportunity by contacting an EEO Counselor within forty-five (45) days of the effective date of your termination. This office can be reached at (202) 606-0359 or via email at EEO@opm.gov.

If you believe this action is in retaliation for your making protected whistleblowing disclosures, you may also seek corrective action from the U.S. Office of Special Counsel (OSC). If you do so, your appeal may be limited to whether the Agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures, and you will not be able to challenge the decision on other bases in that action. To seek corrective action from the OSC, you may submit your complaint online. More information on or about filing a complaint with the OSC may be found at https://osc.gov/Pages/File-Complaint.aspx. As an alternative, you may communicate in writing to the following address:

Complaints Examining Unit
U.S. Office of Special Counsel
1730 M Street, N.W., Suite 218
Washington, DC 20036-4505

Please note that you must return your Personal Identity Verification (PIV) badge and any other government issued equipment in your possession. Your organization will reach out with further information regarding your offboarding.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact OPMHumanResources@opm.gov.