UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Case No.: 1:25-cv-00748-JKB |

**DECLARATION OF** ▓▓▓▓▓▓▓▓▓▓

I, ▓▓▓▓▓▓▓▓, swear under penalty of perjury:

1. My name is ▓▓▓▓▓▓▓▓, and I am an adult resident of Bethesda, Maryland.

2. I began working for the Department of Defense (Defense) as a ▓▓▓▓▓▓ at the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ which is overseen by the Defense Health Agency, on February 10, 2025. My duty station was Bethesda, Maryland.

3. From the date of my hire, Defense classified me as a probationary employee. My probationary period was one year, or until approximately February 10, 2026.

4. On March 5, 2025, I received by email a notice signed by Stephen L. Ferrara that Defense was terminating my employment effective March 26, 2025. *See* Exhibit 1.

5. The notice cites guidance from the Office of Personnel Management (OPM), including that "OPM has instructed Agencies to consider whether an employee's performance is in the best interest of the government, in light of the President's directive to dramatically reduce the size of the federal workforce."

1

6. The March 5, 2025, termination notice I received also states, "Based on the OPM guidance referenced above, ▇ finds, based on your performance, that you have not demonstrated that your further employment with ▇ would be in the public interest. For this reason, ▇ informs you that ▇ is removing you from your position of ▇ with ▇ and the federal civil service effective March 26, 2025."

7. The March 5, 2025, termination notice from Stephen L. Ferrara was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

8. I know of at least one other probationary employee at ▇ who received this same letter signed by Stephen L. Ferrara. I believe, based on news reports and conversations with former colleagues, that Defense has terminated dozens of probationary employees since March 3, 2025.

9. Less than an hour after I received the March 5, 2025, termination notice, my supervisors, ▇ and ▇, met with me in my office. ▇ is the ▇, and ▇ at ▇ and my direct supervisor. ▇ and ▇ are my sole supervisors at ▇. Both ▇ and ▇ offered to draft letters of recommendation to support me in finding new employment.

10. ▇ sent her recommendation letter to me by email on March 6, 2025. *See* Exhibit 2. It states that ▇ offers her "strongest recommendation for ▇." ▇ writes, ▇ was only permitted to work for the ▇ for a few weeks before the Defense Health Agency decided to dismiss her from Federal service citing her status as a probationary employee. This classification solely indicates that ▇ was in her first year of service with our ▇ and in no way reflects the quality or impact of her performance.

2

Although DHA cited that ███████ did not 'demonstrate that [her] further employment with ███ would be in the public interest'; my experience as the ███████ was precisely counter to DHA's findings. ███████ consistently demonstrated initiative, a strong work ethic, and a commitment to excellence which would benefit our ████, ███████ and the Department of Defense. Her achievements are quite remarkable, particularly in light of her short time with the ███."

11.   Also on March 6, 2025, ██ emailed me a letter of recommendation. *See* Exhibit 3. ██ wrote, "My assessment is that ███████ demonstrated fully successful performance in all elements of the job. Neither I nor ███████ initiated the termination of ███████ employment. The decision to terminate ███████ employment was not based on any assessment conducted by myself nor by ███████."

12.   I am now on administrative leave and will be unemployed effective March 26, 2025. I am actively searching for new employment. If I am unable to find new employment, I will consider applying for unemployment insurance benefits with the Maryland government, if I am eligible.

13.   I can no longer afford to support the local economy in the same way. I have cut my spending to the bare minimum. For example, I can no longer afford to dine at restaurants or to shop at local businesses.

14.   I pay income taxes to the government of Maryland. Each pay period, Defense withheld and paid income taxes from my paycheck to the Maryland government.

15.   Before I was terminated, my job duties as a ███████ included ███████ ███████████████████████████████████████████████████████████████ ███████████████████.

3

16. I was a ███, step █, and earned a salary of approximately $███ per year.

17. I had not yet received formal performance evaluations during my tenure as a ███. However, both of my supervisors consistently gave me positive, informal feedback about my performance.

Dated: <u>March 18, 2025</u>    Signed: ███

*A copy of the signature page bearing an original signature is attached hereto.

16. I was a ▇ step ▇, and earned a salary of approximately ▇ per year.

17. I had not yet received formal performance evaluations during my tenure as a ▇ However, both of my supervisors consistently gave me positive, informal feedback about my performance.

Dated: 03/18/25

Signed ▇

*A copy of the signature page bearing an original signature is attached hereto.

