# Exhibit M



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

MAR - 3 2025

PERSONNEL AND
READINESS

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
           COMMANDERS OF THE COMBATANT COMMANDS
           DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Independent Department of Defense Determination to Terminate Probationary Employees

    Consistent with Executive Order 13217, "Commencing the Reduction of the Federal Bureaucracy," February 19, 2025; Executive Order 14210, "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative," February 11, 2025; and the Secretary of Defense's clear direction to streamline operations and prioritize critical missions in order to re-direct scarce and limited resources towards enhancing the lethality and war fighting capacity of the Department of Defense, the Department is taking independent steps to reduce the size of the civilian workforce.

    Pursuant to my statutory duties and authorities regarding total force management and civilian personnel requirements of the Department of Defense established in 10 U.S.C. § 136 and Department of Defense Directive 5124.02, "Under Secretary of Defense for Personnel and Readiness (USD(P&R))," June 23, 2008, as amended, I determined it necessary to reduce the size of the Department's civilian workforce. In conjunction with Secretary of Defense Memorandum, "Immediate Civilian Hiring Freeze for Alignment with National Defense Priorities," February 28, 2025, this action is part of the Department's broader effort to appropriately align its personnel resources with its critical war-fighting functions. The first step in doing this will be terminating those probationary employees whose continued employment at the Department would not be in the public interest. These terminations will commence on Monday, March 3, 2025.

    The Department will continue taking steps to implement President Trump's direction to restore accountability to the American public, reduce the size of the Federal Government's workforce through efficiency improvements and attrition, and faithfully and responsibly manage taxpayer dollars.

                       Darin S. Selnick
                       Performing the Duties of the Under Secretary of
                       Defense for Personnel and Readiness