Exhibit P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv- |

**DECLARATION OF** ▮

I, ▮, swear under penalty of perjury,

1. My name is ▮ and I am an adult resident of Washington, D.C.

2. I began working for the U.S. Department of Agriculture ("USDA"), in the U.S. Forest Service, under ▮, as a ▮ ▮ on approximately January 12, 2025. My duty station was Washington, D.C.

3. From the date of my hire, the Forest Service classified me as a probationary employee. My probationary period was one year, or until approximately January 11, 2026.

4. On February 14, 2025, I received by email a notice signed by ▮, ▮ ▮, that the Forest Service was terminating my employment, effective immediately. The letter stated, "The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest." *See* Exhibit 1. The notice did not identify any issue with my

1

performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5. I was not aware of my termination prior to February 14. If I had more warning, I would have had more time to look for a new position.

6. I am now unemployed. I plan to apply for unemployment insurance benefits with the D.C. government as soon as I am eligible.

7. Unfortunately, I can no longer afford to support the local economy in the same way. For example, I canceled my contract with my personal trainer and will need reduce my expenses significantly. If I do not find a new job in the next few months, I will need to relocate out of the District.

8. Prior to my termination, my job duties as a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9. I was a ▇▇▇▇▇▇ ▇▇▇▇▇▇ and earned a salary of approximately ▇▇▇▇▇▇ per year.

10. As a resident of the District of Columbia, I pay income taxes to the District. Each pay period, USDA withheld and paid income taxes from my paycheck to the District government.

11. In the five weeks I worked at the Forest Service, no supervisor had raised any issue with my performance or conduct. In fact, I received positive verbal feedback from my supervisor on multiple occasions and my supervisor even assigned me job duties above my job title by making me the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Prior to my federal service, I had worked with many

2

of my current colleagues, including my supervisor, ▇▇▇▇▇▇▇▇, as a contract employee, and the feedback I received about my job performance was always outstanding.

Dated: <u>March 5, 2025</u>    Signed: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

*A copy of the signature page bearing an original signature is attached hereto.

of my current colleagues, including my supervisor, ███████████, as a contract employee, and the feedback I received about my job performance was always outstanding.

Dated: 3/5/2025

Signed: ███████████

*A copy of the signature page bearing an original signature is attached hereto.

# Exhibit 1



February 13, 2025

| | |
|---|---|
| MEMORANDUM FOR: | ███████████, ████████, GS-0301-14 |
| FROM: | ██████████<br>Director, Human Resource Management |
| SUBJECT: | Notification of Termination During Probationary Period |
| REFERENCES: | 5 U.S.C. § 7511<br>5 U.S.C. § 3321(a)<br>5 U.S.C. §2102<br>5 CFR §212.101<br>5 C.F.R. §§ 315.803, 315.804, and 315.806<br>Departmental Regulation 4020-250-1 |

This is to provide notification that the Agency is removing you from your position of ████████████ and federal service consistent with the above references.

On 1/12/2025, the Agency appointed you to the position of ████████████ as documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest. For this reason, the Agency informs you that the Agency is removing you from your position of ████████████ with the Agency and the federal civil service effective immediately.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.

[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)

[3] *Id.*

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any off-boarding questions, please contact your Supervisor; or Human Resources Management Contact Center at 877-372-7248, Opt. 2 for questions regarding your benefits. For any other questions, please contact sm.fs.hrm_elr@usda.gov.

