# Exhibit Q

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,<br><br>Defendants. | Case No.: 1:25-cv-00748-JKB |

### DECLARATION OF ███

I, ███, swear under penalty of perjury,

1. My name is ███ and I am an adult resident of ███ MD.

2. I began working for the Department of Commerce ("Commerce") as a ███ ███ ███ on approximately November 8, 2024. My duty station was Silver Spring, MD.

3. From the date of my hire, Commerce classified me as a probationary employee. My probationary period was one year, or until approximately November 7, 2025.

4. On February 27, 2025, around 4:00pm, I received an email containing a Notice of Termination, effective at 5:00pm that same day. The notice stated that in light of OPM's guidance regarding probationary employees, Commerce stated that it was terminating me. Specifically, it found that I "was not fit for continued employment because [my] ability, knowledge and/or skills do not fit the Agency's current needs." Exhibit 1. The email did not

identify any issue with my performance or conduct, nor did it identify any conditions arising before my appointment to justify my termination.

5. The February 27, 2025 termination notice was the first I had learned of my termination. If I had more warning, I would have started looking for a new position immediately.

6. On March 17, 2025, I received a notice of reinstatement from Commerce.

7. During the period between February 27, 2025 and March 17, 2025, I was unemployed. I applied for unemployment insurance benefits with the state of Maryland. While I had not received the benefits, I submitted the weekly information required to show eligibility. Because my household suddenly lost 80% of its income, my family had to get food from a community food pantry, and I was planning on applying for WIC benefits. We could not spend any money beyond the barest essentials, and I did not know how I was going to make rent.

8. As a resident of Maryland, I pay income taxes to the state of Maryland. Each pay period, Commerce withheld and paid income taxes from my paycheck to the Maryland government.

9. I was a ███ equivalent and earned a salary of approximately ███ per year.

10. Before I was terminated, my job duties as a ███ were to manage

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

11.     In the few months I worked at Commerce, I did not receive a formal performance evaluation but my supervisor gave me written positive feedback regarding my job performance. At no point did anyone raise issues with my job performance.

Dated: 3/20/2025                                        Signed: ███████

# Exhibit 1



# Fwd: Notification of Termination During Probationary Period

To:  Thu, Feb 27, 2025 at 3:57 PM

Sent from my iPhone

Begin forwarded message:

> **From:**
> **Date:** February 27, 2025 at 3:50:56 PM EST
> **To:**
> **Subject: Notification of Termination During Probationary Period**
>
> February 27, 2025
>
> MEMORANDUM FOR
> Federal Employee,
> FROM:
>
> SUBJECT: Notification of Termination During Probationary Period
> REFERENCES: 5 U.S.C. § 3321(a)
> DAO 202-315
>
> This is to provide notification that I am terminating you from the position of
> and federal service consistent with the above references.
>
> On November 18, 2024, the agency appointed you to the

position of █████████████████. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to the completion of a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees." (1) "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service" (2) "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual." (3)

OPM has advised that "[p]robationary periods are an essential tool for agencies to assess employee performance and manage staffing levels." (4) In light of that guidance, the Agency finds that you are not fit for continued employment because your ability, knowledge and/or skills do not fit the Agency's current needs.

For these reasons, I am terminating you from the position █ █████████████████ with the agency and the federal civil service effective February 27, 2025 at 5 p.m. EST.

If you believe this action is the result of discrimination based on partisan political reasons or marital status, you have the right to file an appeal with the Merit Systems Protection Board (MSPB) under 5 C.F.R. § 315.806. You must file an appeal within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB

regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements
of the appeal, respectively. For more information, please visit www.mspb.gov or contact
your local MSPB regional or field office at:  https://www.mspb.gov/about/contact.htm

If you believe that your termination is the result of discrimination, you have the
right to file a complaint pursuant to 29 C.F.R. Part 1614.  Any allegation of discrimination
based on race, color, religion, sex, national origin, physical or mental disability, and/or age,
must be brought to the attention of an Agency Equal Employment Opportunity (EEO)
Counselor within forty-five (45) days of the effective date of this action.  https://www.noaa.gov/civil-rights/eeo-counseling-complaints

If you elect to seek corrective action by the Office of Special Counsel's (OSC)
Complaints Examining Unit, your appeal will be limited to a determination as to whether
the Agency took one or more covered personnel actions against you in retaliation for
making one or more protected whistleblowing disclosures, which constitutes a prohibited
personnel practice in accordance with 5 U.S.C. § 2302(b). If OSC dismisses your claim,
you may file an individual right of action appeal to the MSPB, but the MSPB will only
adjudicate whether you proved that your protected disclosure was a contributing factor in
the effected action. For more information, you may visit the OSC's website at:
https://osc.gov/pages/file-complaint.aspx

If you have any questions regarding this notice, please contact ▮▮▮▮ at ▮▮▮▮

(1) OPM, Practical Tips for Supervisors of Probationers.
(2) See U.S. Merit Systems Protection Board Report to the President and Congress, The Probationary Period: A Critical Assessment Opportunity (August 2005)
(3) Id.
(4) OPM, Guidance on Probationary Periods, Administrative Leave and Details