IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| State of Maryland, et al., | * |
| Plaintiffs, | * |
| v. | * |
| United States Department of Agriculture, et al., | *   Case No. 1:25-cv-00748-JKB |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Hayleigh S. Crawford, attorney with the Arizona Attorney General's Office, appears in this matter as counsel of record for Plaintiff State of Arizona. Please send all correspondence and notifications to the following address and contact information:

Hayleigh S. Crawford (Arizona Bar No. 032326)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

//
//
//
//

RESPECTFULLY SUBMITTED this 21st day of March, 2025.

**KRISTIN K. MAYES**
*Attorney General*
*State of Arizona*

*/s/ Hayleigh S. Crawford*
Hayleigh S. Crawford*
Deputy Solicitor General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

*Attorneys for Plaintiff the State of Arizona*

*\* Admitted pro hac vice*