IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MARYLAND, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No. 1:25-cv-00748-JKB |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiffs States hereby move to extend the Temporary Restraining Order (TRO) entered by this Court on March 13, 2025, ECF No. 44, until April 10, 2025, to permit consideration and decision on Plaintiffs' Motion for a Stay and Preliminary Injunction. ECF No. 78. To the extent this Court rules prior to April 10, Plaintiffs understand that the TRO would dissolve upon resolution of the stay and preliminary injunction motion.

As explained below, there is good cause for this motion. Yesterday, March 20, Plaintiffs filed their Motion for a Stay and Preliminary Injunction. ECF No. 78. However, without an extension, the TRO will expire on March 27. *See* ECF No. 44 (docket entry). An extension of time, of no longer than 14 days, will ensure that the status quo is preserved while the Court considers and prepares a ruling on Plaintiffs' forthcoming motion for a stay and preliminary injunction.

## ARGUMENT

Federal Rule of Civil Procedure 65(b)(2) provides that a temporary restraining order expires after 14 days, unless the adverse party consents to an extension, or if the court, "for good cause, extends it for a like period[.]"  In other words, courts may properly extend a TRO for an additional 14 days upon a finding of good cause, so long as the "reasons for an extension" are "entered in the record."  Fed. R. Civ. Pro. 65(b)(2); *see also Dellinger v. Bessent*, No. CV 25-0385 (ABJ), 2025 WL 615122, at *2 (D.D.C. Feb. 26, 2025) (explaining that TROs may be entered for "the standard fourteen days followed by a fourteen-day extension").

Courts have found good cause for an extension where more time is needed to fully "consider the parties' arguments and motions or 'where the moving party need[s] additional time to prepare and present its preliminary injunction" motion.  *See Costa v. Bazron*, No. CV 19-3185 (RDM), 2020 WL 2410502, at *2 (D.D.C. May 11, 2020) (quoting *SEC v. Arisebank*, No. 18-cv-186, 2018 WL 10419828 at *1 (N.D. Tex. Mar. 9, 2018)).  Indeed, courts in this circuit regularly find good cause to extend a TRO to enable a decision on a motion for preliminary injunction.  *See, e.g., CHGYM LLC v. Unify Athletics, LLC*, No. 1:21CV911, 2022 WL 112208, at *1 (M.D.N.C. Jan. 12, 2022) (noting that the court "extended the TRO for seven days to allow for the preparation of a written memorandum . . . in support of a preliminary injunction"); *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Sivel*, No. CIV. A. MJG-99-185, 1999 WL 35799640, at *1 (D.

Md. Feb. 4, 1999) (explaining that "the Court extended the TRO until decision is rendered on the request for preliminary injunction").

There is similarly good cause to extend the TRO here. As set forth in the Notice filed March 21, 2025, Plaintiffs filed their Motion for a Stay and Preliminary Injunction on March 20, and Defendants will respond no later than March 24, prior to the potential hearing set for March 26, 2025. Because the TRO will expire the next day, March 27 at 8:00pm, Plaintiffs request that the Court extend the TRO until such time that it rules on Plaintiffs' motion for a stay and preliminary injunction, for a period no longer than 14 days, or until April 10, 2025.

Otherwise, if the TRO expires during the Court's consideration of Plaintiffs' Motion, Defendant agencies will likely re-terminate tens of thousands of probationary employees *en masse*, exacerbating the irreparable harms to the States that justified the entry of the TRO. *See* ECF No. 43 at 13-19, 41-42. Such terminations, which this Court found were likely unlawful, *id.* at 40, should not be repeated while preliminary relief is considered. An extension of the TRO will appropriately preserve the status quo during the pendency of Plaintiffs' motion.

For all these reasons, Plaintiff States respectfully request that the Court extend the duration of the TRO until such time that it rules on Plaintiffs' Motion for a Stay and Preliminary injunction, for a period no longer than 14 days, i.e., April 10, 2025.

