IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| STATE OF MARYLAND, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:25-cv-00748-JKB |
| | * | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED ORDER TO EXTEND TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Motion to Extend Temporary Restraining Order, it is this _____ day of _____, 2025, by the United States District Court for the District of Maryland,

HEREFORE, this Court finds that good cause exists to extend the Temporary Restraining Order entered by this Court on March 13, 2025, ECF No. 44,

THEREFORE, it is ORDERED that Plaintiffs' Motion to Extend Temporary Restraining Order is GRANTED, and it is further

ORDERED that the Temporary Restraining Order shall remain in effect during the pendency of Plaintiffs' Motion for a Stay and Preliminary Injunction, ECF No. 78, for a period of no longer than 14 days, until April 10, 2025, and it is further

ORDERED that the Temporary Restraining Order shall dissolve upon resolution of Plaintiffs' Motion for a Stay and Preliminary Injunction.

_____
Honorable James K. Bredar
United States District Judge