IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.　　　　　*

　　**Plaintiff,**

　　v.　　　　　　　　　　　　　　*　　　Case No. 1:25-cv-00748-JKB

U.S. Dep't of Agriculture et al.　　*

　　**Defendant.**　　　　　　　　*

**MOTION FOR ADMISSION PRO HAC VICE**

I, James D. Handley, am a member in good standing of the bar of this Court.  I am moving the admission of Brian P. Keenan to appear pro hac vice in this case as counsel for the State of Wisconsin.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Wisconsin, September 19, 2005 | U.S. Supreme Court, Oct. 3, 2017 |
| | Seventh Circuit, Aug. 10, 2007 |
| | Eighth Circuit, March 8, 2006 |
| | E.D. Wis., Nov. 10, 2006; W.D. Wis., March 11, 2009 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court zero time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT  *James D. Handley*
_____
Signature

James D. Handley, 20299
_____
Printed name and bar number

Maryland Office of the Attorney General
_____
Office name

200 Saint Paul Place, 20th Fl., Baltimore, MD 21202
_____
Address

410-576-6993
_____
Telephone number

410-576-6955
_____
Fax Number

JHandley@oag.state.md.us
_____
Email Address

PROPOSED ADMITTEE
/s/ Brian P. Keenan
(signed by James D. Handley with permission of Brian P. Keenan)
_____
Signature

Brian P. Keenan
_____
Printed name

Wisconsin Dep't of Justice
_____
Office name

P.O. Box 7857, Madison, WI 53707-7857
_____
Address

(608) 266-0020
_____
Telephone number

(608) 267-2223
_____
Fax Number

keenanbp@doj.state.wi.us
_____
Email Address