IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.        *

**Plaintiff,**

                                 *

v.                               Case No. 1:25-cv-748

U.S. Dep't of Agriculture, et al.  *

**Defendant.**                   *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **State of Minnesota**

I certify that I am admitted to practice in this Court.

March 21, 2025

Date

Liz Kramer
Digitally signed by Liz Kramer
Date: 2025.03.21 14:44:59 -05'00'

Signature

Elizabeth Kramer, MN 0325089

Printed name and bar number

445 Minnesota St., Ste. 600, St. Paul, MN 55101

Address

liz.kramer@ag.state.mn.us

Email address

651-757-1010

Telephone number

651-282-5832

Fax number