IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| STATE OF MARYLAND, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action 1:25-cv-00748-JKB |
| U.S. DEP'T OF AGRICULTURE, *et al.*, | | |
| Defendants. | | |

**NOTICE OF APPEARANCE**

      Steven M. Chasin, Trial Attorney, at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter. Mr. Chasin's contact information is as follows:

Steven M. Chasin
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: 202-305-0747
Email: steven.m.chasin2@usdoj.gov

1

Dated: March 21, 2025
                                           Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Steven M. Chasin*
Steven M. Chasin
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Email: steven.m.chasin2@usdoj.gov

*Attorneys for Defendants*