# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEP'T OF AGRICULTURE et al., <br><br> Defendants. | Case No. 1:25-cv-00748-JKB |

## DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO FILE UPDATED COMPLIANCE STATUS REPORT BY 24 HOURS

Defendants respectfully ask the Court to extend by 24 hours the deadline to file their required updated Compliance Status Report documenting Restrained Defendants' additional steps towards compliance with the Court's Temporary Restraining Order ("TRO"), as required by the Court's March 28, 2025 Order. ECF No. 72. Defendants presently do not request any other modification to the schedule set forth in that Order and the TRO, but rather ask only for modest scheduling relief extending the deadline for the updated Status Report from Monday, March 24, 2025 at 1 p.m. EDT to Tuesday, March 25, 2025 at 1 p.m. EDT. Good cause supports this request, as it will provide relief for coinciding deadlines.

On March 20, 2025, around 9 p.m. EDT, Plaintiffs filed a Motion for a Section 705 Stay and Preliminary Injunction (ECF No. 78) (hereinafter, "PI Motion"). Defendants' deadline to respond to the PI Motion is Monday, 4 p.m. EDT, under Local Rule 105.2(b) (where the TRO provided that any hearing on a motion for a Preliminary Injunction will occur on Wednesday, March 26, 2025, at 9:30 a.m. EDT). ECF No. 44, ¶ 7. Presently, that same Monday afternoon, Defendants are required to file an updated Compliance Status Report by 1 p.m. ECF No. 72, ¶ 2

(requiring that Restrained Defendants file an updated Status Report by Monday, March 24, 2025 at 1 p.m. EDT, apprising the Court of their additional steps toward compliance with the TRO). Defendants seek to move the updated Compliance Status Report deadline back by 24 hours, to Tuesday, 1 p.m. EDT, which would permit Defendants' counsel to focus all reasonable efforts on preparing their opposition to Plaintiffs' PI Motion, and then shift focus to finalizing their updated Compliance Status Report.

The Court's March 18 Order observed that Defendants' first Compliance Status Report (ECF No. 52), which included 18 separate declarations from Restrained Defendants, reflects that they have made meaningful progress toward compliance. ECF No. 72, ¶ 1. The Order therefore required an updated Compliance Status Report apprising the Court of additional steps toward compliance, and directed that the updated Status Report shall contain updated declarations, from the appropriate personnel from each Restrained Defendant, addressing the reinstatement of Affected Probationary Employees.

Since the March 18 Order, undersigned counsel have worked diligently with Restrained Defendants to update the Compliance Status Report, with the required updated declarations. Undersigned counsel will continue those efforts unabated, while in the meantime, focusing (through Saturday and Sunday, March 22 and 23) on preparing a response to the PI Motion.

Thus, this requested brief extension would enable Defendants' counsel to obtain updated declarations and ensure that those declarations continue to include accurate, comprehensive, up-to-date information—while also enabling Defendants' counsel to attend to their Monday 4:00 p.m. deadline to respond to the PI Motion. The extension also should allow time for the Court to review the updated Compliance Status Report, once filed, in advance of any hearing on the PI Motion. *See* ECF No. 44. ¶ 7.

Undersigned counsel conferred with counsel for the State of Maryland, who provided their consent to this requested extension.

        Respectfully submitted,

        YAAKOV ROTH
        Acting Assistant Attorney General
        Civil Division

        ERIC J. HAMILTON
        Deputy Assistant Attorney General

        DIANE KELLEHER
        Branch Director

        CHRISTOPHER HALL
        Assistant Branch Director

        */s/ Steven M. Chasin*
        Steven M. Chasin
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, D.C. 20005
        Tel.: (202) 305-0747
        Email: Steven.M.Chasin2@usdoj.gov

        KELLY O. HAYES
        United States Attorney

        */s/ Beatrice C. Thomas*
        Beatrice C. Thomas
        Assistant United States Attorney
        United States Attorney's Office
        36 S. Charles Street, 4th Floor
        Baltimore, MD 21202
        Email: beatrice.thomas@usdoj.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 21st day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

/s/ *Steven M. Chasin*
Steven M. Chasin
Trial Attorney