**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, et al.,<br><br>Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEP'T OF<br>AGRICULTURE et al.,<br><br>Defendants. | Case No. 1:25-cv-00748-JKB |

**ORDER**

On Defendants' Consent Motion to Extend Deadline to File Updated Compliance Status Report by 24 hours, good cause having been shown, Defendants' motion is GRANTED. It is hereby ORDERED that Defendants' deadline to file an updated Compliance Status Report is extended to Tuesday, March 25, 2025 at 1:00 p.m. EDT.

DATED this _____ day of March, 2025, at _____.

BY THE COURT:

_____
The Honorable James K. Bredar
United States District Judge