IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STATE OF MARYLAND,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | **CIVIL NO. JKB-25-0748** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The States have filed a Motion for a Section 705 Stay and Preliminary Injunction ("Preliminary Injunction Motion"). (ECF No. 78.) The parties have also filed a Joint Notice of Forthcoming Briefing on Motion for Stay and Preliminary Injunction, in which they propose a briefing schedule. (ECF No. 84.)

The Court will adopt the parties' proposed deadline for the Government's response to the Preliminary Injunction Motion.[1]

In addition, the parties will be directed to brief the proper scope of any injunctive relief. If the Court grants a preliminary injunction, should it be national in scope, or should it operate in only the Plaintiff States? In a concurrence issued along with an order docketed today by the Fourth Circuit, Judge Rushing noted that the States "identify no allegations or evidence before the district court showing that 50 or more employees were terminated in competitive areas in *non-plaintiff States*—that is, the 31 States that opted not to join this lawsuit." (Doc. 20, No. 25-1248, at 3–4 (4th Cir. Mar. 21, 2025) (emphasis in original).) The States should address this issue—and any

---

[1] The Court is not setting a reply deadline at this time, given the expedited nature of this proceeding.

other issues relating to the scope of any injunction—in supplemental briefing. The Government, too, may address these issues in its response brief.

Finally, the States have filed a Motion to Extend Temporary Restraining Order. (ECF No. 85.) The Court will take this Motion under advisement and will decide it in due course, to the extent it is not mooted by intervening events.

Accordingly, it is ORDERED that:

1. The Government SHALL FILE its response to the Preliminary Injunction Motion—including any briefing on the proper scope of possible injunctive relief—no later than 4:00 p.m. on March 24, 2025.

2. The States SHALL FILE supplemental briefing regarding the proper scope of injunctive relief no later than 4:00 p.m. on March 24, 2025.

3. As stated in the Temporary Restraining Order, a hearing on the Preliminary Injunction Motion will occur on Wednesday, March 26, 2025 at 9:30 a.m. in Courtroom 5A, United States Courthouse, 101 W. Lombard St., Baltimore, Maryland.

DATED this 21 day of March, 2025.

BY THE COURT:

James K. Bredar
United States District Judge