UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:25-cv-00748-JKB |
| U.S. DEPARTMENT OF AGRICULTURE, *et al.*, | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

Jonathan Rose, Vermont Solicitor General, hereby enters his appearance in the above-captioned matter on behalf of the State of Vermont.

Dated: March 24, 2025

Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Jonathan Rose*
Jonathan Rose (VT Bar 4415)
Solicitor General
109 State Street
Montpelier, VT 05609
802-828-3171
jonathan.rose@vermont.gov