IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>  Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-00748-JKB |

**RESTRAINED DEFENDANTS' UPDATED COMPLIANCE STATUS REPORT**

Pursuant to the Court's March 18, 2025 Order (ECF No. 72), Defendants, through undersigned counsel, hereby file this Updated Compliance Status Report, documenting the continued actions they have taken to comply with the Court's Temporary Restraining Order ("TRO") of March 13, 2025 (ECF No. 44).

By way of background, Plaintiffs filed a motion for a temporary restraining order on March 9, 2025; Defendants filed an opposition on March 10, 2025; and the Court heard argument on March 12, 2025. On March 13, 2025, at approximately 8:30 PM, the Court issued the TRO, which stayed the "purported terminations" of "Affected Probationary Employees" and ordered the reinstatement of those same employees, and also enjoined the Restrained Defendants from conducting any future Reductions in Force ("RIFs") except in compliance with statutory and regulatory requirements. *Id*. ¶¶ 2-4. The TRO applied to 18 federal agencies (the "Restrained Defendants").[1] *Id*. ¶ 10.b. The TRO also required the filing of a Compliance Report, as follows:

---

[1] The Restrained Defendants include United States Department of Agriculture; United States Department of Commerce; United States Department of Education; United States Department of Energy; United States Department of Health and Human Services; United States Department of Homeland Security; United States Department of Housing and Urban Development; United States Department of Interior; United States Department of Labor; United States Department of Transportation; United States Department of Treasury; United States Department of Veterans

> On or before Monday, March 17, 2025, at 1:00 p.m. EDT, the Restrained Defendants SHALL FILE on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order. Such Status Report shall set forth the number of Affected Probationary Employees reinstated at each Defendant agency, broken down by subagency, department, and/or other subdivision, to the greatest degree of granularity practicable.

*Id*. at ¶ 5.

In accordance with the TRO, the Restrained Defendants filed their (original) Compliance Status Report on March 17, 2025 (ECF No. 52). It included 18 separate declarations from Restrained Defendants.

The next day, on March 18, 2025, the Court issued an Order stating that the filed Compliance Status Report "reflects that the Restrained Defendants have made meaningful progress toward compliance with the TRO." ECF 72 at ¶ 1.

The March 18 Order then directed the Restrained Defendants to file, by Monday, March 24, 2025, at 1 pm EDT,[2] an updated Compliance Status Report apprising the Court of additional steps toward compliance with the TRO. *Id*. at ¶ 2. The Order specified:

> The Court expects that this updated Status Report will show that the Restrained Defendants have achieved substantial compliance with the terms of the TRO. The updated Status Report shall contain updated declarations, from appropriate personnel at each of the Restrained Defendant agencies, addressing the reinstatement of Affected Probationary Employees.

*Id*.

Consistent with the Court's March 18 Order, Restrained Defendants submit this updated Compliance Status Report. In support of this Compliance Report, Restrained Defendants submit

---

Affairs; Consumer Financial Protection Bureau; Environmental Protection Agency; Federal Deposit Insurance Corporation; General Services Administration; Small Business Administration; and the U.S. Agency for International Development, along with their corresponding agency personnel.

[2] The Court subsequently extended this deadline by 24 hours to 1pm Tuesday, March 25, 2025. *See* ECF No. 96.

the attached Declarations, *see* Exhibit 1, which demonstrate that Restrained Defendants have achieved substantial compliance with the terms of the TRO.

Defendants will submit any further reports as may be directed by the Court.

March 25, 2025                                   Respectfully submitted,

                                                 YAAKOV ROTH
                                                 Acting Assistant Attorney General
                                                 Civil Division

                                                 ERIC J. HAMILTON
                                                 Deputy Assistant Attorney General

                                                 DIANE KELLEHER
                                                 Branch Director

                                                 CHRISTOPHER HALL
                                                 Assistant Director

                                                 */s/ Steven M. Chasin*
                                                 Steven M. Chasin
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street, N.W.
                                                 Washington, D.C. 20005
                                                 Tel.: (202) 305-0747
                                                 Email: Steven.M.Chasin2@usdoj.gov

                                                 KELLY O. HAYES
                                                 United States Attorney

                                                 */s/ Beatrice C. Thomas*
                                                 Beatrice C. Thomas
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 36 S. Charles Street, 4th Floor
                                                 Baltimore, MD 21202
                                                 Email: beatrice.thomas@usdoj.gov

                                                 *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 25th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

*/s/ Steven M. Chasin*

Steven M. Chasin