**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk                                      Reply to Northern Division Address
David E. Ciambruschini, Chief Deputy

March 25, 2025

1:25−cv−00748−JKB
State of Maryland et al v. United States
Department of Agriculture et al

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Natalya A. Buckler. Upon reviewing the motion, we noticed the signature of the attorney(s) checked below was incorrect:

[x]   Movant

[ ]   Proposed admittee

Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)

To file a revised motion without paying the fee a second time, please do the following:
   1. Go to the Court's website at www.mdd.uscourts.gov
      to obtain the Motion for Admission Pro Hac Vice form.
   2. Prepare the motion with all required information.
   3. Refile the motion using the event, "Pro Hac Vice − Corrected."

When the new motion is received, it will be reviewed and a ruling will be issued. In the meantime, the existing motion will be terminated and marked "Filed in error."

Very truly yours,

_____/s/_____
Catherine M. Stavlas
Clerk, U.S. District Court
District of Maryland
prepared by: Marlowe Hill

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410−962−2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301−344−0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov