IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| STATE OF MARYLAND, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action 1:25-cv-00748-JKB <br> ) |
| U.S. DEP'T OF AGRICULTURE, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

**NOTICE OF APPEARANCE**

     Eric Hamilton, Deputy Assistant Attorney General, at the U.S. Department of Justice, Civil Division, hereby enters his appearance as counsel for Defendants in the above-captioned matter.

Mr. Hamilton's contact information is as follows:

Eric Hamilton
United States Department of Justice
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20005
Tel:  202-353-2793
Email: eric.hamilton@usdoj.gov

Dated: March 25, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　*/s/ Eric Hamilton*
　　　　　　　　　　　　　　　　　　　　ERIC HAMILTON
　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: (202) 353-2793
　　　　　　　　　　　　　　　　　　　　Email: eric.hamilton@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*