IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. JKB-25-0748 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

As expressed during the Preliminary Injunction Hearing held on March 26, 2025, the Court is disinclined to issue a preliminary injunction that is national in scope, unless the law and facts require it. Accordingly, the parties are ORDERED to provide additional briefing on the following question by 10:00 a.m. on March 27, 2025:

In the circumstance that the Court rules in favor of the Plaintiff States on the propriety of preliminary relief, what are the contours of a preliminary injunction that is not national in scope yet still redresses the alleged irreparable harms to the Plaintiff States? The parties must address the situation in which (1) a probationary employee resides in one state but works in another and (2) only one such state is a party.

DATED this 26 day of March, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge