**RYAN CHRISTOPHER WILSON**
2024958071
3573 WARDER STREET NW, # 7
WASHINGTON, DC 20010

68-1/510

458

March 21 20 25

Pay to the order of   U.S. District Court Clerk                         $ 100.00

One hundred dollars   and 00/100                              Dollars

**BANK OF AMERICA**
ACH R/T 051000017

for  1: 25-cv-00748          Ryan C Wilson

on behalf of District of Columbia bond

⑆051000017⑆ 435023609354⑈ 0458

ENDORSE HERE

[ ] CHECK HERE AFTER MOBILE / IR REMOTE DEPOSIT

BANK OF AMERICA

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

FOR DEPOSIT ONLY

U.S. DISTRICT COURT
ALC #0 0094607

The security features listed below, as well as those
not listed, exceed industry guidelines.

Security Features:                Results of document alteration:
Micr Print Line                   • MP Small type in line appears
                                    as dotted line when photocopied
Chemically Sensitive Paper        • Stains or spots may appear with
                                    chemical alteration
Security Screen                   • Absence of "Original Document"
                                    verbiage on back of check

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC