IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, et al.,<br><br>Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEP'T OF AGRICULTURE et al.,<br><br>Defendants. | Case No. 1:25-cv-00748-JKB |

**NOTICE OF APPEAL OF PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's April 1, 2025 Memorandum Opinion (ECF No. 125) and Order (ECF No. 126) granting in part Plaintiffs' Motion for a Section 705 Stay and Preliminary Injunction (ECF No. 78).

    Respectfully submitted,

    YAAKOV ROTH
    Acting Assistant Attorney General
    Civil Division

    ERIC J. HAMILTON
    Deputy Assistant Attorney General

    DIANE KELLEHER
    Director

    CHRISTOPHER HALL
    Assistant Director

    */s/ Steven M. Chasin*
    Steven M. Chasin
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0747
Email: Steven.M.Chasin2@usdoj.gov

KELLY O. HAYES
United States Attorney

*/s/ Beatrice C. Thomas*
Beatrice C. Thomas
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21202
Email: beatrice.thomas@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

*/s/ Steven M. Chasin*
Steven M. Chasin
Trial Attorney
