FILED: April 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1338
(1:25-cv-00748-JKB)

_____

STATE OF MARYLAND; STATE OF MINNESOTA; DISTRICT OF
COLUMBIA; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF
COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE
OF HAWAII; STATE OF ILLINOIS; STATE OF MASSACHUSETTS; STATE
OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF
NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF
RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN

          Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS,
in her Official Capacity as Secretary of Agriculture; UNITED STATES
DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his Official
Capacity as Secretary of Commerce; UNITED STATES DEPARTMENT OF
DEFENSE; PETE HEGSETH, In his Official Capacity as Secretary of Defense;
UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, in
her Official Capacity as Secretary of Education; UNITED STATES
DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his Official
Capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF
HEALTH & HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his Official
Capacity as Secretary of Health and Human Services; UNITED STATES
DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her Official
Capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT
OF HOUSING & URBAN DEVELOPMENT; SCOTT TURNER, in his Official
Capacity as Secretary of Housing and Urban Development; UNITED STATES
DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, in his Official
Capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF
LABOR; VINCENT N. MICONE, III, in his Official Capacity as Acting

Secretary of Labor; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his Official Capacity as Secretary of Transportation; UNITED STATES DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his Official Capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS COLLINS, in his Official Capacity as Secretary of Veterans Affairs; CONSUMER FINANCIAL PROTECTION BUREAU; RUSSELL VOUGHT, in his Official Capacity as Acting Director of the Consumer Financial Protection Bureau; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in his Official Capacity as Administrator of the Environmental Protection Agency; FEDERAL DEPOSIT INSURANCE CORPORATION; TRAVIS HILL, in his Official Capacity as Acting Chairman of the Federal Deposit Insurance Corporation; GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his Official Capacity as Acting Administrator of the General Services Administration; NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; OFFICE OF PERSONNEL MANAGEMENT; CHARLES EZELL, in his Official Capacity as Acting Director of the Office of Personnel Management; SMALL BUSINESS ADMINISTRATION; KELLY LOEFLER, in her Official Capacity as Administrator of the Small Business Administration; UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT; MARCO RUBIO, in his Official Capacity as Acting Administrator of the United States Agency for International Development and Archivist for the National Archives and Records Administration

Defendants - Appellants

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:25-cv-00748-JKB |
| Date notice of appeal filed in originating court: | 04/02/2025 |
| Appellant(s) | United States Department of Agriculture et al. |
| Appellate Case Number | 25-1338 |
| Case Manager | Jeffrey S. Neal 804-916-2702 |