IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>  Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-00748-JKB |

**ENJOINED DEFENDANTS' COMPLIANCE STATUS REPORT**

Under the Court's April 1, 2025 Preliminary Injunction Order (ECF No. 126) (the "Preliminary Injunction Order"), Defendants submit this Compliance Status Report.

Defendants previously filed two Status Reports under to the Court's Temporary Restraining Order ("TRO") of March 13, 2025 (ECF No. 44). First, the "Restrained Defendants"—the 18 federal agencies to which the TRO applied (*see id.* at ¶ 10.b)—filed an original Compliance Status Report on March 17, including 18 declarations from the Restrained Defendants. (ECF No. 52). The next day, on March 18, the Court issued an Order stating that the filed Compliance Status Report "reflects that the Restrained Defendants have made meaningful progress toward compliance with the TRO." ECF No. 72 at ¶ 1. Second, in accordance with the March 18 Order, the Restrained Defendants filed an Updated Compliance Status Report on March 25 (ECF No. 103), apprising the Court of additional steps toward compliance with the TRO. In response to that Order's directive to provide "updated declarations, from appropriate personnel at each of the Restrained Defendant agencies, addressing the reinstatement of Affected Probationary Employees," (ECF No. 72 at ¶ 2), the March 25 Updated Compliance Status Report included 18 updated declarations from each Restrained Defendant.

1

The April 1, 2025 Preliminary Injunction Order applies to 20 federal agencies (the 18 Restrained Defendants plus the United States Department of Defense and the Office of Personnel Management) (the "Enjoined Defendants"),[1] and includes a new definition of "Affected Probationary Employee" (as previously used in the TRO), including geographic scope restrictions.[2] ECF No. 126, at ¶ 8. The Preliminary Injunction Order stayed the "purported terminations" of "Affected Probationary Employees" and ordered their reinstatement (to the extent not already done under the TRO). *See id* at ¶ 2. The Preliminary Injunction Order also prohibited the Enjoined Defendants from conducting any future Reductions in Force ("RIFs") except in compliance except in compliance with statutory and regulatory requirements,[3] while also noting that it does not prohibit the Government "from conducting lawful terminations of probationary federal employees" (as detailed). *See id.* at ¶ 3, n.1. Finally, with respect to compliance reporting, the Preliminary Injunction Order directed:

> On or before Tuesday, April 8, 2025, at 2:00 p.m. EDT, the Enjoined Defendants SHALL FILE on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order. Such Status Repot shall set forth the number of Affected Probationary Employees at each Enjoined Defendant agency, broken down by subagency, department, and/or other subdivision, to the greatest degree of granularity practicable.

---

[1] Specifically, the Enjoined Defendants include United States Department of Agriculture; United States Department of Commerce; the United States Department of Defense; United States Department of Education; United States Department of Energy; United States Department of Health and Human Services; United States Department of Homeland Security; United States Department of Housing and Urban Development; United States Department of Interior; United States Department of Labor; United States Department of Transportation; United States Department of Treasury; United States Department of Veterans Affairs; Consumer Financial Protection Bureau; Environmental Protection Agency; Federal Deposit Insurance Corporation; General Services Administration; Office of Personnel Management; Small Business Administration; and the U.S. Agency for International Development, along with their corresponding agency heads sued in their official capacities. *See* ECF No. 126, ¶ 8.a.

[2] The definition incorporates whether the employee's "duty station (prior to any purported termination) and/or residence is in one of" the 20 states or jurisdictions listed in the Order. *See* ECF No. 126, ¶ 8.b.

[3] Specifically, the Preliminary Injunction Order provides the Enjoined Defendants shall not "conduct any future [RIFs]—whether formally labeled as such or not—with respect to Affeced Probationary Employees, except in compliance with the notice requirements set forth in 5 U.S.C. § 3502, relevant regulations set forth in Title 5, Chapter I of the Code of Federal Regulations, and all other applicable law, in order to ensure that Plaintiff States receive adequate notice, as required by law, in order to conduct their mandated rapid-response activities and to fulfill other applicable legal obligations." *See* ECF No. 126, ¶ 3.

*Id*. at ¶ 4.

In support of this report, the Enjoined Defendants submit the attached Declarations, *see* Exhibit 1. These include declarations from (i) the Office of Personnel Management and the Department of Defense, which as noted above, are newly enjoined parties, and (ii) any Enjoined Defendants for which there have been relevant changes in material circumstances since their submission of second declarations on March 25, 2025 (as explained above), including recent declarations originally submitted in *AFGE, et al. v. Ezell, et al.*, No. 25-cv-01780-WHA (N.D. Cal.). Of the remaining Enjoined Defendants, undersigned counsel is aware of no material status changes since the submission of their second declarations on March 25, 2025.

Defendants will submit any further reports as may be directed by the Court.

April 8, 2025                               Respectfully submitted,

                                            YAAKOV ROTH
                                            Acting Assistant Attorney General
                                            Civil Division

                                            ERIC J. HAMILTON
                                            Deputy Assistant Attorney General

                                            DIANE KELLEHER
                                            Branch Director

                                            CHRISTOPHER HALL
                                            Assistant Director

                                            */s/ Steven M. Chasin*
                                            Steven M. Chasin
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, D.C. 20005
                                            Tel.: (202) 305-0747
                                            Email: Steven.M.Chasin2@usdoj.gov

KELLY O. HAYES
United States Attorney

Beatrice C. Thomas
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21202
Email: beatrice.thomas@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

*/s/ Steven M. Chasin*

Steven M. Chasin