IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>  Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-00748-JKB |

NOTICE OF ERATTA RE
ENJOINED DEFENDANTS' COMPLIANCE STATUS REPORT

Defendants respectfully submit this Notice of Eratta to correct a declaration attached to Enjoined Defendants' Compliance Status Report (Dkt Nos. 136), filed on April 8, 2025, shortly before the Court's 2 pm EDT deadline. *See* Dkt Nos. 126, ¶ 4. Specifically, the Declaration of Jessica Parton, on behalf of the Office of Personnel Management (OPM) (see Dkt. No. 136-1, pp. 27-29), incorrectly states that OPM had 47 Affected Probationary Employees (and had reinstated all 47 of those individuals). *See id*. at ¶¶ 3, 6, 8. The declaration should have stated that OPM had 46 Affected Probationary Employees (and had reinstated all 46 of these individuals). Accordingly, Defendants respectfully request that the Court replace the Declaration of Jessica Parton (Dkt. No. 136-1, pp. 27-29), with the attached Corrected Declaration of Jessica M. Parton, which makes the conforming corrections. *See* attached at ¶¶ 3, 6, 8.

April 8, 2025                                                                  Respectfully submitted,

                                                                                       YAAKOV ROTH
                                                                                       Acting Assistant Attorney General
                                                                                       Civil Division

                                                                                       ERIC J. HAMILTON
                                                                                       Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Director

*/s/ Steven M. Chasin*
Steven M. Chasin
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0747
Email: Steven.M.Chasin2@usdoj.gov

KELLY O. HAYES
United States Attorney

Beatrice C. Thomas
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21202
Email: beatrice.thomas@usdoj.gov

*Attorneys for Defendants*

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Director

*/s/ Steven M. Chasin*
Steven M. Chasin
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0747
Email: Steven.M.Chasin2@usdoj.gov

KELLY O. HAYES
United States Attorney

Beatrice C. Thomas
Assistant United States Attorney
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21202
Email: beatrice.thomas@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

*/s/ Steven M. Chasin*

Steven M. Chasin