IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Maryland, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>United States Department of Agriculture,<br><br>et al.,<br><br>　　　Defendants. | Case No. 1:25-cv-00748-JKB |

**CORRECTED DECLARATION OF JESSICA M. PARTON**

Pursuant to 28 U.S.C. § 1746, I, Jessica M. Parton declare as follows:

1.　I am the Supervisory Human Resources Specialist headquartered in Washington, DC. I make this declaration based on my own personal knowledge, on information contained in the records of the U.S. Office of Personnel Management (OPM), or on information provided to me by OPM employees.

2.　I have served in this position since June 10, 2018. In my role at OPM, I am responsible for personnel management. I have the responsibility for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3.　As of Tuesday, April 8, 2025, OPM had forty-six (46) Affected Probationary Employees, as defined in paragraph 8(b) of the Preliminary Injunction Order. As of that date, OPM had reinstated forty-six (46) Affected Probationary Employees.

4. As of Tuesday, April 8, 2025, OPM communicated Affected Probationary Employees' reinstatement status to each by personal email. One (1) of the emails was returned as undeliverable, and we are contacting the employee to obtain a valid email address.

5. OPM has cancelled all termination personnel actions for all Affected Probationary Employees, and all have been placed on paid administrative leave. All Affected Probationary Employees have been restored without physical and system (IT) access. We are coordinating closely with the payroll office to reconcile Affected Probationary Employees' annual leave and intend to offset previously made annual leave payouts with the administrative leave pay to prevent or limit indebtedness. Leave will be recredited to Affected Probationary Employees' accounts. All Affected Probationary Employees have been reinstated to the benefits they were enrolled in prior to termination, ensuring no break in service. No action is required on the part of Affected Probationary Employees with respect to benefits. It may take the carriers a few weeks to appropriately update their systems.

6. Forty-six (46) termination personnel actions have been cancelled.

7. To date, no Affected Probationary Employee has informed us that they decline reinstatement. If an Affected Probationary Employee does inform us of a desire to decline reinstatement on the basis that they now have outside employment that could conflict with Federal employment under applicable ethics rules, we will consult with our Office of the General Counsel to present the Affected Probationary Employee with available options.

8. Two of the forty-six (46) Affected Probationary Employees were reinstated to offices that were subject to a Reduction in Force (RIF). Because the Affected Probationary Employees were in the RIF competitive areas and would have been released in the RIFs, we reinstated those employees and will be issuing them the required RIF notices. They will remain in

a paid administrative leave status pending release at the end of the notice period. Neither of the RIFs at issue involves competitive areas of fifty (50) or more employees, thus the 5 C.F.R. 351.803(b) notice requirement with respect to states does not apply.

9. The Deferred Resignation Program (DRP) has reopened for all employees at OPM through April 14, 2025. With the exception of the two employees described in paragraph eight (8), we have offered all Affected Probationary Employees the opportunity to opt into the DRP program if they so choose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025

/s/ Jessica M. Parton
JESSICA MARIE PARTON
SUPERVISORY HR SPECIALIST