FILED: April 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1431
(1:22-cv-00549-JRR)
_____

DEMETRIC SIMON

    Plaintiff - Appellant

v.

KEITH GLADSTONE; ROBERT HANKARD; WAYNE JENKINS; BALTIMORE CITY POLICE DEPARTMENT; CARMINE VIGNOLA; BENJAMIN L. FRIEMAN; RYAN GUINN; DEAN PALMERE SEAN MILLER

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered March 06, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*