IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, et al.,

Plaintiffs,

v.

UNITED STATES DEP'T OF AGRICULTURE et al.,

Defendants.

Case No. 1:25-cv-00748-JKB

~~[PROPOSED]~~ ORDER

On Defendants' Consent Motion to Stay May 27, 2025 Deadline to Respond to Complaint Pending Appeal of Preliminary Injunction Order, good cause having been shown, Defendants' motion is GRANTED. It is hereby ORDERED that Defendants' deadline to file an answer or otherwise respond to the complaint is stayed until 14 days following conclusion of Defendants' appeal of the Court's April 1, 2025 preliminary injunction Order (ECF No. 126).

DATED this __23__ day of May, 2025, at _____3:17 p.m._____.

BY THE COURT:

/s/ JAMES K. BREDAR
The Honorable James K. Bredar
United States District Judge