**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **STATE OF MARYLAND, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **CIVIL NO. JKB-25-0748** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

**ORDER**

Pursuant to the United States Court of Appeals for the Fourth Circuit's Opinion and Judgment issued on September 8, 2025, and its Mandate issued on October 31, 2025, it is hereby ORDERED that:

1. The Complaint (ECF No. 1) in the above-captioned case is DISMISSED.
2. The Clerk is directed to CLOSE THIS CASE.

DATED this 31 day of October, 2025.

BY THE COURT:

James K. Bredar
James K. Bredar
United States District Judge