4

# EXHIBIT 1



THE ASSISTANT SECRETARY OF DEFENSE

1200 DEFENSE PENTAGON
WASHINGTON, DC 20301-1200

**HEALTH AFFAIRS**

MAR 0 5 2025

MEMORANDUM FOR ▮▮▮▮▮

FROM: STEPHEN L. FERRARA, ACTING ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS

SUBJECT: Notification of Termination During Probationary Period

REFERENCES:  5 U.S.C. § 7511
5 U.S.C. § 3321(a)
5 C.F.R. §§ 315.803 and 804
5 C.F.R. § 316.304

This is to provide notification that the ▮▮▮▮▮ s removing you from your position of ▮▮▮ and federal service during your probationary/trial period consistent with the above references.

On February 10, 2025, ▮ appointed you to the position of ▮▮▮ As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. ▮ also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3] Furthermore, OPM has emphasized that individual employee performance measurement should be aligned with and support organizational goals and focus employee efforts on achieving organizational and group goals. In addition, OPM has instructed Agencies to consider whether an employee's performance is in the best interest of the government, in light of the President's directive to dramatically reduce the size of the federal workforce.

Based on the OPM guidance referenced above, ▮▮▮ finds, based on your performance, that you have not demonstrated that your further employment with ▮▮▮ would be in the public

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.
[2] See U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[3] *Id.*

interest. For this reason, ███ informs you that ███ is removing you from your position of ███ with ███ and the federal civil service effective March 26, 2025.

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this notice or 30 days after the date of your receipt of this notice, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office at (202) 653-7200.

We appreciate your service to the ███ and wish you the greatest of success in your future endeavors. If you have any questions, please contact ███

Stephen L. Ferrara, M.D.
Acting

# EXHIBIT 2

6 March, 2025

To Whom It May Concern,

I offer my strongest recommendation for ▮▮▮▮▮ for a position in your organization based on her exceptional performance and contributions during her time at ▮▮▮▮▮ ▮▮▮▮▮ at the ▮▮▮▮▮ from Feb 10, 2025 - March 5, 2025.

▮▮▮▮▮ was only permitted to work for the ▮▮ for a few weeks before the Defense Health Agency decided to dismiss her from Federal service citing her status as a probationary employee. This classification solely indicates that ▮▮▮▮▮ was in her first year of service with our ▮▮ and in no way reflects the quality or impact of her performance. Although DHA cited that ▮▮▮▮▮ did not "demonstrate that [her] further employment with ▮▮ would be in the public interest"; my experience as the ▮▮▮▮▮ was precisely counter to DHA's findings. ▮▮▮▮▮ consistently demonstrated initiative, a strong work ethic, and a commitment to excellence which would benefit our ▮▮▮▮▮, and the Department of Defense. Her achievements are quite remarkable, particularly in light of her short time with the ▮▮. In the little time she was permitted to support the ▮▮, ▮▮▮▮▮:

- ▮▮▮▮▮
- ▮▮▮▮▮
- ▮▮▮▮▮

███████████████████████████████████████
█████████████ ███████████████████████████████████
█ ███████████████████████████████████████████
███████████████████████████████████████
███████████████

These accomplishments demonstrate ███████ dedication to improving ████████, supporting military personnel, and contributing to national defense. Her ability to learn quickly, take initiative, and work independently make her a valuable asset to any organization.

I am confident that ███████ will continue to excel in her future endeavors. Please do not hesitate to contact me if you have any further questions.

Sincerely,

███████████

███████████
██
█████████████
███████████████
██████████████
█████
██████████

# EXHIBIT 3

March 6, 2025

To Whom It May Concern,

███████ held the position of ███████ at the ███████████████████ at the ██████████████████████████████ from February 10, 2025 to March 26, 2025. This is a federal civilian position in the competitive service in the ████████████████████████████████████.

I served as ██████████ direct supervisor. My supervisor is ██████████, the ████. My assessment is that ██████ demonstrated fully successful performance in all elements of the job. Neither I nor ██████ initiated the termination of ██████ employment. The decision to terminate ██████ employment was not based on any assessment conducted by myself nor by ██████.

As a new member of our team, ██████ quickly demonstrated an eagerness to take on challenging projects and to learn new software and processes. She was poised to make important contributions to the ████ and, by extension, ████████████████████████████████.



Should this ▇▇▇▇ position become available again in the future, I highly recommend ▇▇▇▇ reinstatement to the position. I also highly recommend ▇▇▇▇ for employment in any other entry level professional ▇▇▇▇ position. Prospective employers would do well to consider ▇▇▇▇ for her strong job performance, technical acumen, and dedication to her work.

If you have any questions, please feel free to contact me ▇▇▇▇ ▇▇▇▇

Sincerely,