Respectfully submitted,

| | |
|---|---|
| **ANTHONY G. BROWN** | **KEITH ELLISON** |
| *Attorney General* | *Attorney General* |
| *State of Maryland* | *State of Minnesota* |

*/s/ Virginia A. Williamson*
James D. Handley, Bar No. 20299
Virginia A. Williamson, Bar. No. 31472
Assistant Attorneys General

200 St. Paul Place
Baltimore, MD 21202
Phone: 410-576-6584
vwilliamson@oag.state.md.us

*/s/ Liz Kramer*
Liz Kramer†
Solicitor General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
Phone: 651-757-1059
Fax: 651-282-5832
liz.kramer@ag.state.mn.us

**BRIAN SCHWALB**
*Attorney General*
*District of Columbia*

Emma Simson
Senior Counsel to the Attorney General

*/s/ Ryan Wilson*
Ryan Wilson**
Senior Counsel

Hannah Cole-Chu, Bar No. 20747
Anne Deng*
Pamela Disney**
Tessa Gellerson, Bar No. 21271
Charles Sinks, Bar No. 21185
Cara Spencer, Bar No. 20171
Assistant Attorneys General

Office of the Attorney General for
the District of Columbia
400 6th Street N.W., 10th Floor
Washington, D.C. 20001
(202) 230-2342
Ryan.Wilson@dc.gov

**KRISTIN K. MAYES**
*Attorney General*
*State of Arizona*

*/s/ Hayleigh S. Crawford*
Hayleigh S. Crawford†
Deputy Solicitor General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
ACL@azag.gov

**ROB BONTA**
*Attorney General*
*State of California*

/s/ *Satoshi Yanai*
Satoshi Yanai†
Senior Assistant Attorney General

Demian Camacho†
Miranda Maison†
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: 213-269-6400
satoshi.yanai@doj.ca.gov

**WILLIAM TONG**
*Attorney General*
*State of Connecticut*

/s/ *Michael Skold*
Michael Skold†
Solicitor General
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808 5020
michael.skold@ct.gov

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
Director of Impact Litigation

Vanessa L. Kassab*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

**ANNE E. LOPEZ**
*Attorney General*
*State of Hawai'i*

/s/ *Kaliko'onālani D. Fernandes*
David D. Day†
Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes†
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

**KWAME RAOUL**
*Attorney General*
*State of Illinois*

*/s/ Gretchen Helfrich*
Gretchen Helfrich†
Deputy Chief
Special Litigation Bureau
Office of the Illinois Attorney General
115 South LaSalle Street, 35th Floor
Chicago, IL  60603
Tel. (312) 814-3000
Gretchen.helfrich@ilag.gov

**DANA NESSEL**
*Attorney General*
*State of Michigan*

*/s/ Bryan Davis, Jr.*
Bryan Davis, Jr.†
Debbie Taylor†
Assistant Attorneys General
Department of Attorney General
Labor Division
3030 W. Grand Blvd., Ste. 9-600
Detroit, MI 48202
davisb47@michigan.gov
taylord8@michigan.gov
(313) 456-2200

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Anjana Samant*
Anjana Samant*
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM  87504-1508
(505) 490-4060
asamant@nmdoj.gov

**ANDREA JOY CAMPBELL**
*Attorney General*
*Commonwealth of Massachusetts*

*/s/ Katherine Dirks*
Katherine Dirks†
Chief State Trial Counsel
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
617.963.2277
katherine.dirks@mass.gov

**MATTHEW J. PLATKIN**
*Attorney General*
*State of New Jersey*

*/s/ Nathaniel Ilan Levy*
Nathaniel Ilan Levy, Bar No. 21840
Deputy Solicitor General
25 Market Street
Trenton, NJ 08625
Phone: (862) 350-5800
nathaniel.levy@njoag.gov

**LETITIA JAMES**
*Attorney General*
*State of New York*

By: */s/ Rabia Muqaddam*
Rabia Muqaddam†
Special Counsel for Federal Initiatives
New York Office of the Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov

**DAN RAYFIELD**
*Attorney General*
*State of Oregon*

By: */s Deanna J. Chang*
Deanna J. Chang**
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Deanna.J.Chang@doj.oregon.gov

**CHARITY R. CLARK**
*Attorney General*
*State of Vermont*

*/s/ Jonathan T. Rose*
Jonathan T. Rose†
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

**PHIL WEISER**
Attorney General of Colorado

*/s/ David Moskowitz*
David Moskowitz†
Deputy Solicitor General
Office of the Colorado Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: */s/ Natalya A. Buckler*
Natalya A. Buckler (RI Bar No. 8415)*
Sarah W. Rice, Bar No. 29113
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2022
nbuckler@riag.ri.gov

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*/s/ Brian P. Keenan*
Brian P. Keenan*
Assistant Attorney General
State Bar #1056525
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
keenanbp@doj.state.wi.us

**AARON D. FORD**
*Attorney General of Nevada*

*/s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov


*\* Pro hac vice application forthcoming*
*\*\*Application for admission pending*
*† Admitted pro hac vice*

March 21, 2025                                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on this 21st day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

*/s/ Virginia Williamson*
Virginia Williamson